(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Charles F. Cardone___  __SBI #098159__
    (Name of Plaintiff)    (Inmate Number)

__DCC, Smyrna, DE 19977__
(Complete Address with zip code)

(2) _____  _____
    (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Warden Thomas Carroll__
(2) __Correctional Services Medical (CSM)__
(3) __previously First Correct Medical Co.__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 151 -

(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

•• Jury Trial Requested

FILED
MAR 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned
IFP

I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__1:05-CV-00600 KAJ__
__1:05-CV-00536 KAJ__
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

    A.     Is there a prisoner grievance procedure available at your present institution? (•• Yes)  • •No

    B.     Have you fully exhausted your available administrative remedies regarding each of your present claims? (•• Yes) • •No

    C.     If your answer to "B" is Yes:

        1. What steps did you take? _I spoke w/ medical personnel and filed numerous sick call slips + medical Grievances I wrote in house Letters to Warden_

        2. What was the result? _No response from nobody_

    D.     If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

    (1) Name of first defendant: _Thomas Carroll_

        Employed as _Warden_ at _Del. Correct. Center_

        Mailing address with zip code: _1181 Paddock Road Smyrna, DE 19977_

    (2) Name of second defendant: _Correct Services Medical (CSM)_

        Employed as _Medical Department_ at _DCC_

        Mailing address with zip code: _1181 Paddock Road Smyrna, DE 19977_

    (3) Name of third defendant: _____

        Employed as _____ at _____

        Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I have contacted Thomas Carroll and CSM through exhaustion of DCC's grievance procedures as well as in house letters by me to the above defendants requesting proper medical care. To date, I have had no response ... despite my 6 inch medical

2. history and treatment records forward to DCC by SCI's medical dept. headed by Dr. Roberta Burns, prison shrink and various other SCI medical personnel, CSM (previously First Correct Medical) DCC medical + Warden

3. and his agents continually cause me severe pain, etc. in their refusal to provide proper medical care, pain management, and documented requested diagnostic tests and procedures for me.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Cause DCC and its agents to correct their Constitutional violations of me .... if need be, I want to be awarded compensatory, punitive damages and any other awards deemed proper and necessary by this

3

2. court so I may have proper medical care. I am in continuing and severe ill health and in severe distress and fear FOR lack of proper medical care, I constantly fear for my life while being illegally placed

3. in segregation for punishment that is being maliciously and wantonly inflicted on me by Warden Carroll, his agent employees and the medical dept which is an agent of the State of Delaware the amount shall be One Million Dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of February, 2006.

_Charles F. Cardone_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Charles F. Cardine
SBI# 098159  UNIT Bldg@ C8U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL M.

* Clerk *
U.S. District Court
LockBox 18
844 N. King St.
Wilm. DE 19801