# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Charles Cardone  SBI#: 098159

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 22, 2006

06-151 KAJ

---

*Attached are copies of your inmate account statement for the months of* September 1, 2005 *to* February 28, 2006

*The following indicates the average daily balances.*

FILED
APR 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 313.31 |
| Oct | 563.70 |
| Nov | 398.50 |
| Dec | 314.63 |
| Jan | 280.68 |
| Feb | 232.34 |

Average daily balances/6 months: 352.43

Attachments
CC: File

Stacy Shane
3/22/06

# Individual Statement

## For Month of September 2005

Date Printed: 3/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $329.70 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($0.37) | $329.70 | 153036 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153071 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153072 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153076 | | DST/POSTAGE | |
| Canteen | 9/6/2005 | ($4.98) | $0.00 | $0.00 | $324.72 | 154146 | | | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $324.35 | 155757 | | POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $319.93 | 155929 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $319.56 | 155972 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $315.14 | 156003 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $310.72 | 156004 | | DST/POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 156273 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.83) | $310.72 | 156311 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.24) | $310.72 | 156372 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 158529 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 158535 | | POSTAGE | |
| Canteen | 9/20/2005 | ($5.39) | $0.00 | $0.00 | $305.33 | 159482 | | | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 161334 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.59) | $305.33 | 161398 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 161457 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 163922 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164093 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164094 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164096 | | POSTAGE | |

Ending Mth Balance: $305.33

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement
## For Month of October 2005

Date Printed: 3/21/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $305.33 | |
|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | | |
| Current Location: | 21 | | Comments: QOL3 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/4/2005 | ($34.84) | $0.00 | $0.00 | $270.49 | 165414 | | | |
| Pay-To | 10/5/2005 | ($100.00) | $0.00 | $0.00 | $170.49 | 166955 | | FRANK CARDONE | |
| Misc | 10/6/2005 | $500.00 | $0.00 | $0.00 | $670.49 | 167517 | 65224 | | MERCANTILE BANK |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $667.82 | 168052 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $666.99 | 168087 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.24) | $0.00 | $0.00 | $666.75 | 168138 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $664.08 | 168223 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.59) | $0.00 | $0.00 | $660.49 | 168265 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $657.82 | 168301 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $655.15 | 168349 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $652.48 | 168355 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $649.81 | 168432 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $649.44 | 168552 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $649.07 | 168551 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $648.70 | 168550 | | POSTAGE | |
| Pay-To | 10/11/2005 | ($20.10) | $0.00 | $0.00 | $628.60 | 169938 | | US DISTRICT COURT | |
| Pay-To | 10/13/2005 | ($13.45) | $0.00 | $0.00 | $615.15 | 171621 | | LF BOOK ORDERS | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172304 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172385 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($5.00) | $615.15 | 172386 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.85) | $615.15 | 172393 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172395 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172397 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172403 | | DST/POSTAGE | |
| Canteen | 10/18/2005 | ($2.20) | $0.00 | $0.00 | $612.95 | 172819 | | | |
| Pay-To | 10/26/2005 | ($5.00) | $0.00 | $0.00 | $607.95 | 175924 | | US DISTRICT COURT | |
| Medical | 10/27/2005 | $0.00 | ($2.00) | $0.00 | $607.95 | 176800 | | 10/18/05 | |
| Medical | 10/27/2005 | ($2.00) | $0.00 | $0.00 | $605.95 | 176858 | | 10/18/05 | |

# Individual Statement

Date Printed: 3/21/2006                                              Page 2 of 2

## For Month of November 2005

| Pay-To | 11/30/2005 | ($54.95) | $0.00 | $347.56 | 189684 | PSI PUBLISHING INC |
|---|---|---|---|---|---|---|

Ending Mth Balance:   $347.56

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement
## For Month of November 2005

Date Printed: 3/21/2006  
Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | $605.95 |

