TO: Deputy Clerk —                                May 21, 06

RE: Letter to me dated May 18, 2006 and filed May 18, 3:30 PM '06 — CA-151, 152, 177 KAJ

BDscanned

FILED
MAY 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Deputy Clerk:

Where did you come from? Wherever you came from you may want to go back and learn how to sign your name, legibly, instead of that chicken scratch you put down... either that, or, print your name so I may spell it correctly when I file my action against you, naming you as a defendant, for denying me access to the courts. — In the 6 years I've been dealing w/ Peter he has never responded to me as you felt the need to do in your May 18, 06, letter to me. We have enough U.S. Constitutional burners out there w/out you adding your name to the long list. Furthermore, I don't know from any "pleading or motion pursuant to Federal Rule Civil Procedure 7"... by the time I write to this prison's SHU law library, and, by the time they finally decide to send me info about anything, Judge KAJ would have dismissed my case for failure to submit these filing fees to the court. You see, this law library does its damnable best to stonewall my legal material requests so that my access to the courts is limited and hindered, and you come along as another obstacle for me to have access to the courts. — I do not have KAJ's ordered filing fees for CA's 06-151, 06-152, and 06-177 in my prison account, therefore, submit this letter to KAJ and to act as my request for a 90 (ninety) day extension of time to come up w/

→

the $210.48 (Two Hundred dollars + 48 cents) KAJ has ordered, to give me added time to come up w/ that amount. KAJ has denied, w/out prejudice, my request for legal representation in 05-536 KAJ, I pray the Court grants me this motion allowing me extra time to find the money for these 3 actions. Again, I wish to see your name in print. So, as the 3rd Circuit Court of Appeals signs off in the letters to me...

\* Very truly yours, \*
Charles F. Cardone
Bldg. SHU - (17) CU 4
DCC, Smyrna

— Please return these materials to me, for my records. This law library has recently denied me my copy requests for some obscure reason.

IM Charles F. Cardone
SBI# 098159  UNIT SHU@CU 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

* Office of the Clerk *
U.S. District Court
844 N. King St., Lockbox 18
Wilmington    DE
                19801-3570

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 18, 2006

TO: Charles Francis Cardone
SBI #098159
DCC

**RE: Letter dated 5/15/06, CA 06-151, 06-152 & 06-177 KAJ**

Dear Mr. Cardone:

The Clerk's office is in receipt of the above referenced letter (copy enclosed and returned herewith).

In order for such papers to be accepted for filing in each case for consideration by the Court, they should be in the form of either a pleading or motion pursuant to Federal Rule Civil Procedure 7, seeking specific relief, and <u>must</u> reflect service on defendants' counsel, when applicable. Consequently, the Court will not act on your papers in their present form.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rbe

cc: CA 06-151 KAJ
    CA 06-152 KAJ
    CA 06-177 KAJ

TO: Clerk of U.S. District Court, Delaware    May 15, 2006
RE: Civil Action NO.s   06-151 KAJ
                        06-152 KAJ
                        06-177 KAJ

Dear Mr. Dalleo,
  KAJ has ordered me to forward to the Court in 30 days $70.16 for each of the above actions, by my figuring that comes to $210.48... that amount is above and beyond 20% of $350.00. Furthermore, I haven't had $350.00 in my prison account since the end of November, 2005. At present, I have less than $100.00 in that same account. Last week I shelled out $30.00 to Justice of the Peace Court #9 in Middletown, DE, to pay for filing fees for an action in that court, so I may be reimbursed by this prison for stealing $200.00 from my account here in this DCC prison. That action is pending. Perhaps you could use the $250.00 I paid to have 06-05-0600 consolidated and/or dismissed without prejudice    KAJ
into 05-0536 KAJ? No matter how you slice it, my inability to pay for filing fees must not stop these actions I have filed, and the Court has accepted, from going forth... am I correct? — I expect your response to be considerably more than your usual responses as evidenced by your enclosed Oct. 12, 2005, letter to me.

— Why does the 3rd Circuit                  Sincerely,
assign Case Managers for                    Charles F. Carsone
pro se litigants and state
district courts do not?



FILED
MAY 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO Scanned

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 12, 2005

TO: Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

RE: Letter Received Dated October 4, 2005
CA 05-536 KAJ
CA 05-600 KAJ

Dear Mr. Cardone:

The above referenced letter has been received by this office requesting assistance regarding whether or not you should pay the filing fees in your above cases. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc

May 14, 2006

I have paid $250.00 for each of the above CA(s) (2)... the 2 actions have been consolidated, as per my request... does the goverment plan on reimbursing me $250.00 for the consolidation? Please advise,

Charles F. Cardone

— If the filing of a motion is required for the above, please use this letter to act as that motion for reimbursment of [illegible] $250.00 [illegible] 5-14-06