IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-151-KAJ |
| | ) |
| WARDEN THOMAS CARROLL, and | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| | ) |
| Defendants. | ) |

### ORDER

IT IS HEREBY ORDERED that defendant Correctional Medical Services shall respond to plaintiff's Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order (D.I.15) within 10 days from the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

June 26, 2006
Wilmington, Delaware