IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE,    )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    v.                       )   Civil Action No. 06-151-KAJ<br>                             )<br>WARDEN THOMAS CARROLL, and   )<br>CORRECTIONAL MEDICAL SERVICES, )<br>                             )<br>        Defendants.          ) | |

### ORDER

IT IS HEREBY ORDERED that defendant Correctional Medical Services shall respond to plaintiff's Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order (D.I.15) within 30 days from the date of this Order.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

June 27, 2006
Wilmington, Delaware