IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-151 KAJ |
| | ) |
| WARDEN THOMAS CARROLL, | ) TRIAL BY JURY OF TWELVE DEMANDED |
| CORRECTIONAL SERVICES MEDICAL | ) |
| (formerly known as First Correctional | ) |
| Medical Co.), | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON
BEHALF OF DEFENDANT CORRECTIONAL MEDICAL SERVICES**

PLEASE ENTER THE APPEARANCE of Amy A. Quinlan, Esquire, on behalf of the defendant, Correctional Services Medical (correctly known as Correctional Medical Services), in the above-captioned matter. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                      MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                      Amy A. Quinlan (ID # 3021)
                                      222 Delaware Avenue
                                      P. O. Box 2306
                                      Wilmington, DE 19899
                                      (302) 888-6886
                                      Attorneys for Defendant
                                      Correctional Medical Services

Dated: July 7, 2006

# CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 7th day of July, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF OF DEFENDANT CORRECTIONAL MEDICAL SERVICES**

    By First Class U.S. Mail to:

    Charles F. Cardone (*pro se*)
    SBI #098159
    DCC
    Smyrna, DE 19977

                                        Amy A. Quinlan (#3021)