Page 1

In The United States District Court
For the District of Delaware

Charles F. Cardone,
   Plaintiff
      v.
Warden Thomas Carroll,
Correctional Medical
Services and Previous
Medical Care provider,
First Correctional Medical
(FCM),
   Defendants.

Civ. No.

06-151-KAJ

Notice of Motion:
Motion for Extension
of Time

To Defendants and their Attorneys of Record:

You are hereby notified that I, Charles F. Cardone, plaintiff pro se in the above Civ. No. will bring a Motion for Extension of Time to amend the complaint pursuant to Judge Jordan's Memorandum Order of June 13, 2006. Plaintiff has been granted his Preliminary Injunction and his Temporary Restraining Order (TRO) in Plaintiff's demand that CMS provide "proper medical care" and has ordered that CMS shall respond to plaintiff's demand by July 27, 2006, which is the 30 days from the granting of plaintiff's request for the

→

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUN 27  AM 9: 25

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-151-KAJ |
| | ) | |
| WARDEN THOMAS CARROLL, and | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

IT IS HEREBY ORDERED that defendant Correctional Medical Services shall respond to plaintiff's Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order (D.I.15) within 30 days from the date of this Order.

UNITED STATES DISTRICT JUDGE

June 27, 2006
Wilmington, Delaware

I'm requesting compensatory damages and punitive damages for CMS showing deliberate indifference because I am constantly in pain while CMS refuses to provide me adequate medical care.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-151 KAJ |
| | ) | |
| WARDEN THOMAS CARROLL, | ) | TRIAL BY JURY OF TWELVE DEMANDED |
| CORRECTIONAL SERVICES MEDICAL | ) | |
| (formerly known as First Correctional | ) | |
| Medical Co.), | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON
BEHALF OF DEFENDANT CORRECTIONAL MEDICAL SERVICES**

PLEASE ENTER THE APPEARANCE of Amy A. Quinlan, Esquire, on behalf of the defendant, Correctional Services Medical (correctly known as Correctional Medical Services), in the above-captioned matter. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                                Amy A. Quinlan (ID # 3021)
222 Delaware Avenue
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendant
Correctional Medical Services

Dated: July 7, 2006

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 7th day of July, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF OF DEFENDANT CORRECTIONAL MEDICAL SERVICES**

    By First Class U.S. Mail to:

    Charles F. Cardone (*pro se*)
    SBI #098159
    DCC
    Smyrna, DE 19977

                                                    Amy A. Quinlan (#3021)



## Certificate of Service

I, <u>Charles F. Cardone</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Motion for Extension of Time</u> upon the following parties/person(s): <u>In Civ. A. No.: 06-151-KAJ</u>

DISREGARD <u>Lk</u> 7-18-06

TO: <u>CMS</u>
<u>1201 College Park Rd.</u>
<u>Suite A</u>
<u>Dover, DE</u>
<u>19904</u>

TO: <u>Judge Jordan</u>
<u>U.S. Dist. Court</u>
<u>844 King St.,</u>
<u>Wilmington, DE</u>
<u>19801-3570</u>

TO: <u>Warden Thomas Carroll</u>
<u>Delaware Correctional Center</u>
<u>1181 Paddock Road</u>
<u>Smyrna, DE</u>
<u>19977</u>

TO: <u>Amy A. Quinlan, Esq.</u>
<u>222 Delaware Avenue</u>
<u>P.O. Box 2306</u>
<u>Wilmington, DE, 19899</u>
<u>Attorney for Defendant</u>
<u>Correctional Medical Services</u>

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this <u>17</u> day of <u>July</u>, 200<u>6</u>

<u>Charles F. Cardone - SBI# 098159</u>

