IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-151-KAJ |
| | ) |
| WARDEN THOMAS CARROLL | ) |
| and CORRECTIONAL MEDICAL | ) |
| SERVICES formerly known as | ) |
| First Correctional Medical, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on June 13, 2006, the Court entered an order dismissing the complaint of plaintiff Charles F. Cardone ("Cardone") and giving him thirty days to amend the complaint or the case would be closed (D.I. 14);

WHEREAS, on July 20, 2006, Cardone filed a motion for additional time to amend the complaint (D.I. 19);

THEREFORE, at Wilmington this 25th day of July, 2006, IT IS ORDERED that the motion for additional time (D.I. 19) is GRANTED. Cardone is given thirty (30) days from the date of this order to file an amended complaint. If an amended complaint is not filed within the time allowed, the case will be closed. No further extensions will be granted.

UNITED STATES DISTRICT JUDGE