In The United States District Court
For The District of Delaware

Charles F. Cardone,                    ⎫ Trial By Jury of Twelve Demanded
                    Plaintiff          ⎬
                                       ⎬
            v.                         ⎬   Civil Action
Thomas Carroll, Warden                 ⎬
and Correctional Medical               ⎬   No. 06-151-KAJ
        Services,                      ⎬
                Defendants             ⎭ Motion to admit statement

    Statement by Plaintiff of 1 of numerous in-
cidences to be used in support of plaintiff's above
civil action. Plaintiff's statement is being presented
to United States District Judge Kent A. Jordan
for his consideration, and plaintiff prays for re-
lief pursuant and in conjunction of his Order
filed and dated 2006 JUN 27 AM 9:25.

                        By:  Charles F. Cardone, pro se
                             Charles F. Cardone
                             SBI #098159-DCC
                             1181 Paddock Road
                             Smyrna, DE  19977

Dated: July 21, 2006

Page 1

Statement of incident that took place on May 23, 2006 to be used in support of Civil Action NO. 06-151-KAJ...

①

It is only fitting that today, of all days I was taken on a sick that CMS (Correctional Medical Services) was responding to a previously submitted sick call request slip by plaintiff, Charles F. Carbone, author of this statement. Today, May 23, 2005, I was "diesel therapy" transferred from SCI (Sussex Correctional Institute) Georgetown, to here, DCC (Delaware Correctional Institute) as part of DOC's retaliatory tactics on me because I am a litigious prisoner re my civil rights. Getting back to the above sick call... I was seen by DR. Rogers (that was her name on her white coat) and nurse practioner OTT and another CMS employee whose name I do not know because CMS personnel in this prison do not wear name tags for identification purposes for obvious reasons. For the most part, DOC guards wear name tags. CMS personnel, as agents of the State should be required to wear I.D. tags, but they do not (at least, in the SHU and the MHU). For the past year, I have put numerous sick call requests in to First Correctional Medical (FCM) and CMS, to have medically necessary blood work done and viral and bacterial indentifying cultures done pursuant to proper medical care as noted in my medical records from SCI in →

Page 2 - Statement to be used in support of
            plaintiff's Civil Action No. 06-151-KAT

①

Georgetown, Del. Since I arrived at DCC from
May of 2005, FCM, and now CMS, have con-
tinued to deny me proper medical care by not
following my requested medical procedures, blood
work, etc. that my medical records mandate.
Furthermore, I have advised DRS. Rogers, ——
Canole, Niaz, and nurses of my mental, physical,
visable, and non visable disabilities as di-
agnosed by the Veteran's Administration of Elsmere,
DE and other VA Institutions and hospitals. Upon
FCM and CMS being informed, by me, of
the VA's diagnosisis and treatment of me, on record,
FCM and CMS advised me they would have me
sign Release of Information forms to have these
records sent to DCC for my treatment plan. To
this date, July 17, 2006, the date of this statement
the above has yet to happen. Thus, this Civil Action
in federal court. My numerous grievances, sick
call request forms, have gone unanswered by
these prison care givers. In my documented
Civil actions I am demanding jury trial and com-
pensations in the millions of dollars. I am
in constant and severe pain as a direct result
of these prison care givers deliberate indifference
and deliberate and wanton infliction of pain on me.

⟶

Page 3 Continuation of statement to be used
in support of plaintiff's Civil Action
NO. 06-151-KAJ                    ①

I declare this to be a true and correct
statement, (under penalty of perjury) by
plaintiff Charles F. Carsone in the above Civil
Action.

Charles F. Carsone
SBI #098159

Dated: July 17, 2006

Date of above incident: May 23, 2006, on going

Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury, that a true and correct copy of the enclosed statement of an incident that took place on May 23, 2006, which is to be used in plaintiff's support of civil action No. – 06-151-KAJ, has been provided to the below-listed parties by placing said statement in a postage paid envelope and said envelope via United States mail this 21st day of July, 2006 to :

1.

Amy A Quinlan (ID #3021)
222 Delaware Avenue
PO Box 2306
Wilmington, DE 19899
Attorney for Defendant
Correctional Medical Services
C.A. NO. 06-151-KAJ

2.

Office of Attorney
General of Delaware
820 N. French Street
Carvel Office Building
Wilmington, DE
19801

Representing Warden
Thomas Carroll

By:

Charles F. Cardone, Pro se
SBI #098159
Delaware Correctional Institution

Dated : July 21, 2006

FILED
CLERK U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE
FOR THE DISTRICT OF DELAWARE

2006 JUN 27  AM 9: 25

CHARLES F. CARDONE,                     )
                                        )
                Plaintiff,              )
                                        )
        v.                              )       Civil Action No. 06-151-KAJ
                                        )
WARDEN THOMAS CARROLL, and              )
CORRECTIONAL MEDICAL SERVICES,          )
                                        )
                Defendants.             )

ORDER

IT IS HEREBY ORDERED that defendant Correctional Medical Services shall

respond to plaintiff's Order to Show Cause for a Preliminary Injunction and Temporary

Restraining Order (D.I.15) within 30 days from the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

June 27, 2006
Wilmington, Delaware

*I'm requesting compensatory damages and punitive damages for CMS showing deliberate indifference because I am constantly in pain while CMS refuses to provide me adequate medical care.*

THIS LETTER WAS SENT BY AN INMATE WHO
IS IN STATE PRISON. THE STATE IS NOT
RESPONSIBLE FOR DEBTS INCURRED, OR
FOR THE CONTENTS OF THE LETTER.

"My only feeling about superstition is that it is unlucky to be behind at the end of the game." — Coach Duffy Daugherty



IM Charles Z. Cadore

SBI# 098159    UNIT SHU(7)C44

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.MS X-RAY

LEGAL MAIL

* Chambers of Judge Kent A. Jordan

United States District Court

844 N. King St.,

Wilmington    DE

19801