Current Location: 21  Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/1/2005 | ($12.99) | $0.00 | $0.00 | $592.96 | 177999 | | | |
| Pay-To | 11/3/2005 | ($200.00) | $0.00 | $0.00 | $392.96 | 179191 | | F CARDONE | |
| Pay-To | 11/3/2005 | ($5.00) | $0.00 | $0.00 | $387.96 | 179193 | | NAT PRISON PROJE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180455 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180456 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180462 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.60) | $387.96 | 180463 | | POSTAGE | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($2.67) | $387.96 | 180494 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $387.59 | 182793 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $387.22 | 183544 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($5.00) | $0.00 | $0.00 | $382.22 | 183614 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $378.37 | 183615 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $378.00 | 183616 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $377.63 | 183618 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $377.26 | 183620 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.89 | 183630 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.52 | 183702 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.15 | 183703 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $375.55 | 183706 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($2.67) | $0.00 | $0.00 | $372.88 | 183707 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $372.51 | 183724 | | | |
| Canteen | 11/15/2005 | ($10.00) | $0.00 | $0.00 | $362.51 | 183767 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 184191 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.85) | $362.51 | 186342 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($4.42) | $362.51 | 186400 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186407 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186422 | | | |
| Pay-To | 11/22/2005 | $50.00 | $0.00 | $0.00 | $412.51 | 186442 | 187394 | STOP PAY CK#7280 | |
| Canteen | 11/29/2005 | ($10.00) | $0.00 | $0.00 | $402.51 | 188840 | | | |

# Individual Statement

## For Month of December 2005

Date Printed: 3/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $347.56 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 12/5/2005 | ($27.90) | $0.00 | $0.00 | $319.66 | 191298 | | LF BOOK ORDERS | |
| Canteen | 12/13/2005 | ($9.97) | $0.00 | $0.00 | $309.69 | 194244 | | | |
| Canteen | 12/27/2005 | ($10.00) | $0.00 | $0.00 | $299.69 | 199586 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $299.32 | 201751 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $295.47 | 201775 | | | |
| Supplies-MailP | 12/29/2005 | ($4.42) | $0.00 | $0.00 | $291.05 | 201782 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $290.68 | 201814 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $290.31 | 201835 | | | |

Ending Mth Balance: $290.31

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement

Date Printed: 3/21/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $290.31 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: 21        Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/10/2006 | ($10.00) | $0.00 | $0.00 | $280.31 | 206252 | | | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $280.31 | 211688 | | 11/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $280.31 | 211689 | | 11/20/05 | |
| Canteen | 1/24/2006 | ($9.80) | $0.00 | $0.00 | $270.51 | 212547 | | | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.37) | $270.51 | 213416 | | 11/16/05 | |

Ending Mth Balance: $270.51

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement

## For Month of February 2006

Date Printed: 3/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $270.51 | | |
|---|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $270.14 | 217926 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $269.77 | 217925 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $269.40 | 217958 | | 11/16/05 | |
| Medical | 2/3/2006 | $0.00 | ($4.00) | $0.00 | $265.40 | 218437 | | 1/17/06 | |
| Medical | 2/3/2006 | ($4.00) | $0.00 | $0.00 | $255.40 | 218569 | | 1/17/06 | |
| Canteen | 2/7/2006 | ($10.00) | $0.00 | $0.00 | $255.40 | 219309 | | | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $255.40 | 220452 | | 12/31/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $240.95 | 220453 | | 1/2/06 | |
| Canteen | 2/14/2006 | ($14.45) | $0.00 | $0.00 | $240.95 | 222395 | | | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($6.25) | $215.95 | 223744 | | 12/12/05 | |
| Pay-To | 2/17/2006 | ($25.00) | $0.00 | $0.00 | $185.95 | 224938 | | | MS NAOMI ROGERS |
| Pay-To | 2/23/2006 | ($30.00) | $0.00 | $0.00 | $167.83 | 226966 | | | ROCHELLE RUFFIN |
| Canteen | 2/28/2006 | ($18.12) | $0.00 | $0.00 | $167.83 | 228025 | | | |

Ending Mth Balance: $167.83

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)