## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHARLES F. CARDONE            )
                             )
            Plaintiff,        )
                             )
    v.                        )        Civil Action No. 06-151-KAJ
                             )
WARDEN THOMAS CARROLL, and    )
CORRECTIONAL MEDICAL SERVICES, )
                             )
            Defendants.       )

## DEFENDANT CORRECTIONAL MEDICAL SERVICES'
## RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER

Defendant, Correctional Medical Services ("CMS"), by and through its attorneys, Morris, James, Hitchens & Williams LLP, hereby responds to the Court's June 27, 2006 Order (D.I. 17) directing it to respond to Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order (the "Motion") (D.I. 15) as follows.

### Background

Plaintiff Charles F. Cardone is an inmate within the custody of the Department of Correction ("DOC") incarcerated at the Delaware Correction Center ("DCC") in Smyrna, Delaware. Plaintiff filed this action pursuant to 42 U.S.C. § 1983. He appears pro se and on March 16, 2006 was granted in forma pauperis status pursuant to 28 U.S.C. § 1915. (D.I. 3). His original Complaint was screened by the Court and subsequently dismissed with leave to amend on June 13, 2006 (D.I. 14). On July 26, 2006, plaintiff filed a Motion to Admit Statement, which the Court has construed to be plaintiff's Amended Complaint. (D.I. 21).

After the Order dismissing the initial Complaint but before the Amended Complaint was filed, on June 20, 2006, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction, pursuant to 42 U.S.C. § 1983, alleging that CMS has failed to provide plaintiff with proper medical care (D.I. 15). Specifically, plaintiff contends that he has not received his medication, or has failed to receive appropriate medication, and has attached three separate grievance reports to support his claim, numbered 16658, 15152 and 16799 attached hereto as Exhibit A.

## I.      Plaintiff Has Failed To Meet The Standards For A Preliminary Injunction.

For an injunction to issue, a plaintiff must show that he (1) is reasonably likely to succeed on the merits, and (2) will likely experience irreparable harm without the injunction. *Adams v. Freedom Forge Corp.,* 204 F.3d 475, 484 (3d Cir.2000). Plaintiff's request for injunctive relief must be denied for two reasons. First, plaintiff has failed to state a claim pursuant to 42 U.S.C. § 1983 because he cannot show that CMS has been deliberately indifferent to a serious medical need because plaintiff has received proper medical care through examinations and medication. Second, because Mr. Cardone has received proper care, he has suffered no harm. Thus, his motion is moot and must be denied.

### A.      Plaintiff has failed to state a claim pursuant to 42 U.S.C. § 1983.

It is well settled that there can be no constitutional violation unless plaintiff can show that defendant was deliberately indifferent to a "serious medical need." *Estelle v. Gamble,* 429 U.S. 97 (1976) (plaintiff's complaints based solely on the lack of diagnosis and

2

inadequate treatment of his back injury were not recognizable under § 1983). The deliberate indifference prong is met only if the prison official "'knows and disregards an excessive risk to inmate health or safety . . . .'" *Farmer v. Brennan*, 511 U.S. 825, 837 (1994). Mere allegations of negligence do not meet the pleading standards for deliberate indifference. *See Estelle*, 429 U.S. at 105-106. Nor can the claim rest solely on the prisoner's dissatisfaction with the medical care he has received. *Id.* at 107.

The "seriousness" prong is met if the effect of denying or delaying care results in wanton infliction of pain or a life-long handicap or permanent loss. *See Monmouth County Correctional Inst. Inmates v. Lanzaro*, 834 F.2d 326 (3d Cir.1987). Like *Estelle*, plaintiff has stated no constitutional violation where he has been seen by a medical care provider on a regular basis and is receiving his medications accordingly. *Id.* Because Mr. Cardone is receiving appropriate and consistent care, as is discussed more fully below, and his medical needs are being met, his claims pursuant to 42 U.S.C. § 1983 must fail as he can show neither disregard nor harm.

**B.  The Relief Requested in Plaintiff's Motion has Been Granted, Rendering his Motion Moot.**

As more fully described below, plaintiff has received the relief requested in his Motion. Specifically, plaintiff has been and is currently receiving all medication prescribed to him as set forth in the medical records, which are attached hereto as Exhibit B, including the medication administration records attached hereto as Exhibit C.[1]  In addition, Mr. Cardone has had unfettered access to his medical care providers, including receiving health

3

and mental health evaluations sometimes two and three times per month. The medical records reveal that since instituting this action in March 2006, Mr. Cardone has been seen by CMS medical/mental health care providers on at least twelve separate occasions and has received appropriate treatment, including being administered his medications accordingly. Mr. Cardone's specific grievances are addressed below.

**Grievance Report No. 16658**.    In Grievance Report No. 16658 (Exhibit. A), the plaintiff alleges that he is not receiving medication which was prescribed to control back pain. However, the records reveal that Mr. Cardone was seen by a physician on August 8, 2005, at which time he was prescribed Ultran, a narcotic pain medication, to control his back pain. (*See* Exhibit B). Since that time, Mr. Cardone has continuously received medication to address his lower back pain issues, including Ultram and Baclofen, a muscle relaxer. Ultram was discontinued in July 2006 and replaced with Tylenol 1000 (a double dose of the over-the-counter pain medication) due to concerns that the Ultram might be interfering with the plaintiff's liver functioning.

**Grievance Report No. 155152.**    Grievance Report No. 155152 (Exhibit A) similarly involved a complaint that his medications were not being distributed on a regular basis. However, as with the previous grievance, the medication records indicate that Mr. Cardone has been and is currently receiving all medications as prescribed. (*See* Exhibit C).

**Grievance Report No. 16799.**    Finally, in Grievance Report No. 16799 (Exhibit A), plaintiff complains that he has requested a replacement for his previously prescribed

---

[1] The April medication administration records are not attached.

4

medication to treat genital herpes, Periactin 4 mg, in the form of a new unnamed medication which he states is available "according to medical magazines." Although it is difficult to evaluate Mr. Cardone's complaint here given the unknown medication, what is clear from the medical records is that Mr. Cardone has consistently received Periactin, which is a prescription medication for itching and swelling, to treat his discomfort associated with herpes. The medical records also indicate that no outbreak has ever been documented which would warrant a medication change despite Mr. Cardone having been evaluated by the medical staff on a regular basis. (*See* Exhibit B).

As made clear above, Mr. Cardone is currently receiving all medication as prescribed by his treating physicians as requested in his Motion. *See* Affidavit of John Rundle, attached hereto as Exhibit D; *see also* Exhibits B and C. Thus, plaintiff's motion is moot and should be denied.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Amy A. Quinlan (I.D. No. 3021)
222 Delaware Avenue
Wilmington, DE 19801
P.O. Box 2306
Wilmington, DE 19899
Tel: (302) 888-6800
Attorneys for Correctional Medical Services

Dated: July 28, 2006

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHARLES F. CARDONE )
                       )
           Plaintiff, )       U.S. District Judge Gregory M. Sleet
                       )
v. )       Civil Action No. 06-151-KAJ
                       )
WARDEN THOMAS CARROLL, and )
CORRECTIONAL MEDICAL SERVICES, )
                       )
          Defendants. )

## EXHIBIT A IN SUPPORT OF DEFENDANT
## CORRECTIONAL MEDICAL SERVICES' RESPONSE
## TO MOTION FOR TEMPORARY RESTRAINING ORDER

## M. G. C Decision

**Inmate:** Cardone, Charles F.        **SBI#:** ▓▓▓▓▓▓        **Case#:** 15152

Talk to nurses about ensuring inmate receives his meds (all that is ordered)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**I. G. C.:**

**M. G. C.:**        _✓_ **Deny**        _____ **Uphold**

**C.M.S. Staff & Title:**

**C.M.S. Staff & Title:**

**C.M.S. Staff & Title:**   Adrienne Branch NA

**Date:**   6-30-06

**CC:** File

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : 0⬛⬛⬛⬛ | **Institution** : DCC | |
| **Grievance #** : 15152 | **Grievance Date** : 07/02/2005 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/02/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier C, Cell 4, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states not getting meds and bottom bunk memo is being ignored. On top bunk afraid to fall asleep. In severe distress.

**Remedy Requested** : Give me my meds prescibed by Dr Burns of SCI Call me to DCC Medical so we can get this cleared up.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/08/2005 |
| **Investigation Sent :** 07/08/2005 | **Investigation Sent To** : Breton, Monique |
| **Grievance Amount :** | |

Page 1 of 5

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: DCC - Pre-trial

DATE SUBMITTED: July 2, 05

INMATE'S NAME: Charles Cardone

SBI#: ▓▓▓▓▓▓▓

HOUSING UNIT: Bldg B · A-13

CASE #: 15152

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: On Going

TYPE OF MEDICAL PROBLEM:

I am (and have been) Chronic Care designated in Gander Hill and SCI, and now here at DCC.... When I transferred from Bldg 18 Shw - DU 11 to Bldg B, pre-trial A 13 on June 28, 05, my a.m. and p.m. Meds did not follow me. I am Epileptic (Petit Mol) my SCI botton bunk memo is now being ignored. I am on top bunk afraid to fall asleep... I am in severe distress...

GRIEVANT'S SIGNATURE: Charles F. Cardo    DATE: July 2, 2005

ACTION REQUESTED BY GRIEVANT: Give me my meds prescribed by DR. Burns of SCI... call me to DCC Medical so we can get this cleared up

**RECEIVED**

DATE RECEIVED BY MEDICAL UNIT: _____

JUL 0 6 2005

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:03/07/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : CARDONE, CHARLES F | **SBI#** : | **Institution** : DCC | |
| **Grievance #** : 15152 | **Grievance Date** : 07/02/2005 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/02/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location** :Bldg 21, Upper, Tier C, Cell 8, Bottom | | |

## INFORMAL RESOLUTION

**Investigator Name** : Breton, Monique          **Date of Report** 07/08/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Dunn, Lee Anne          **Date of Report** 07/21/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Plante, Donna          **Date of Report** 12/08/2005

**Investigation Report :**

**Reason for Referring:** Ms. Plante,
This grievance has reached the 150 day warning. I have not received the inmate signed hardcopy. I cannot close the grievance as resolved without it. Thank You,
Merson.

---

**Investigator Name** : Rodweller, Deborah          **Date of Report** 03/06/2006

**Investigation Report :**

**Reason for Referring:** Ms. Rodweller,
This grievance is over the 150 day warning. Please have someone meet with the inmate for a level one ASAP and resolve if possible. Thank you,
Cpl. Merson

---

**Offender's Signature:** Refused to sign

**Date** : 3/8/06

**Witness (Officer) :** Shaw veall

---

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date 06/02/2006

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : 00xxxx59 | **Institution** : DCC |
| **Grievance #** : 15152 | **Grievance Date** : 07/02/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/02/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :**Bldg 17, Upper, Tier C, Cell 4, Single | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Breton, Monique        **Date of Report** 07/08/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Dunn, Lee Anne        **Date of Report** 07/21/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Plante, Donna        **Date of Report** 12/08/2005

**Investigation Report :**

**Reason for Referring:** Ms. Plante,
      This grievance has reached the 150 day warning. I have not received the inmate signed hardcopy. I cannot close the grievance as resolved without it. Thank You,
      Merson.

---

**Investigator Name** : Rodweller, Deborah        **Date of Report** 03/06/2006

**Investigation Report :** next level

**Reason for Referring:** Ms. Rodweller,
      This grievance is over the 150 day warning. Please have someone meet with the inmate for a level one ASAP and resolve if possible. Thank you,
      Cpl. Merson

<br><br>

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

---

**Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : 00000159 | **Institution** : DCC |
| **Grievance #** : 15152 | **Grievance Date** : 00/00/0000 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/02/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier C, Cell 4, Single | |

### IGC

**Medical Provider:**                **Date Assigned**

**Comments:**


[x] **Forward to MGC**         [ ] **Warden Notified**

[ ] **Forward to RGC**         **Date Forwarded to RGC/MGC :** 06/02/2006

[x] **Offender Signature Captured**     **Date Offender Signed** :

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : ██████ | **Institution** : DCC |
| **Grievance #** : 15152 | **Grievance Date** : 07/02/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/02/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier C, Cell 4, Single | |

| REFERRED TO | | |
|---|---|---|

**Due Date :** 05/31/2006          **Referred to:** Person          **Name:** Welch, James

**Type of Information Requested :**
Please confirm that Grievant has recieved ordered meds.

| DECISION | | |
|---|---|---|

**Date Received :**

**Decision Date :**          **Vote :**

**Comments :**

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : ‎59    **Institution** : DCC |
| **Grievance #** : 15152 | **Grievance Date** : 07/02/2005    **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:**    **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/02/2005    **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier C, Cell 4, Single |

### MGC

**Date Received :** 06/02/2006      **Date of Recommendation:** 06/02/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### VOTE COUNT

| Uphold : | Deny : | Abstain : |
|---|---|---|
| | | |

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

21 CU 8
18 CL 12

## M. G. C Decision

**Inmate:** Cardone, Charles F.          **SBI#:**          **Case#:** 16658          ✓

8/30/05    Ultrams x2 wks      x 120 days fo fw0

State does not help him

Other med Baclophen only works short term

Put in Sick call M.D. to re Evaluate

Inmates wants Tylenal #3 + that
is denued

---

**I. G. C.:**

**M. G. C.:**          ☑ **Deny**          _____ **Uphold**

**C.M.S. Staff & Title:**          Gail E. Ellen Rn DON

**C.M.S. Staff & Title:**          Kimberly Weigner RN

**C.M.S. Staff & Title:**          Adrienne Branch MA

**Date:**          3-24-06

**CC:** File

**DCC Delaware Correctional Center**
SMYRNA Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : | **Institution** | : DCC |
| **Grievance #** : 16658 | **Grievance Date** : 08/18/2005 | **Category** | : Individual |
| **Status** : Withdrawn | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/18/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I/M Cardone states that he suffers from Chronic Lower Back bone spurs, Compressed Discs, and Degenerative Arthritis. I/M claims that being housed in the SHU has caused the pain to worsen. I/M also states that withholding his medication constitutes "Cruel and Unusual Punishment" and that DCC and its agent medical company are liable.

**Remedy Requested** : Be issued pain medication.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 09/01/2005 |
| **Investigation Sent** : 09/01/2005 | **Investigation Sent To** : Dunn, Lee Anne |
| **Grievance Amount :** | |

*Numerous Submissions E. Watson*

**FORM #585**

**MEDICAL GRIEVANCE**

*DR. ALIE?*

FACILITY: *DCC*

DATE SUBMITTED: *Aug 18-05*

INMATE'S NAME: *Charles F. Cardone*

SBI#: _____

HOUSING UNIT: *SHU (19) - B8 L*

CASE #: *16658*

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: *On Going*

TYPE OF MEDICAL PROBLEM:

*Chronic Lower Back bone spurs, compressed discs, degenerative arthritis, etc. Just because I am in "Housed" in the SHU, my back pains have not discontinued ... in fact, they are worse than ever, and continue to worsen! — Withholding pain medication and my proszac constitutes "cruel and unusual punishment" and Delaware Correctional Center as well as its agent medical company, are liable.*

GRIEVANT'S SIGNATURE: *Charles J Cardone*   DATE: *AUG. 18-05*

ACTION REQUESTED BY GRIEVANT: *The same action that I have requested in prior medical grievances — Re-issuing my meds.*

**RECEIVED**

DATE RECEIVED BY MEDICAL UNIT: _____

AUG 2 2 2005

**Inmate Grievance Office**

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : CARDONE, CHARLES F | SBI# : | Institution : DCC |
| Grievance # : 16658 | Grievance Date : 08/18/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 08/18/2005 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location :Bldg 19, Lower, Tier B, Cell 8, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Dunn, Lee Anne | |
| Investigation Report : | Date of Report 09/01/2005 |
| Reason for Referring: | |

level II requested

Offender's Signature: _C F Cardone_

Date : 9/19/05

Witness (Officer) : _DMeggett, RN_

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : | **Institution** : DCC |
| **Grievance #** : 16658 | **Grievance Date** : 08/18/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/18/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Dunn, Lee Anne          **Date of Report** 09/01/2005

**Investigation Report :** level II requested

**Reason for Referring:**

<br><br><br><br><br><br>

Offender's Signature:_____

Date              :_____

Witness (Officer)    :_____

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : | **Institution** : DCC |
| **Grievance #** : 16658 | **Grievance Date** : 08/18/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/18/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single | |

### IGC

**Medical Provider:**                          **Date Assigned**

**Comments:**

[x] **Forward to MGC**                [ ] **Warden Notified**

[ ] **Forward to RGC**                **Date Forwarded to RGC/MGC :** 01/23/2006

[x] **Offender Signature Captured**                **Date Offender Signed** :

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI# :** ( ... | **Institution :** DCC |
| **Grievance # :** 16658 | **Grievance Date :** 08/18/2005 | **Category :** Individual |
| **Status :** Withdrawn | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 08/18/2005 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single | |

## APPEAL REQUEST

Appeal due 3/31/2006. No appeal returned as of 4/3/2006.

## REMEDY REQUEST

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : | **Institution** : DCC |
| **Grievance #** : 16658 | **Grievance Date** : 08/18/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/18/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single | |

### MGC

**Date Received :** 01/23/2006          **Date of Recommendation:** 04/03/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Weigner, Kimberly | Deny |
| Staff | | Branch, Adriene | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3/24/2006.
Deny: 8/30/05 ultram x2 wks x 120 days total. states does not help him. Other med, baclophen only works for short time. Put in sick call MD to re-evaluate. Inmate wants Tylenol #3 and that is denied.

Appeal due 3/31/2006

18 GL 12

## M. G. C Decision

**Inmate:** Cardone, Charles F.        **SBI#:**            **Case#:** 16799

Put in Sick call to be re Evaluated
for this problem

〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰〰

**I. G. C.:**

**M. G. C.:**        _____ Deny        _____ Uphold

**C.M.S. Staff & Title:**

**C.M.S. Staff & Title:**    Kimberly Weignerlpn

**C.M.S. Staff & Title:**    Adrienne Branch MA

**Date:**    3-24-06

**CC:** File

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARDONE, CHARLES F      **SBI# :**      **Institution :** DCC

**Grievance # :** 16799      **Grievance Date :** 08/26/2005      **Category :** Individual

**Status :** Withdrawn      **Resolution Status :**      **Resol. Date :**

**Grievance Type:** Health Issue (Medical)      **Incident Date :** 08/26/2005      **Incident Time :**

**IGC :** Merson, Lise M      **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I/M Cardone states that he informed Dr. Rogers he had herpes and that he has shown Dr. Rogers evidence of his breaking out on his genitals top of his head, and the back of his neck. He requested 1 of the 3 new medications now available according to medical magazines. I/M alleges that Dr. Rogers responded "When you have an outbreak, come and see me".

**Remedy Requested :** I/M wishes a PCR test and a presription for anti-herpes medication.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|------|------|------|

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES      **Date Received by Medical Unit :** 09/05/2005

**Investigation Sent :** 09/05/2005      **Investigation Sent To :** Dunn, Lee Anne

**Grievance Amount :**

*DR. ROGERS —*    *L. DUNN*

## FORM #585

## MEDICAL GRIEVANCE

FACILITY: *DCC*

INMATE'S NAME: *Charles Cardone*

HOUSING UNIT: *Bldg (19) B8L*

DATE SUBMITTED: *Aug 26-05*

SBI#: *c*

CASE #: *16799*

////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: *0900hrs - the above date*

TYPE OF MEDICAL PROBLEM:

*I have just returned to my cell after a visit to Dr. Rogers ... after informing her I am diagnosed as having Herpes, showing her the presence of HSV on my genitals, top of my head, back of my neck, I asked her to give me 1 of the 3 anti-herpes medications (acyclovir, famciclovir, and valacyclovir) now available according to a medical magazine – April 2005 issue of HIV PLUS. Her response was "when you have an outbreak, come see me." An "outbreak" consists of the "standard painful blistery eruption," according to her statement to me .... Again, I quote from this*

GRIEVANT'S SIGNATURE: *Charles Cardone*    DATE: *Aug 26, 05*

ACTION REQUESTED BY GRIEVANT: *— article: "we, (medical community) now know that herpes appears in many forms other than the "standard painful blistery eruption." — I am, again, formally requesting anti-herpes medication after administering PCR test ... polymerase chain reaction*

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**
AUG 3 0 2005
Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : | **Institution** : DCC |
| **Grievance #** : 16799 | **Grievance Date** : 08/26/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/26/2005 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 19, Lower, Tier B, Cell 8, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Dunn, Lee Anne

**Date of Report** 09/05/2005

**Investigation Report :**

**Reason for Referring:**

*level II requested*

**Offender's Signature:** *C F Cardone*

**Date** : *9/19/05*

~~**Witness (Officer)**~~ : *D Meggett, RN*

**DCC - Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 04/03/2006

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : CARDONE, CHARLES F | SBI# : C ... | Institution : DCC |
| Grievance # : 16799 | Grievance Date : 08/26/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 08/26/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 18, Lower, Tier C, Cell 12, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Dunn, Lee Anne | Date of Report  09/05/2005 |

Investigation Report : level II requested

Reason for Referring:


Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : CARDONE, CHARLES F | SBI# : ( | Institution : DCC |
| Grievance # : 16799 | Grievance Date : 08/26/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 08/26/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 18, Lower, Tier C, Cell 12, Single | |

### IGC

Medical Provider:           Date Assigned

Comments:

[x] Forward to MGC         [ ] Warden Notified

[ ] Forward to RGC         Date Forwarded to RGC/MGC : 02/02/2006

[x] Offender Signature Captured      Date Offender Signed    :

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/03/2006

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARDONE, CHARLES F    **SBI#** :    **Institution** : DCC

**Grievance #** : 16799    **Grievance Date** : 08/26/2005    **Category** : Individual

**Status** : Withdrawn    **Resolution Status :**    **Inmate Status :**

**Grievance Type:** Health Issue (Medical)    **Incident Date** : 08/26/2005    **Incident Time :**

**IGC** : Merson, Lise M    **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single

### APPEAL REQUEST

Appeal due 3/31/2006. No appeal returned as of 4/3/2006.

### REMEDY REQUEST

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 04/03/2006

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI# :** C | **Institution :** DCC |
| **Grievance # :** 16799 | **Grievance Date :** 08/26/2005 | **Category :** Individual |
| **Status :** Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 08/26/2005 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single | |

## MGC

**Date Received : 02/02/2006** **Date of Recommendation: 04/03/2006**

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Weigner, Kimberly | Deny |
| Staff | | Branch, Adriene | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3/24/2006.
Deny: Put in sick call to be re-evaluated for this problem.

Appeal due 3/31/2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| Plaintiff, | ) | U.S. District Judge Gregory M. Sleet |
| | ) | |
| v. | ) | Civil Action No. 06-151-KAJ |
| | ) | |
| WARDEN THOMAS CARROLL, and | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT B IN SUPPORT OF DEFENDANT
CORRECTIONAL MEDICAL SERVICES' RESPONSE
TO MOTION FOR TEMPORARY RESTRAINING ORDER**

NAME: CARDONE, CHARLES
ACT#: 7140
DOB:                    AGE: 57
DR: CARUSO, RICHARD F
DOS: 07/20/06

NAME: CARDONE, CHARLES
ACT#: 7140
DOB:                    AGE: 58
DR: CARUSO, RICHARD F
DOS: 08/31/06

**SDSC**
**Southern Delaware**

# PATIENT DISCHARGE INSTRUCTION SHEET

☐ SEE ATTACHED INSTRUCTIONS
I have received the attached instructions:

Patient /Guardian initials: _____

## FOR THE NEXT 24 HOURS

1. Do not sign legal documents or make important decisions.
2. Do not be responsible for children.
3. Do not drive or operate hazardous machinery.
4. Limit your activities.  Do not engage in sports or heavy lifting until you have received your doctor's permission.
5. Do not drink alcoholic beverages or smoke.

## OTHER INSTRUCTIONS

6. Return to work: _____
7. Dressing: _____ None _____
8. Other: _____

## DIET INSTRUCTIONS

[✓] No special diet.  Begin with liquids and progress to normal diet if you are not nauseated.
[ ] Special Diet: _____

## CALL YOUR DOCTOR IF:

1. The affected extremity becomes cold to touch, looks blue, or feels numb and tingly.
2. Signs and symptoms of infection occur:  increased pain, redness, swelling, foul odor, or temperature greater than 101F.
3. The operative site continues to bleed bright red blood through the gauze and tape the patient has added.  Apply pressure, elevate if possible, and contact your doctor immediately at _644-6698_

## MEDICATIONS

[ √ ] **Please refer to the MEDICATION RECONCILIATION FORM.**

## FOLLOW-UP CARE

[ ] Appointment Made:   Date _____   Time _____

[ ] Patient will call for appointment _____   [ ] No appointment necessary.

NURSE'S SIGNATURE                    PATIENT/GUARDIAN SIGNATURE

*"Our goal is to provide you and your family with quality patient care and optimal customer satisfaction."*

18941 John J. Williams Highway  ~ Rehoboth Beach, Delaware 19971
Ph (302) 644-6992   Fax (302) 644-6995

# SDSC
**Southern Delaware Surgery Center**

**PHYSICIAN ORDER SHEET**

PATIENT ALLERGIES: _NKA_

| DATE/ TIME | PHYSICIAN ORDERS | RN INITIALS/ DATE/ TIME |
|---|---|---|
| | **Pre-Op:** | |
| | [ ] Ancef 1gm IV on call to OR | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Post-Op:** | |
| | 1. Medications: | |
| | [ ] Continue all pre-op medications. | |
| | RX: | |
| | RX: | |
| | 2. Dressing change: | |
| | 3. Return to work: | |
| | 4. Follow-up appointment: _Please have my office_ | |
| | 5. Other: _Schedule colonoscopy ASAP!_ | |
| | | |
| | The patient has met discharge criteria and may be discharged at this time: | |
| | Physician signature: | |

## MEMORANDUM

DATE: 7-22-05          RE: Cardone, Charles

TO: Lt. Taylor          SBI #

Mrs. Holman

The above inmate
needs a bottom bunk
for medical reasons.

Thank you
Sheila A. Ott, min FNP

SIGNED: _____

TOPS FORM 4150          ☐ PLEASE REPLY  ☐ NO REPLY NEEDED

## MEMORANDUM

DATE: 7-22-05      RE: Cardone, Charles

TO: Lt Taylor      OBI # ▮▮▮▮▮

Maya Holman

The above inmate needs a bottom bunk for medical reasons

Thank You

Sherly A OD MSN FNPC

SIGNED:

TOPS ▮ FORM 4150      ☐ PLEASE REPLY ☐ NO REPLY NEEDED

Correctional Medical Services
Inter Disciplinary Progress Notes

Patient Name: CARDONE, Charles    ID#:    Institution: DCC.

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| | | <u>MD Note</u> | |
| 7/20/06 | 1:45pm | Pt seen today p̄ EGD procedure. No complaints Heart- RRR lungs-clear EOM- WNL Gait-WNL Neuro-alert, oriented 97⁴ - 72 - 18 - 130/70   97% P.O. RA. s/p EGD — pt. in stable condition & can be d/c'ed from infirmary | |
| 20-06 | 1350 | A & O x 3. Resp even & non-labored. Steady gait noted. ⍉ C/o pain. ⍉ s/s of acute distress. —— J. McKenzie RN | |

7113 Rev. 05-04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: _____     ID#: _____     Institution: _____

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |

7113 Rev. 04

# SDSC
## Southern Delaware Surgery Center

ACT#: 7140
DOB:                          AGE: 57
DR: CARUSO, RICHARD F
DOS: 07/20/06

NAME: CARDONE, CHARLES E
ACT#: 7140
DOB:                          AGE: 58
DR: CARUSO, RICHARD F
DOS: 08/31/06

## MEDICATION RECONCILIATION FORM

PATIENT ALLERGIES: [ ✓ ] NKA

| Allergy | Type of reaction | | Allergy | Type of reaction |
|---------|------------------|---|---------|------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PATIENT MEDICATIONS:

| Medication name | Dose | Dosage Unknown | Route | Frequency | Physician's Instructions: What to do after you leave the surgery center Continue as ordered | Other instructions |
|-----------------|------|---------------|-------|-----------|--------------------------------------|--------------------|
| Celexa | 20mg | | By mouth | daily | | |
| Baclofen | 20mg | | | 2x/day | | |
| Dilantin | 250mg | | | daily | | |
| Verapamil | 240mg | | | " | | |
| Vasotec | 20mg | | | " | | |
| Lasix | 10mg | | | " | | |
| Ditropan | 5mg | | | " | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NEW MEDICATIONS TO TAKE FOLLOWING YOUR PROCEDURE:

| Medication name | Dose | Route | Frequency and Instructions |
|-----------------|------|-------|----------------------------|
| | | | |
| | | | |
| | | | |

Reviewed and verified with patient/ guardian by:

Patient/ Guardian signature:

| ABBREVIATION KEY |
|---|
| Route: |
| PO= By mouth |
| Inj.= Injection |
| PR= Per rectum (suppository) |
| Frequency: |
| QD= Once a day |
| BID= Twice a day |
| TID= Three times a day |
| QID= Four times a day |

18941 John J. Williams Highway ~ Rehoboth Beach, Delaware 19971
Ph (302) 644-6992   Fax (302) 644-6995

**Correctional Medical Services**
**Delaware Correctional Center**
**1181 Paddock Road**
**Smyrna, DE 19977**

**Dr. Dale Rodgers**                                        **Sherel A. Ott MSN, FNP-C**

July 14, 2006

Delaware Surgical Center
Dover, Delaware

ATTN:    Jessica
RE:        Charles Cardone
               DOE          '49

To Whom It May Concern:

The above named inmate in my care and has not had any recent witnessed seizures. Patient is cleared for his surgical procedure. If I can be of any further assistance, don't hesitate to call me at 302-653-9261 ext. 2862 or 2835.

Thank you,

Sherel A. Ott MSN, FNP-C

To: Charles Cardone SBI #
From: Medical Staff SHU
Date: July 11, 2006

In reference to complete your request for renewal of Ultram, Ultram has been discontinued by the mid- level providers due the side effects possibly affecting your liver. A new order for Tylenol 1000 mg everyday has been ordered for 14 days.

Thank you,
Medical Staff _ SHU

**CORRECTIONAL MEDICAL SERVICES, Inc.**     **PHYSICIANS' ORDERS**

Name _Charles Cardone_     D.O.B _1949_

Location _DCC_     ID# _     Allergies _NKDA_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: NKDA | 7/11/06  1400 |
| | Tylenol 1000mg po BID x 14 days |
| Date: | Nsg T. Collins, LPN |
| Time: | |
| | M.D. Signature _____ Date/Time 7/20/06 |
| Check box as order is noted: | (Date & Time) |
| Noted by: | HIV test, Hep C core Antibody ; Hep B core Antibody |
| | Hep B surface Antigen , Hep A core Antibody |
| | Hep C viral load , Dilantin level |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time 7/20/06 |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time _____ |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time _____ |

193 Rev 03/04

**CORRECTIONAL MEDICAL SERVICES, Inc.**    P[          ]IANS' ORDERS

Name _Cardone, Charles_    D.O.B. _~49_

Location _DCC_    ID# _C_    Allergies _NKDA_

| Check box as order is noted: | (Date & Time) | 11/7/06 |
|---|---|---|
| Noted by: | | Dk-Ultram 50mg po BID prn x 30 days |
| | | Baclofin 20 mg po BID x 30 days |
| Date: 7/8/06 | | cmp, cholosterol, ⊕ lauth level ⊕ |
| Time: 0305 | | CBC in 2x months |
| | | No NSAIDS |
| M.D. Signature _M Love PA-C_ Date/Time _7/6/06_ | | |

| Check box as order is noted: | (Date & Time) | |
|---|---|---|
| Noted by: | | |
| Date: | | |
| Time: | | |
| M.D. Signature    Date/Time | | |

| Check box as order is noted: | (Date & Time) | |
|---|---|---|
| Noted by: | | |
| Date: | | |
| Time: | | |
| M.D. Signature    Date/Time | | |

| Check box as order is noted: | (Date & Time) | |
|---|---|---|
| Noted by: | | |
| Date: | | |
| Time: | | |
| M.D. Signature    Date/Time | | |

Medications, Chronic Current Copy Therapy / Drug Therapy List Changes:

Diagnostic Studies: ☐CBC ☐SMA 12 ☐Lipids ☐HgbA₁C ☐Viral Load ☐CD₄ ☐Hepatitis Screen ☐LFT ☐UA ☐Urine Dip Sti ☐Urine Pregnancy Test ☐Other List
☐EKG ☐X-ray List:

Diet ☐Yes List Type _____ ☐NA Comments:

Vaccines: Flu ☐Current ☐Not Indicated ☐Ordered ☐Refused   Pneumococcal Pneumonia ☐Current ☐Not Indicated ☐Ordered ☐

## PATIENT EDUCATION

| | |
|---|---|
| ☑ Disease etiology, complications, prognosis | ☐ Medication Side Effects, Dosage and Actions |
| ☑ Self care and Life Style Changes | ☐ Smoking Cession Encouraged |
| ☐ Foot care | ☐ Skin care |
| ☐ Diet and weight loss | ☐ Exercise |
| ☐ Inhaler use | ☐ Instructed to sign up for sick call as needed |
| ☐ Other List | ☑ Other List |
| ☐ Patient verbalized understanding of education | ☑ Patient resistant to education |

## NEXT VISIT

Next CCC Visit: ☐ _____ Weeks ☐ **3** Months

☐Problem List Reviewed/Updated         ☐ Plan of Care Reviewed/Revised

## REFERRALS

☐None indicated ☐List

## Progress Notes

Constantly interrupting provider during
Asking personal question
Clo of not getting pain meds for back
was on Ultram, Neprozin and Baclofen
AST ALT ↓ since meds not received
He is Bipolar taking SSRI that also help
is supposed back pain
will order Baclofen but not NSAIDS,
as these may be contributing to ↓ Dilantin level

| Signature/Title | Date | Time |
|---|---|---|
| M Lowe PA-C | 7/7/06 | 0930 |

| Reviewed by/Title | Date | Time |
|---|---|---|
| | | |

**CORRECTIONAL MEDICAL SERV**                    **PHYSICIANS' ORDERS**

Name _Cardone  Charles_          D.O.B. _8_ _0_ _49_

Location ___DoC___     ID# _C_       Allergies _NKDA_

| | |
|---|---|
| Check box as order is noted: (Date & Time) | Noted by: |

Verapamil 240 mg po QD x (20 day)
Zantac 20 mg po QD x (20 days
Lasix 10mg po QD x (20 day
D/c Lasix 10mg
Dilantin Chewable 250 mg po QHS x 120 day
Dilantin 5mg po QD x (20 day
M.D. Signature _____ Date/Time 6/2/06

Check box as order is noted: (Date & Time)
Noted by:

Chem 24, Dilantin level, CBC

M.D. Signature _____ Date/Time 6/2/06

Check box as order is noted: (Date & Time)
Noted by: _____
Date: 6/21/06
Time: @ 0110

Nursing:
- Pt. Dilantin level is low p/se do mouth checks
- repeat Dilantin level in 1month

M.D. Signature _____ Date/Time 6/19/06

Check box as order is noted: (Date & Time)  APC
Noted by: _____
Date: 6/22/06
Time: 2310

6-22-06
D/C PROZAC
START CELEXA 20mg QA·M· X 90

M.D. Signature _____ Date/Time     **ANTHONY R. CANNULI, M.D.**

193 Rev 03/04

# MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**

Face to face contact with client ☐ in office ☑ cell side ☐ group ☐ on unit ☐ other: _____
Reason for contact: ☐ sick call ☑ RMHV ☐ referral ☐ crisis ☐ referral ☐ evaluation
Statements/events: _Monthly contact_

☑ Reports taking psychotropic meds as prescribed ☐ Not compliant with meds due to _____
☐ None prescribed at this time  Side effects: ☐ No ☑ Yes, describe: _meds are not working_

**OBJECTIVE:** Mental Status Exam:

| Appearance: | Speech: | Thought Process: | Hallucinations: | Insight: | Suicidal Ideations |
|---|---|---|---|---|---|
| ☑ Neat/Clean | ☑ Normal | ☑ Logical/Coherent | ☑ Denied | ☐ Good | ☑ No |
| ☐ Unkempt | ☐ Loud | ☐ Tangential | ☐ Auditory | ☐ Fair | ☐ With Plan |
| ☐ Disheveled | ☐ Soft | ☐ Looseness Associations | ☐ Visual | ☐ Poor | ☐ W/O Plan |
| ☐ Good eye contact | ☐ Pressured | ☐ Flight of Ideas | ☐ Other:___ | | |
| ☐ Poor eye contact | ☐ Blocked | ☐ Perseverations | | | |

| Interview Attitude: | Mood: | Thought Content: | Motor Activity: | Judgment: | Homicidal Ideations |
|---|---|---|---|---|---|
| ☑ Cooperative | ☑ Euthymic | ☑ No Abnormal | ☑ Normal | ☐ Good | ☑ No |
| ☐ Unresponsive | ☐ Depressed | ☐ Obsessions | ☐ Slowed | ☐ Fair | ☐ With Plan |
| ☐ Evasive | ☐ Anxious | ☐ Compulsions | ☐ Restless | ☐ Poor | ☐ W/O Plan |
| ☐ Manipulative | ☐ Irritable | ☐ Phobias | ☐ Agitated | | |
| ☐ Guarded | | ☐ Euphoric | | | |
| ☐ Argumentative | | | | | |

| Orientation: | Affect: | Delusions: | Intelligence: |
|---|---|---|---|
| ☑ X4 | ☑ Appropriate | ☑ None Observed | ☑ Average |
| ☐ Person | ☐ Flat | ☐ Persecutory | ☐ Below Average |
| ☐ Place | ☐ Restricted | ☐ Grandiose | ☐ Above Average |
| ☐ Time | ☐ Blunted | ☐ Somatic | |
| ☐ Preoccupations | ☐ Labile | ☐ Influence | |
| ☐ Poverty of Thought | ☐ Inappropriate | | |

Observations: _Im stated he want to see Dr re: meds he wants off of Prozac and have something else". off of Prozac and_

**ASSESSMENT:** Diagnostic Impression

AXIS I: _MDD_
AXIS II: _Deferred_
AXIS III: ☐ Unknown ☐ None _Deferred_
Optional: AXIS IV: _Incarceration_                    AXIS V: Current GAF ____
Additional Assessment Comments: _Im seemed like to Dr regarding med change. Appt made_
_6/22/06_

**PLAN:**
☑ Has been educated on how to contact Mental Health PRN
☐ F/U x30 days       ☐ See psychiatrist @90 days
☐ Continue working on treatment plan goals as written
☑ Refer to psychiatrist for Psych. Eval/Med Review
☐ Other:_____

AXIS I:
V65.2 Malingering
309.0  Adj. DO, Depr.
309.24 Adj. DO, Anx.
309.28 Adj. DO, Mixed
296.33 Maj. Depr. w/o psy
296.34 Maj. Depr. with psy
311     Depr. D.O., NOS
296.80 Bipolar D. O., NOS
296.4x Bipolar I, Manic
300.02 Gen. Anx. D. O.
309.81 PTSD  314.9 ADHD
312.30 Imp. Control, NOS
295.30 Chr. Schiz., par.
295.90 Chr. Schiz., undif.
295.70 Schizoaffective DO
293.82 Subs. Induced Psych
298.9  Psychosis, NOS
303.90 Alc. Dep., IACE
305.00 Alc. Abuse
305.20 Cannabis Abuse
304.30 Cannabis Dep, IACE
304.20 Cocaine Dep. IACE

AXIS II:
301.83 Borderline Pers. DO
301.7  Antisocial Pers. DO
319    MR, Unspecified
V71.09 None 799.9 Deferred

CLINICIAN SIGNATURE / TITLE: _S Brooks MS  Mental Health Professional_

IM NAME: _Cardone, Charles_     SBI# _____
DATE: _6/21/06_     TIME: _9:30am_     HOUSING UNIT _SHU 17 / CU4_

Form Last Modified 5/6/05

# BR BioReference LABORATORIES

| DOCTOR | CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE  19977 | |
|---|---|---|
| (D0307-6)  Bio-Net Print | -FINAL-  Original Report 06/07/2006 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| CARDONE, CHARLES | ~~redacted~~ | OTT |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 101855232 | 06/06/2006 | 06/06/2006 23:19 | 6/7/2006 07:27 | 56 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : CHEM 24 (SMAC), DILANTIN (PHENYTOIN),
                CBC W/DIFF, PLATELET CT.,
------------------------- * CHEMISTRY * ------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 7.1 | | 5.9-8.4 | gm/dl |
| Albumin | 3.9 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | | 69 LO | 70-109 | mg/dL |
| Sodium | 144 | | 133-145 | mmol/L |
| Potassium | 3.9 | | 3.3-5.3 | mmol/L |
| Chloride | 107 | | 96-108 | mmol/L |
| CO2 | 27 | | 21-29 | mmol/L |
| BUN | 19 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 19 | | 10-28 | |
| Calcium | 9.6 | | 8.4-10.4 | mg/dl |
| Uric Acid | | 7.3 HI | 2.4-7.0 | mg/dl |
| Iron | | 24 LO | 30-160 | mcg/dl |
| Bilirubin, Total | 0.5 | | 0.1-1.0 | mg/dl |
| LDH | 167 | | 94-250 | u/l |
| Alk Phos | 89 | | 39-120 | u/l |
| AST (SGOT) | | 62 HI | < 37 | u/l |
| Phosphorous | 3.2 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | | 56 HI | < 40 | u/L |
| G-GTP | | 381 HI | 7-51 | u/L |
| Cholesterol | 179 | | < 200 | mg/dl |
| Triglycerides | 51 | | < 151 | mg/dl |

*********************************************************
* GFR, Estimated = 81.88 mL/min/1.73m2

*********************************************************

GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
      ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

                    Continued on Next Page                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05



**BioReference**
LABORATORIES

| | |
|---|---|
| O C T O R | CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE  19977 |

(D0307-6)   Bio-Net Print          -FINAL-   Original Report 06/07/2006

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| CARDONE, CHARLES | | OTT |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 101855232 | 06/06/2006 | 06/06/2006 23:19 6/ | 7/2006 07:27 | 56 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

------------------------------ * HEMATOLOGY * ------------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 4.9 | | 3.40-11.80 | x10(3) |
| RBC | 5.0 | | 4.20-5.90 | x10(6) |
| HGB | *11.4>*10.3 | LO | 12.3-17.0 | gm/dl |
| HCT | *39.8>*35.8 | LO | 39.3-52.5 | % |
| MCV | 72.2 | LO | 80.0-100.0 | FL |
| MCH | 20.8 | LO | 25.0-34.1 | pg |
| MCHC | 28.8 | LO | 30.0-35.0 | gm/dl |
| RDW | 18.2 | HI | 10.9-16.9 | % |
| POLYS | 38 | | 36-78 | % |
| LYMPHS | 45 | | 12-48 | % |
| EOS | 3 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 13 | | 0-13 | % |
| Platelet Count | 198 | | 144-400 | x10(3) |

------------------------------ * MISCELLANEOUS * ------------------------------

| | | | | |
|---|---|---|---|---|
| DILANTIN | 8.5 | LO | 10.0-20.0 | ug/mL |

Final Report                                    Page: 2

*(signature)*
**James Weisberger, M.D.**
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

_Charles F. Cardone_     (17) C U 4

Name (Print)                    Housing Location

████ 49         ████       6-18-06

Date of Birth        SBI Number       Date Submitted

Complaint (What type of problem are you having)? _CMS has stopped my pain medications according to the evening nurse who does meds... she refused to give me her name when I asked her. Please give me my pain meds_ →OVER

_Charles F. Cardone_        _June 18, 06_

Inmate Signature                 Date

**The below area is for medical use only.  Please do not write any further.**

S: _seen no c/o 6/20/06. Med not reordered by MD. Told this MD to D/C_

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____       _____

Provider Signature & Title             Date & Time

3/1/99 DE01

FORM#:

**MED**
263

FORM#• MRD 263 reverse(military flip)

Give me the name of the doctor
who has stopped issuing my pain meds ....

Date/Time                    Inmate's Name                    D.O.B.:    /    /

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _Charles Cardone_     ID#: _____     Institution: _____

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 4/8/06 | | During p.o. med pass ↓ I'm [treated] said writer re grievance pt needs. Stated he was refusing to get more meds. Attempted to inform but I'm would not accept. Renewals [illegible] mons effive included: [illegible] 320 mg po qd Vistaril 50 mg po qd [illegible] po qd ... 800 mg po dilantin chewable 250 mg po q HS [illegible] 3mg po qd ... all meds noted. States he will be filing a grievance. | |
| 6/19/06 | 1830 | MD Note. Reviewed pt labs Dilantin level low will ask NSG to encourage pt to take his meds. Do mouth checks. | |
| 7/31/06 | | Provider Note. Upon Hep C chart review not documentation of Hep C on any viral load. Well order Hep C antibody & viral load Hep B & C Hep C as well a a dilantin level. [illegible] | SHEREL A. OTT, MSN, FNP-C |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name:

ID#:                                    Institution:

| Date | Time | Notes | Signa |
|------|------|-------|-------|
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |
|      |      |       |       |

13 Rev 03/04

**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

Cardone, Charles
17 C44    **Mental Health Treatment Plan**

## I Problems (check all that apply):

☑ Depressive ideation    ☐ Sleep disturbance    ☐ Lack of support
☐ Suicidal ideation    ☑ Anger management    ☐ Obsessions/compulsions
☐ Agitation    ☐ Limited cognitive abilities    ☐ Excessive worry
☐ Racing thoughts    ☐ Limited coping skills    ☐ Other: _____
☐ Delusions    ☐ Substance abuse/dependence    _____
☐ Hallucinations

### Current Diagnosis (include substance disorders in Axis I):

Axis I: _MDD_
Axis II: _Deferred_
Axis III: _HTN_
Axis IV: _Incarceration_
Axis V: _____

## II. Strengths (check all that apply):

☑ Able to communicate effectively    ☑ Good insight
☐ Strong support system    ☑ Good judgment
☐ Adequate educational background    ☐ Willingness to participate in treatment
☐ Adequate vocational skills    ☐ Other:

## III. Long Term Goal: Reduce or eliminate problems noted above so that they do not impair inmate's daily functioning.

## IV. Short Term Treatment Objectives:

☐ Participate in psycho education regarding mental illness, signs, symptoms, and treatment
☑ Develop coping techniques for managing:
    ☑ Depressive Ideation    ☐ Anxiety    ☑ Anger, Frustration
    ☐ Cognitive Limitations    ☐ Situational Stress    ☐ Fluctuating Feelings

☐ Refer to/Participate in substance abuse treatment    ☐ Participate in sex offender issues group
☑ Report adequate sleeping/ eating patterns    ☑ Take psychotropic medications as prescribed
☐ Report the reduction/absence of AH/VH    ☐ Demonstrate organized thinking/ reality test
☐ Participate in at least one productive activity daily    ☐ Participate in transition/discharge planning
☐ Participate in interactive journaling/engage in journaling    ☐ Participate in bibliotherapy
☐ Other _____

## V. Treatment Modalities:

☑ Individual treatment by clinician at least every thirty days    ☐ Group treatment at least once every thirty days
☑ Evaluation and treatment by psychiatrist at least every 90 days    ☐ Independent interactive journaling
☐ Medication monitoring by nursing daily    ☐ Other_____

_Refused to sign_ x _____
witness

| | | |
|---|---|---|
| Clinician Signature: _Anne Tanwar_ | Date: | _5/24/06_ |
| Title: _M.H.C._ | Time: | _1400_ |
| Inmate Signature: "_Refused to sign_" | Date: | _5/26/06_ |
| Inmate Number: ▓▓▓▓▓ | Institution: | _DCC_ |

## CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC DOCUMENTATION

| Name Cardone, Charles | ID Number | Age | |
|---|---|---|---|

Clinic (check applicable) ☑Endocrine ☐Cardiovascular/hypertension ☑Pulmonary ☐Infectious Disease ☐Neurology/seizure ☐Gen. M

☐Other: Seizures, HTN

**SUBJECTIVE**

States he believes he had a seizure a couple days ago - Just woke up in a "strange" way

Denies any changes to urination

| Medication Compliance % 100% | Compliant with Exercise ☐Yes ☐No ☑NA | Inhaler use ☐Yes ☐No ☑NA |
|---|---|---|
| Medication side effects ☐Yes ☑No ☐NA | Exercise Intolerance ☐Yes ☐No ☑NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure see above ☐NA | Weight Loss ☐Yes ☐No ☑NA | Diet Compliance ☐Yes ☐No ☑NA |
| LMP ☑NA | Other: | |

**OBJECTIVE**

| BP L 150/80  R 140 | P 72 | R 16 | T 97.6 | WT 275 | HT | SaO2 ☐NA 98% | Peak Flow ☐NA | Cap BS ☐NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☑WNL ☐Document Other

Heart: ☑Regular no murmur, gallop, rub ☐Document Other

Lungs: ☑CTA bilaterally ☐Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☑Deferred ☐Document Other

Neuro: ☑WNL ☐Document Other

Skin: ☐WNL ☐Document Other

Current Labs ☐None ☑Current Labs Reviewed ☐WNL ☐Abnormal(s) noted Describe:

Dilanti 10.7   PSA 0.427

**ASSESSMENT** Stable

Diagnosis:

Patient Response ☑ Good   ☐ Fair   ☐ Poor

Overall Assessment of Patient's Condition ☐ Improved   ☑ Unchanged   ☐ Worsened

**PLAN**

Medications ☑Continue current therapy ☐Change therapy List changes:

Diagnostic Studies: ☐CBC ☐SMA 12 ☑Lipids ☐HgbA₃C ☐Viral Load ☐ CD₄ ☐ Hepatitis Screen ☐ LFT ☐ UA ☐Urine Dip
☐Urine Pregnancy Test ☐Other List
☐EKG ☐ X-ray List:

Diet ☐Yes List Type _____    ☐NA  Comments: _____

Vaccines: Flu ☐ Current ☐Not Indicated ☐Ordered ☐Refused   Pneumococcal Pneumonia ☐ Current ☐Not Indicated ☐Ordered

**PATIENT EDUCATION**

☑Disease etiology, complications, prognosis
☐ Self care and Life Style Changes
☐ Foot care
☐ Diet and weight loss
☐ Inhaler use
☐ Other List
☑Patient verbalized understanding of education

☐ Medication Side Effects, Dosage and Actions
☐ Smoking Cession Encouraged
☐ Skin care
☐ Exercise
☐ Instructed to sign up for sick call as needed
☑ Other List
☐ Patient resistant to education

**NEXT VISIT**

Next CCC Visit: ☐ _____ Weeks ☐ 3 Months

☐Problem List Reviewed/Updated      ☐ Plan of Care Reviewed/Revised

**REFERRALS**

☐None indicated ☐ List

**Progress Notes**

Signature/Title _____

Reviewed by/Title _____    Date 6/1/06    Time 0930

Date _____    Time _____

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _Carclone, Charles_    ID#: ▓▓▓▓    Institution: _DCC_

| Date | Time | Notes | Signat |
|------|------|-------|--------|
| 5/23/06 | | Provider Note | |
| | | T-96³  P-90  R-16  B/P 130/74 | |
| | | S) Here for sick call c/o red bumps on head, thigh and buttocks. States that had them for over a month | |
| | | O) Aled & Oriented x3 healthy white male. Scalp ⊕ erythemous scabbed area to Rt parietal. 2 small bump to Lt inner thigh and small red area to buttocks. | |
| | | A) Dermatitis / Puritis | |
| | | P) Periactin 4 mg po BID x 60 days. [signature] | |
| 6/6/06 | | (labs drew)  Chem 24, CBC, Dilantin    St Januer | |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: Cardone, Charles     ID# ▇▇▇▇▇▇     Institution: DCC

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
|      |      |       |           |

7113 Rev 03/04

# CONSULTATION REQUEST

☒ Off-site   ☐ On-Site Clinic   ☐ Telephone

Reference #: _____

☐ Urgent   ☐ Routine   ☐ Retro Request

Date of Request: 6-1-06

Inmate: CRONIE CHARLES

Inmate ID#: ████████ 17

DOB: ████ 4

Site: DCC — SHU

Cost Center: 63205

DOI: _____   DR: _____

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Contract, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: EGD

Provider: _____   Initial Visit or F/U? _____   F/U #: _____

| Presumed Diagnosis: | ? GI Blood Loss   H/x FE Deficiency Anemia |
|---|---|

Describe Signs & Symptoms:                                              Date of Onset: _____

Exam Data/Objective Findings:

Abdomen S/D BS⊕ Heart — benign

Lab & Xray Data:

Current Medications:

Failed Outpatient Therapies:

Enrolled in Chronic Care Clinic (s)?  ☐ Yes  ☐ No        Which Clinic(s)?

Other Diagnosis:

Comments:   See provider consultation report

Site Medical Provider: _____   Signature: _____ Date: 6/1/06

Nurse: _____   Date: _____   Site Medical Director: _____   Date: _____

| Criteria Source:  ☐ M&R   ☒ InterQual | Notes: |
|---|---|
| ☐ Other(specify): | |
| Criteria Met: ☒   Criteria Not Met: ☐   More Info Needed ☐ | **COPY** |
| UM Review #: | |
| Initials: MO   Date: 6/6/06 | 🗀 **FILE** |

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

# CORRECTIONAL MEDICAL SERVICES
## MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**

Face to face contact with client ☐ in office ☐ cell side ☑ group ☐ on unit ☐ other: _____
Reason for contact: ☐ sick call ☐ RMHV ☐ referral ☐ crisis ☐ referral ☐ evaluation
Statements/events: _Discuss M H Treatment Plan with IM._

☐ Reports taking psychotropic meds as prescribed ☐ Not compliant with meds due to _____
☐ None prescribed at this time   Side effects: ☑ No ☐ Yes, describe: _____

**OBJECTIVE:** Mental Status Exam:

**Appearance:**
☐ Neat/Clean
☐ Unkempt
☐ Disheveled
☐ Good eye contact
☐ Poor eye contact

**Speech:**
☐ Normal
☑ Loud
☐ Soft
☐ Pressured
☐ Blocked

**Thought Process:**
☑ Logical/Coherent
☐ Tangential
☐ Looseness Associations
☐ Flight of Ideas
☐ Perseverations

**Hallucinations:**
☑ Denied
☐ Auditory
☐ Visual
☐ Other: _____

**Insight:**
☑ Good
☐ Fair
☐ Poor

**Suicidal Ideations:**
☑ No
☐ With Plan
☐ W/O Plan

**Interview Attitude:**
☐ Cooperative
☑ Unresponsive
☐ Evasive
☐ Manipulative
☐ Guarded
☑ Argumentative

**Mood:**
☐ Euthymic
☐ Depressed
☐ Anxious
☑ Irritable

**Thought Content:**
☑ No Abnormal
☐ Obsessions
☐ Compulsions
☐ Phobias
☐ Euphoric

**Motor Activity:**
☑ Normal
☐ Slowed
☐ Restless
☐ Agitated

**Judgment:**
☑ Good
☐ Fair
☐ Poor

**Homicidal Ideations:**
☑ No
☐ With Plan
☐ W/O Plan

**Orientation:**
☑ X4
☐ Person
☐ Place
☐ Time
☐ Preoccupations
☐ Poverty of Thought

**Affect:** ↓₀
☑ Appropriate
☐ Flat
☐ Restricted
☑ Blunted
☐ Labile
☐ Inappropriate

**Delusions:**
☑ None Observed
☐ Persecutory
☐ Grandiose
☐ Somatic
☐ Influence

**Intelligence:**
☑ Average
☐ Below Average
☐ Above Average

**Observations:** _IM was irritable mood. IM refused to sign M H Treatment Plan._

**ASSESSMENT:** Diagnostic Impression

AXIS I: ☑ MDD
AXIS II: ☐ Deferred
AXIS III: ☐ Unknown ☐ None  H T N
Optional: AXIS IV: _Incarceration_   AXIS V: Current GAF _____

Additional Assessment Comments: _____

| AXIS I: |
|---|
| V65.2  Malingering |
| 309.0  Adj. DO, Depr. |
| 309.24 Adj. DO, Anx. |
| 309.28 Adj. DO, Mixed |
| 296.33 Maj. Depr. w/o psy |
| 296.34 Maj. Depr. with psy |
| 311    Depr. D.O., NOS |
| 296.80 Bipolar D. O., NOS |
| 296.4x Bipolar 1, Manic |
| 300.02 Gen. Anx. D. O, |
| 309.81 PTSD  314.9 ADHD |
| 312.30 Imp. Control, NOS |
| 295.30 Chr. Schiz., par. |
| 295.90 Chr. Schiz., undif. |
| 295.70 Schizoaffective DO |
| 293.82 Subs. Induced Psych |
| 298.9  Psychosis, NOS |
| 303.90 Alc. Dep., IACE |
| 305.00 Alc. Abuse |
| 305.20 Cannabis Abuse |
| 304.30 Cannabis Dep,IACE |
| 304.20 Cocaine Dep., IACE |

| AXIS II: |
|---|
| 301.83 Borderline Pers. DO |
| 301.7  Antisocial Pers. DO |
| 319    MR, Unspecified |
| V71.09None799.9 Deferred |

**PLAN:**
☐ Has been educated on how to contact Mental Health PRN
☑ F/U x30 days   ☑ See psychiatrist @90 days
☑ Continue working on treatment plan goals as written
☐ Refer to psychiatrist for Psych. Eval/Med Review
☐ Other: _____

CLINICIAN SIGNATURE / TITLE: _S. Brooks_ MS   MHC

IM NAME: _Cardone, Charles_   SBI# ▓▓▓▓

DATE: _5/24/06_   TIME: _8:30am_   HOUSING UNIT _17-U4_

Form Last Modified 5/6/05

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL · DENTAL  MENTAL HEALTH

CHARLES F. CARDONE
_____
Name (Print)

SHU (17) C U 4
_____
Housing Location

~~-49~~
Date of Birth

~~SBI Number~~

May 21, 06
Date Submitted

Complaint (What type of problem are you having)? I am in chronic lower-back pain and I now request Correctional Medical Services to set me up for an 'Upright' Magnetic Resonance Imaging procedure when I am in weight-bearing positions.

Charles F. Cardone
_____
Inmate Signature

May 21, 2006
_____
Date

**The below area is for medical use only.  Please do not write any further/**

S: _____

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
**MED**
**263**

| Date/Time | Inmate's Name | D.O.B.:   /   / |
|-----------|---------------|------------------|

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

CHARLES  F. CARDONE                    SHU (17) CU 4
_____    _____
Name (Print)                          Housing Location

-49                                    May 21, 06
_____    _____
Date of Birth          SBI Number     Date Submitted

Complaint (What type of problem are you having)? I have recurring red, pus filled pimples and boils. I am requesting CMS to test me for MRSA, which is methicillin-resistant staphylococcus aureus. If it is MRSA, a # of antibiotics are effective. I want to see the diagnosis in black + white.

Charles F. Cardone                     5-21-2006
_____    _____
Inmate Signature                      Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____    _____
Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263

Date/Time          Inmate's N                                    D.O.B.:    /    /

## CORRECTIONAL MEDICAL SERVICES, Inc.          PHYSICIANS' ORDERS

Name _Charles Cardone_                    D.O.B. _49_

Location _____        ID# _____        Allergies _NKDA_

| | |
|---|---|
| Check box as order is noted: | **(Date & Time)** |
| Noted by: | 4-6-06 |
| | Prozac 20 mg QAM & 40 mg QHS x 90 |
| Date: | |
| Time: | |
| | M.D. Signature _Anthony Cannuli MD_   Date/Time   **ANTHONY CANNULI, MD** |

| | |
|---|---|
| Check box as order is noted: | **(Date & Time)** |
| Noted by: | Ditropan 5mg p̄ QD x 60 days |
| Date: 5/9/06 | |
| Time: 102x | |
| | M.D. Signature _____   Date/Time 5/8/06 |

| | |
|---|---|
| Check box as order is noted: | **(Date & Time)** |
| Noted by: | Penaclei 4mg p̄ BID x 60 days |
| Date: | |
| Time: | |
| | M.D. Signature _____   Date/Time 5/23/06 |

| | |
|---|---|
| Check box as order is noted: | **(Date & Time)** |
| Noted by: | ✓Collins, VM/ RO lit, S. NP |
| T. collyns RN noted | Ditropan 5mg p̄ QD x 60 days |
| Date: 5/3/06 | |
| Time: 15:50 | |
| | M.D. Signature _____   Date/Time 6/2/06 |

# CORRECTIONAL MEDICAL SERVICES
## MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**

Face to face contact with client ☐ in office ☑ cell side ☐ group ☐ on unit ☐ other:_____
Reason for contact: ☐ sick call ☑ RMHV ☐ referral ☐ crisis ☐ referral ☐ evaluation
Statements/events: _Seen for a routine visit_

☐ Reports taking psychotropic meds as prescribed ☐ Not compliant with meds due to _____
☐ None prescribed at this time  Side effects ☑ No ☐ Yes, describe: _____

**OBJECTIVE:** Mental Status Exam:

**Appearance:**
☐ Neat/Clean
☑ Unkempt
☐ Disheveled
☐ Good eye contact
☐ Poor eye contact

**Speech:**
☐ Normal
☐ Loud
☐ Soft
☐ Pressured
☐ Blocked

**Thought Process:**
☑ Logical/Coherent
☐ Tangential
☐ Looseness Associations
☐ Flight of Ideas
☐ Perseverations

**Hallucinations:**
☑ Denied
☐ Auditory
☐ Visual
☐ Other:

**Insight**
☑ Good
☐ Fair
☐ Poor

**Suicidal Ideations**
☑ No
☐ With Plan
☐ W/O Plan

**Interview Attitude:**
☐ Cooperative
☐ Unresponsive
☐ Evasive
☐ Manipulative
☐ Guarded
☑ Argumentative

**Mood:**
☐ Euthymic
☐ Depressed
☐ Anxious
☑ Irritable

**Thought Content:**
☑ No Abnormal
☐ Obsessions
☐ Compulsions
☐ Phobias
☐ Euphoric

**Motor Activity:**
☑ Normal
☐ Slowed
☐ Restless
☐ Agitated

**Judgment**
☑ Good
☐ Fair
☐ Poor

**Homicidal Ideations**
☑ No
☐ With Plan
☐ W/O Plan

**Orientation:**
☑ X4
☐ Person
☐ Place
☐ Time
☐ Preoccupations
☐ Poverty of Thought

**Affect:**
☐ Appropriate
☐ Flat
☐ Restricted
☑ Blunted
☐ Labile
☐ Inappropriate

**Delusions:**
☑ None Observed
☐ Persecutory
☐ Grandiose
☐ Somatic
☐ Influence

**Intelligence:**
☑ Average
☐ Below Average
☐ Above Average

**Observations:** _Angry at the time of the visit_
_No meds related problems_

**ASSESSMENT:** Diagnostic Impression

**AXIS I:** ☑ _PTDD_
**AXIS II:** ☑ _Deferred_
**AXIS III:** ☐ Unknown ☑ None
**Optional:** **AXIS IV:** _____
**AXIS V:** Current GAF _____

**Additional Assessment Comments:** _Appeared to be stable_

**AXIS I:**
V65.2  Malingering
309.0  Adj. DO, Depr.
309.24 Adj. DO, Anx.
309.28 Adj. DO, Mixed
296.33 Maj. Depr. w/o psy
296.34 Maj. Depr. with psy
311   Depr. D.O., NOS
296.80 Bipolar D. O., NOS
296.4x Bipolar I, Manic
300.02 Gen. Anx. D. O.
309.81 PTSD 314.9 ADHD
312.30 Imp. Control, NOS
295.30 Chr. Schiz., par.
295.90 Chr. Schiz., undif.
295.70 Schizoaffective DO
293.82 Subs. Induced Psych
298.9  Psychosis, NOS
303.90 Alc. Dep., IACE
305.00 Alc. Abuse
305.20 Cannabis Abuse
304.30 Cannabis Dep, IACE
304.20 Cocaine Dep., IACE

**AXIS II:**
301.83 Borderline Pers. DO
301.7  Antisocial Pers. DO
319   MR, Unspecified
V71.09 None 799.9 Deferred

**PLAN:**

☐ Has been educated on how to contact Mental Health PRN
☑ F/U x30 days    ☑ See psychiatrist @90 days
☑ Continue working on treatment plan goals as written
☐ Refer to psychiatrist for Psych. Eval/Med Review
☐ Other: _____

**CLINICIAN SIGNATURE / TITLE:** _Carol Furman_

**IM NAME:** _Cardone, Charles_   **SBI#** ▓▓▓▓

**DATE:** _4/25/06_   **TIME:** _1080_

17

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

CHARLES F. CARDONE                    Bldg (17) CU4
_____         _____
Name (Print)                          Housing Location

██████ -49          ████████          April 18, 06
_____         _____
Date of Birth        SBI Number       Date Submitted

Complaint (What type of problem are you having?) Urination problems ... having to get up numerous times per night to urinate, needing to urinate frequently and/or urgently throughout the day, having trouble starting to urinate ... I wish to try PROSTAMENE 11 (SANUS VICTUS CAPSULES)

Charles F. Cardone                    April 18, 2006
_____         _____
Inmate Signature                      Date

**The below area is for medical use only.  Please do not write any further.**

4/20/06

S: Refer to Med Level Provider per pt.

O: Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P: pls do urine dipstick & let MD review

E:

_____         4/24/06
Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

## PSYCHIATRIC PROGRESS NOTE

NAME: _Charles Cardona_     SBI #: _____     DATE: _4-6-06_

*SUBJECTIVE :C/O* _Thoughts of past events, like () things did to family multiple_
_somatic c/o of multiple medical problems. Not clear_
_if ↑ Prozac has helped. Complain wanted herpes Tx_

S.E.'s _Dul for colonoscopy. States itching stopped after_ ___ sigEcaps ___
___ years ___

**OBJECTIVE:**                    **Mental Status Exam:**  ☐ I/M just woke up   (NA = not applicable or not assessed)
- **Appearance:**  ☐ Well-groomed/Dressed  ☑ Fair grooming  ☐ Disheveled  ☐ Well-nourished/developed  ☐ Weak  ☐ Odd  ☐ Akathisia
- **Behavior:**  ☐ Calm  ☑ Cooperative  ☐ Uncooperative  ☐ Guarded  ☐ Agitated  ☐ Restless  ☐ Irritable  ☐ Slowed
  ☑ Good eye contact  ☐ Fair eye contact  ☐ Poor eye contact  ☐ Bizarre  ☐ AIMS done  ☐ T.D. info sheet given/discussed
- **Speech:**  ☑ Normal  ☐ Slurred  ☐ Loud  ☐ Soft  ☐ Fast  ☐ Pressured  ☐ Slowed  ☐ Monotone  ☐ Poverty of speech
- **Mood:**  _____  ☑ Euthymic  ☐ Dysphoric  ☐ Depressed
- **Affect:**  ☑ Appropriate  ☐ Inappropriate  ☐ Labile  ☐ Flat  ☐ Blunted  ☐ Constricted  ☐ Depressed  ☐ Hyperthymic
  ☐ Angry  ☐ Euphoric/Expansive  ☐ Fearful  ☐ Anxious  ☐ Neutral  ☐ Other _____
- **Thought Process:**  ☑ Goal-directed  ☐ Coherent  ☐ Logical  ☐ Illogical  ☐ Incoherent  ☐ Looseness of Associations
  ☐ Flight of Ideas  ☐ Tangential/Circumstantial  ☐ Thought Blocking  ☐ Perseverates
- **Thought Content:**  ☐ Appropriate  ☐ Racing thoughts  ☐ Poverty of thought  ☐ Suicidal ideations  ☐ Homicidal ideations  ☐ No S/I-I-P on direct inquiry
  ☑ CAN / CANNOT  contract for safety  ☐ Delusions: describe _____
  ☐ Thought Broadcasting  ☐ Thought Insertion  ☐ Thought Control  ☐ Ideas of Reference  ☐ Paranoia
  ☐ Obsessions  ☐ Compulsions  ☐ Phobias  ☐ Preoccupations
  describe _____
- **Perceptual Disturbance:**  ☑ NONE / Denies
  ☐ Hallucinations  ☐ auditory  ☐ visual  ☐ tactile  ☐ others _____  ☐ Hypnagogic  ☐ Hypnopompic  ☐ Illusions
- **Mini-Mental Status Examination: (if necessary)**
  **Level of Consciousness:**  ☐ Awake  ☐ Alert  ☐ Drowsy  ☐ Lethargic  ☐ Stuporous  ☐ Coma
  - (  )  Year/Season/Date/Day/Month          (  )  Read & Obey "CLOSE YOUR EYES"
  - (  )  State/County/Town/Building          (  )  Write a sentence
  - (  )  Immediate Recall 3 objects          (  )  Copy a design
  - (  )  Spell "WORLD" backwards or Serial 7's (  )  Repeat "No if's, and's or but's"
  - (  )  Name pencil and watch               (  )  Long-term recall of 3 objects
- **ABSTRACTION:**  ☐ Appropriate  ☑ Concrete  ☐ Inappropriate: describe _____
- **INSIGHT:**  ☐ Good  ☑ Fair  ☐ Poor    **JUDGEMENT:**  ☐ Good  ☑ Poor  ☐ ??  ☐ Self-focused on prison issues, blaming system, legal, etc
                                         _import int cups_

*ASSESSMENT:*     **DIAGNOSTIC IMPRESSIONS:  change previous diagnostic impression   YES   NO**

| | |
|---|---|
| 391   MR | Axis I : _MDD_ |
| 299.80  PDD | |
| 301.7  ASPD | Axis II : _____ |
| 303.90  ETOH depend. | |
| 304.80  Poly-Sub depend | Axis III : _HEP C, Anemia, HTN, Seizure D/o_ |
| 295.30  Ch. Schz-prnd | |
| 295.90  Ch Schz-undiff | *PLAN:*  Recommendations / Treatment:  _On Dilantin +_   ☐ Labs noted   ☐ EKG noted |
| 295.70  Schz-aff | _multiple_   ☐ Labs ordered |
| 293.82  Subs-ind.psy | *PSYCHOEDUCATION / SUPPORT:* ☑ GIVEN / NOT GIVEN   _meds_ |
| 298.9  Psycho NOS | |
| 311   Dep NOS | *Patient IS / IS NOT a danger to SELF / OTHERS* |
| 296.33  M. Dep-psy | |
| 296.34  M.Dep+psy | *MEDICATIONS:* change from previous regimen   YES   NO   ☐ Dose change only |
| 293.83  Subs-ind Dep | 1. _Prozac 20am + 40qhs_   3. _____ |
| 296.80  BPAD | |
| 309.81  PTSD | |
| 300.02  GAD | 2. _____   4. _____ |
| 293.83  Subs-ind Anx | |
| 300.00  Anx. d/o NOS | *RISKS/BENEFITS OF MEDICATIONS:* ☑ DISCUSSED / NOT DISCUSSED |
| 309.9  Adj D/O NOS | PATIENT ACCEPTS / REFUSES  MEDICATIONS  CONSENT SIGNED / NOT SIGNED |
| 301.9  Pers d/o NOS | ☐ WARNED OF POSSIBLE RELAPSE OFF MEDS.   ☐ WARNED OF POSSIBLE MANIA W/ MED |
| 333.90  Med-ind.mov't | NEED TO INCREASE DATA BASE/RAPPORT  YES / NO |
| V65.2  Malingering | MENTAL HEALTH GROUP REFERRAL  YES / NO |
| 292.9  Other sub related d/o nos | INMATE WILL BE SEEN FOR TREATMENT / RE-EVALUATION IN 90 DAYS OR AS INDICATED |

|                  lipids
|                  level

_____
Psychiatrist Signature                          Anthony Cannuli, MD

## URINALYSIS DIPSTICK RESULTS

Inmate Name: _Cardone, Charlie_

Inmate Number: ▮▮▮▮▮

Date Ordered: _3/30/06_

Date Completed: _4-4-06_

Ordering Physician: _NP, OTT_

RN Signature: _Gloria C Watson RN_

| Test | Normal Value | Test Value |
|---|---|---|
| Glucose | Negative | mg/n |
| Bilirubin | Negative | |
| Ketone | Negative | |
| Specific Gravity | 1.001 – 1.035  1.010 | mg/n |
| Blood | Negative | |
| pH | 5.0 – 6.5  10 | mg/ml |
| Protein | Negative | |
| Urobilinogen | 0.2 – 1.0 | mg/m |
| Nitrate | Negative | |
| Leukocytes | Negative | |
| Color | Yellow | |
| Character | Clear | |

Comments: _____

FCM Proprietary Information, April 2001

MR form #:_____   Approved:

# CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC DOCUMENTATION

| Name Cardone, Charles | ID Number | Age | SEX M □ |
|---|---|---|---|

Clinic (check applicable) □Endocrine ☑Cardiovascular/hypertension □Pulmonary ☑Infectious Disease □Neurology/seizure □Gen. Me □Other:

**SUBJECTIVE**

Seen – claim he was diagnosed with A/B and C – would try to get medical information.

| Medication Compliance % | Compliant with Exercise □Yes □No □NA | Inhaler use □Yes □No □NA |
|---|---|---|
| Medication side effects □Yes □No □NA | Exercise Intolerance □Yes □No □NA | Increased □Yes □No Ave. Use/Day |
| Last seizure □NA | Weight Loss □Yes □No □NA | Diet Compliance □Yes □No □NA |
| LMP □NA | Other: | |

**OBJECTIVE**

| BP 140/80 | P 87 | R 16 | T 97.6 | WT 170 | HT | SaO₂ □NA 97% | Peak Flow □NA | Cap BS □NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☑WNL □Document Other

Heart: ☑Regular no murmur, gallop, rub □Document Other

Lungs: ☑CTA bilaterally □Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses □Document Other

Genital/Rectal: ☑WNL □ Deferred □Document Other

Neuro: ☑WNL □Document Other

Skin: ☑WNL □Document Other

Current Labs □None □Current Labs Reviewed □WNL □Abnormal(s) noted Describe:

**ASSESSMENT**

Diagnosis: Hep A / B / C

Patient Response ☑ Good □ Fair □ Poor

Overall Assessment of Patient's Condition □ Improved □ Unchanged □ Worsened

CMS 1/05 Form # 7655

Medications ☐Continue current therapy ☐ange therapy List changes:

Diagnostic Studies: ☐CBC ☐SMA 12 ☐ Lipids ☐ HgbA₁C ☐Viral Load ☐ CD₄ ☐ Hepatitis Screen ☐ LFT ☐ UA ☐Urine Dip Stick ☐Urine Pregnancy Test ☐Other List
☐EKG ☐ X-ray List:

Diet ☐Yes List Type                    ☐NA Comments:

Vaccines: Flu ☐ Current ☐Not Indicated ☐Ordered ☐Refused    Pneumococcal Pneumonia ☐ Current ☐Not Indicated ☐Ordered ☐Re

## PATIENT EDUCATION

| | |
|---|---|
| ☐ Disease etiology, complications, prognosis | ☐ Medication Side Effects, Dosage and Actions |
| ☐ Self care and Life Style Changes | ☐ Smoking Cession Encouraged |
| ☐ Foot care | ☐ Skin care |
| ☐ Diet and weight loss | ☐ Exercise |
| ☐ Inhaler use | ☐ Instructed to sign up for sick call as needed |
| ☐ Other List | ☐ Other List |
| ☐ Patient verbalized understanding of education | ☐ Patient resistant to education |

## NEXT VISIT

Next CCC Visit: ☐ _____ Weeks ☐ _____ Months

☐Problem List Reviewed/Updated          ☐ Plan of Care Reviewed/Revised

## REFERRALS

☐ None indicated ☐ List

## Progress Notes:

Hep A/B/ C vaccine
do not want to be treated f
Hepatitis

| Signature/Title | | | | Date | Time |
|---|---|---|---|---|---|
| Reviewed by/Title | | | | Date | Time |

MEDICAL SERVICES, Inc.

PHYSICIANS' O

Name Cardone, Charles

Location DCC                    ID# O

D.O.B. 1·13·49

Allergies NKDA

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: Cleadu | Periactin 4mg Po BID PRN x 3 for itching |
| Date: 2/27/06 | |
| Time: 2000 | |
| | M.D. Signature |

| Check box as order is noted: | (Date & Time)                Date/Time  2/27/06 |
|---|---|
| Noted by: Cleadu | Verapamil 240mg po QD x 120 days |
| Date: 3/4/06 | Lasix 20 mg po QD x 120 days |
| Time: 1900 | Lasix 20 mg po QD x 120 days |
| | Dilantin Chewable 250mg po TID x 120 day |
| | Chem 24, Dilantin level |
| | M.D. Signature John D Ott msn FNP-c   SHEREL A. OTT, MSN, FNP-C |

| Check box as order is noted: | (Date & Time)                Date/Time  3-3-06 |
|---|---|
| Noted by: Cleadu | BSA |
| Date: 3-8-06 | DC Ulcer Jtab |
| Time: 1300 | Ultram 50y Jtab po BID x 60 day |
| | Naproxen 500 po BID x 60 day |
| | Colonoscopy → consult write |
| | Baclofen 20 po BID   SHEREL A. OTT, MSN, FNP-C |
| | M.D. Signature |

| Check box as order is noted: | (Date & Time)                Date/Time  03-8-06 |
|---|---|
| Noted by: | CBC CMP — RTC 90 day |
| | get medical record from prior |
| Date: 3/10/06 | treatment — patient claims he |
| Time: 1050 | was diagnosed with A&B in the |
| | past |
| | M.D. Signature              Date/Time  3/10/06 |

Rev 03/04

# CORRECTIONAL MEDICAL SERVICES, Inc.    PHYSICIANS' ORDERS

Name _Cardone, Charles_    D.O.B. _3-49_

Location _DCC_    ID# _1_    Allergies _NKDA_

---

| Check box as ordered/noted: | (Date & Time) |
|---|---|
| Noted by: | Baclofen 20mg po BID x 60 days |
| Date: | |
| Time: | |
| M.D. Signature _John Hoffman_ Date/Time 1/17/06 | |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | 1-19-06 |
| Date: | Start PROZAC 20mg PO QAM x 90d |
| Time: | Continue PROZAC 40mg PO QPM x 90d |
| ANTHONY CANNULI, MD | |
| M.D. Signature _Anthony Cannuli M.D_ Date/Time | |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: Shower | VTO/NP OTT/Stan weah 2/8/06 |
| Date: 2/8/06 | Ultram 50mg 2 tabs PO BID x 30days |
| Time: 1730 | Verapamil 240mg PO QD x 30days |
| | Vasotec 20mg PO QD x 30days |
| | Lasix 20mg PO QD x 30days |
| M.D. Signature _A. DAHoffman_ Date/Time 2/10/06 | |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: IAC | Dilantin level |
| Date: 2-10-06 | |
| Time: 2000 | |
| M.D. Signature _A. DAHoffman_ Date/Time 2/10/06 | |

# CORRECTIONAL MEDICAL SERVICES, Inc.    PHYSICIANS' ORDERS

Name _Cardone, Charles_    D.O.B. _49_

Location _DCC_    ID# _    Allergies _NKDA_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: *Mulyn* Date: 11/18/05 Time: 2200 | 11/18/05 CMP, CBC, -- 2months PSC 3months M.D. Signature _M Brownlee_    Date/Time _11/18/05_ |
| Noted by: *Wayne* 12/1/05 @07:00 Date: Time: | (Date & Time) Baclofen 20mg po QHS x 30 day Baclofen 10mg po QAM x 30 day M.D. Signature _R Pallimsar_    Date/Time _12/1/05_ |
| Noted by: *Snowdea* :Date: 12/5/05 Time: 1200 | (Date & Time) D/C AM DILANTIN Dilantin level — 1 week M.D. Signature _R A Adamsan_    Date/Time _12/5/05_ |
| Noted by: *Snowdea* Date: 1/7/06 Time: 2000 | (Date & Time) Nurse Protocol Snowden 1/7/06 Colace 100 mg po BID x 4 days for constipation M.D. Signature _R Adamsan_    Date/Time _1/9/06_ |

rv 03/04

**CORRECTIONAL MEDICAL SERVICES, Inc.**          **PHYSICIANS' ORDERS**

Name _Cardone, Charles_          D.O.B. _-49_

Location _DCC_          ID# _____          Allergies _NKDA_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: _Madperch_  Date: 10/21/05  Time: 0530 | D/c Ultram 50 m.  Ultram 50mg 2 tab po BID x 120 day  Baclofen 20mg po HS x 20 day  Flu shot when available  Verapamil 240mg po OD x 120 day  Benedryl 50mg po BID x 120 day  M.D. Signature _Ahmed A OH MSN/GN_ Date/Time _10/18/05_ |
| Noted by: _Madperch_  Date: 10/21/05  Time: 0530 | Vasotec 20mg po OD x 120 day  Lasix 20 mg po OD x 120 day  M.D. Signature _Ahmed A OH MSN GN_ Date/Time _10/18/05_ |
| Noted by: _Sparrow_  Date: 11/21/05  Time: 1230 | D/c Dilantin 250mg QHS  Dilantin Chewable 250mg ½ tab QAM x 120 day  Dilantin Chewable 250mg QHS x 120 day  re Check Dilantin in 1 month  Dianife 125mg PO QAM (Warfarden off)  M.D. Signature _Ahmed A OH MSN GN_ Date/Time _10/1/05_ |
| Noted by: _Sparrow_  Date: 11/12/05  Time: 1430 | 11/12/05          Prozac 20mg Ⓓ pm X3  Pr. 2. c 40g Ⓓ pm X 90  M.D. Signature _____ Date/Time _11/12/05_ |

# PHYSICIAN'S ORDER SHEET

| ORDERS Another brand of a generically equivalent product or medication may be formand/or content of active ingredient may be administered unless checked. | ✔ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |
|---|---|---|

START

Dilantin Level
CBC, SMA12, Lipids EKG
Ultram 50mg 2 tabs RID X 90 days
Verapamil 240mg po BID QD x 120 day
✓ B/P 2x/wk x 3 wks and pull chart for
provider review

NAME CARDONE, Charles

ALLERGIES N/CDA

PROVIDER'S SIGNATURE          DATE/TIME 8/15/05

## START NEW ORDERS BELOW

START

Dilantin level in 1mos

PROVIDER'S SIGNATURE          DATE/TIME 8/25/05

19
BL 8

## START NEW ORDERS BELOW

START

B/P Check weekly x 3 months

ID

DOB

PROVIDER'S SIGNATURE          DATE/TIME

FCM-001

PHYSICIAN'S OR

# PHYSICIAN'S ORDER SHEET

| ORDERS — Another brand of a generic or chemically equivalent product identical in dosage form and content of active ingredient may be administered unless checked. → | ✓ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |
|---|---|---|

**START**

tetanus shot

*(signature)*

*redraws*

PROVIDER'S SIGNATURE _____ DATE/TIME 2/12/05

## START NEW ORDERS BELOW

**START**

Seizure Disorder – Need bottom
brush – memo writer

PROVIDER'S SIGNATURE _____ DATE/TIME 2/22/05

## START NEW ORDERS BELOW

**START**

Benadryl 50mg BID
Vasotec 10mg P.O. Qday
Lasix 20mg P.O. Qday
Dilantin 250mg Chewable tabs qhs

PROVIDER'S SIGNATURE _____ DATE/TIME 3/1/05

NAME Carbone, Charles
ALLERGIES None

ID _____
DOB _____

FCM-001

**PHYSICIAN'S ORDERS**


**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | CMS DELAWARE<br>1181 PADDOCK ROAD<br>SMYRNA, DE  19977<br><br>(D0308-4)   Bio-Net Print | -FINAL-  Original Report 03/29/2006 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| CARDONE, CHARLES | | DR. NIAZ |

| LAB I.D. NO. 101368373 | DATE COLLECTED 03/28/2006 | DATE RECEIVED 03/28/2006 23:11 | DATE OF REPORT 3/29/2006 08:33 | AGE 57 Y | SEX M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

-------------------------- * CHEMISTRY *--------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 7.4 | | 5.9-8.4 | gm/dl |
| Albumin | 4.4 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.5 | | 1.1-2.9 | |
| Glucose | | 69 LO | 70-109 | mg/dL |
| Sodium | 143 | | 133-145 | mmol/L |
| Potassium | 4.1 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 29 | | 21-29 | mmol/L |
| BUN | 18 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 18 | | 10-28 | |
| Calcium | 9.5 | | 8.4-10.4 | mg/dl |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| Alk Phos | 100 | | 39-120 | u/l |
| AST (SGOT) | | 40 HI | < 37 | u/l |
| ALT (SGPT) | 37 | | < 40 | u/L |

**************************************************************

* GFR, Estimated = 81.79 mL/min/1.73m2


****************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
     ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

-------------------------- * HEMATOLOGY *--------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| WBC | 4.6 | | 3.40-11.80 | x10(3) |
| RBC | 5.2 | | 4.20-5.90 | x10(6) |
| HGB | | 11.4 LO | 12.3-17.0 | gm/dl |
| HCT | 39.8 | | 39.3-52.5 | % |
| MCV | | 76.5 LO | 80.0-100.0 | FL |
| MCH | | 21.9 LO | 25.0-34.1 | pg |
| MCHC | | 28.6 LO | 29.0-34.0 | gm/dl |

Continued on Next Page                                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05



BioReference
LABORATORIES

| D O C T O R | CMS DELAWARE<br>1181 PADDOCK ROAD<br>SMYRNA, DE  19977 | | |
|---|---|---|---|
| | (D0308-4)   Bio-Net Print | -FINAL-  Original Report 03/29/2006 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| CARDONE, CHARLES | | DR. NIAZ |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 101368373 | 03/28/2006 | 03/28/2006 23:11 | 3/29/2006 08:33 | 57 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| RDW | | 19.1 HI | 10.9-16.9 | % |
| POLYS | 42 | | 36-78 | % |
| LYMPHS | 39 | | 12-48 | % |
| EOS | 3 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | | 15 HI | 0-13 | % |
| Platelet Count | 213 | | 144-400 | x10(3) |

---------------------------* MISCELLANEOUS *-----------------------------

| | | | | |
|---|---|---|---|---|
| DILANTIN | 10.7 | | 10.0-20.0 ug/mL | |
| PSA 3rd.GEN | 0.427 | | <4.0 ng/mL | |

*********************************************************************
The PSA assay should not be the only test used for diagnostic
purposes.  Additional evaluation using DRE, ultrasound, TUR or
similar procedures may be used for this purpose.  Predictions
of disease recurrence should not be based solely upon values
obtained from serial PSA values obtained on the patient.
PSA method: Roche Diagnostics/electrochemiluminescence Immunoassay.

                        Final Report                      Page: 2

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

CHARLES CARDONE

BLDG 21 C8U

Name (Print)

Housing Location

March 17, 06

Date of Birth    SBI Number    Date Submitted

Complaint (What type of problem are you having)? My hands are severely dried out resulting in numerous painful cuts which have become an on going and constant problem. Please provide me with medicated lubricant to counteract my dry, cracking skin on my hands

Charles J. Cardone

March 17, 06

Inmate Signature    Date

### The below area is for medical use only. Please do not write any further.

S: You may purchase lotion from the commissary. After taking showers

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____
or washing of hands make sure

A: you moisturize to reduce dryness of skin and discomfort Medical

P:

E:

Provider Signature & Title    Date & Time

3/1/99 DE01
FORM#:
**MED**
**263**

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Cardone, Charles    ID#:    Institution: DCC

| Date | Time | Notes | Signa |
|------|------|-------|-------|
| 1/17/06 | | Provider Note Cont. | |
| | | P) Will F/u qu | |
| | | Renew Baclofen | |
| 3/1/06 | 1330 | Med note inmate belligerant @ start of | |
| | | chronic care. for Benadryl being discontinued | |
| | | tried to explain Periactin 4mg BID ordered on 28th | |
| | | Inmate cond to speak while being spoken | |
| | | Inmate TOLD TO leave no chronic care directed | |
| | | M Boogg PA-C | |
| 3/28/06 | | labs drawn PSA, Dilantin, CBC, cmp | S Flamen |
| 5-8-06 | | Provider Note | |
| | | WT.176 P.75 R.16 BP 122/70 T.96.5 | |
| | | S) Here to see FM for acc call c/o Frequent | |
| | | urination states has had it for years | |
| | | Never had rectal exam for prostate. Don't | |
| | | want it. Don't get much sleep at night because | |
| | | O) Alert & Oriented x3 healthy white | |
| | | Male. Abdomen soft BS ⊕. Rectal | |
| | | exam — Refused. PSA was normal | |
| | | 0.427. | |
| | | A) Poly Uria | |
| | | P) Dit_ed ___ LA. 5__ T tab po qd (Detropan) | |
| | | Awaiting scheduled Colonoscopy | |
| | | F/u ~ 1 month | |

SHEREL A. OTT, MSN, FNP-C

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _Cardone, Charles_     ID#: ████     Institution: _DCC_

| Date | Time | Notes | Signat |
|------|------|-------|--------|
| 10/18/05 | 10 | Dr-medical. WT. NA  BP. 130/70  R.16  T.96.6  P.72  _Provider Note_    see chronic care sheet    _[signature]_ | |
| 10/31/05 | 1402 | Pt'd planted to LFA    CA | |
| 11/4/or | 1200 | medication being worded from Pharmacy. Supervisor sending out to neighborhood Pharmacy for temp dose.    _Stowel_ | |
| 11/15/05 | | labs drawn  Dilantin level    S.Plamer | |
| 11/16/05 | | Dr-medical BP. taking on 11/14/05 BP was 160/80 ———    ABMA | |
| 12/13/05 | | labs drawn  Dilantin level    S.Plamer | |
| 1/06 | 1900 | ↳ constipation × 2 days. causing him distress. requested colace. Also informed I/m that he needs to ↑ fluid intake and ↑ mobility — he was agreeable w solution  _[signature]_ | |
| 1/17/06 | | _Provider Note_  B/P. 120/70  WT.160  R.16  T.97.6  P.72  S) States that 5-6 days ago woke up with glands swollen. stayed that way until somewhere between breakfast & lunch then just as suddenly went away - Never re-occurred again. Also wants renewal of Baclofen  _Refer_  O) Alert & Oriented x3 healthy white male Throat benign ⊘ very clear, ⊘ edema Neck supple, non-tender. Lungs clear to all fields. Cardiac RRR s̄ s̄  A) Resolved "Temp L.P... 1/adeno. Stools... | |



**CMS**
Correctional Medical Services

**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

_Cardone, Charles_                    _3/9/06  9:55_

Name of Inmate                        Date/Time

~~██████████~~

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_I/m refused  treatment for Hep C at this_
_time._

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

_CF Cardone_                          _3/9/06  9:55_

Inmate Signature                      Date/Time

_____

Witness

The aforementioned inmate has refused the listed medical treatment/recommendation  and has refused to sign this form.

_____

Witness

_____

Witness

_____

Date/Time

7120 Rev 09/01/2004

## CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC DOCUMENTATION

| Name _Cardone Charles_ | ID Number ~~████~~ | Age | ☐M ☐F |
|---|---|---|---|

Clinic (check applicable) ☐Endocrine ☑Cardiovascular/hypertension ☐Pulmonary ☐Infectious Disease ☐Neurology/seizure ☐Gen. Med
☐Other: _HTN, Seizures_

**SUBJECTIVE**

States that he has petit mal seizures a couple weeks ago. Nothing new. States been like this for years. States that has anemia wants colonoscopy

| Medication Compliance % _100 %_ | Compliant with Exercise ☑Yes ☐No ☐NA | Inhaler use ☐Yes ☐No ☑NA |
|---|---|---|
| Medication side effects ☐Yes ☑No ☐NA | Exercise Intolerance ☐Yes ☐No ☐NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure (couple weeks ago) ☐NA | Weight Loss ☐Yes ☐No ☐NA | Diet Compliance ☐Yes ☐No ☑NA |
| LMP ☑NA | Other: | |

**OBJECTIVE**

| BP _150/90_ | P _96_ | R _16_ | T _97.2_ | WT _166_ | HT | SaO₂ _97%_ ☐ NA | Peak Flow ☐ NA | Cap BS ☐ NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☑WNL ☐Document Other

Heart: ☑Regular no murmur, gallop, rub ☐Document Other

Lungs: ☑CTA bilaterally ☐Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☑Deferred ☐Document Other

Neuro: ☐WNL ☐Document Other

Skin: ☐WNL ☐Document Other

Current Labs ☐None ☑Current Labs Reviewed ☐WNL ☐Abnormal(s) noted Describe: _Hgb ↓ & Hct ↓_

ASSESSMENT _Stable_

Diagnosis: _as above_

Patient Response ☑Good ☐ Fair ☐ Poor

Overall Assessment of Patient's Condition ☐ Improved ☑ Unchanged ☐ Worsened

CMS 1/05 Form # 7655

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

CHARLES F. CARDONE _____ Bldg 21 C8U
Name (Print)                                    Housing Location

___19___          _____          3-8-06
Date of Birth        SBI Number        Date Submitted

Complaint (What type of problem are you having)? I wish to have CMS
prescribe prostamine (SANUS VICTUS CAPSULES) to lessen
the frequency of my urination, especially in the p.m (urination)
symptons; Frequency (high) slow start, do not completely empty bladder.....
                                                                    (OVER—

Charles F. Cardone _____ 3-9-06
Inmate Signature                                  Date

**The below area is for medical use only. Please do not write any further.**

S: 3/29/06 - Refer to NP to determine
if meds are to be ordered

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P: New order - U/A dipstick - for NP OTT

Seen by provider on 5/8/06

E:

_____        _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
**MED**
**263**

MHU 21

## Correctional Medical Services
## Inter Disciplinary Progress Notes

Patient Name: Cardone, Charles    ID#: ~~████~~    Institution: DCC

| Date | Time | Notes | Signa |
|------|------|-------|-------|
| 2/28/06 | 0930 | (S) Seen by mental health for a routine visit. <br> (O) A, ox3, No S/H Idea <br> No meds related complaints. <br> (A) Stable at this time <br> (P) To contact MH as needed. <br> _Jme Corwin, RN_ | |

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

CHARLES F. CARDONE                    BLDG. (21) C8U
Name (Print)                                            Housing Location

49                                                FEB. 23, 2006
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? Without the Benadryl Delaware Prisons have prescribed to me for approx. 3 years I have anon going, severe, loss of sleep itching surfaces and resurfaces without the Benedryl!

Charles F. Cardone                    Feb. 23, 2006
Inmate Signature                          Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:    Periactin 4mg BID PRN X 30d ordered. This is on formulary Instead of Benadryl

E:

_____                    2/27/06.
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

## FORM #585

#### ~~MEDICAL GRIEVANCE~~

FACILITY: _DCC_

DATE SUBMITTED: _2-22-06_

INMATE'S NAME: _Charles F. Cardone_

SBI#: ~~████████████~~

HOUSING UNIT: _Bldg (21) C8U_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _On Going_

TYPE OF MEDICAL PROBLEM:

_SCI (DR. Burns) and DCC have been prescribing 100 mg of Benedry daily (50mg IN am and 50 mg in pm) for approx. 3 years for severe itch due to Herpes Virus Infection._

GRIEVANT'S SIGNATURE: _Charles F. Cardone_     DATE: _Feb. 22, 06_

ACTION REQUESTED BY GRIEVANT: _Use this form as a sick call slip... I do not have a sick call slip available at this time. Please re-issue Benedryl as indicated above._

RECEIVED
FEB 2 4 2006

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

### PSYCHIATRIC PROGRESS NOTE

NAME: *Charles Cardone*    SBI #: ▓▓▓▓    DATE: *1-19-06*

**SUBJECTIVE:** EVENTS NOTED

*Wants to ↑ Prozac dose, c/o Depressed in A.M.
Gets 5 p.m. - fuls Better ~ 9 p.m.*

**OBJECTIVE:** Mental Status Exam: *Was on Prozac 80mg at VA in community*

**Appearance:** ☐ Well-groomed/Dressed ☐ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☑ Calm, ☑ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed
☑ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

**Speech:** ☑ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

**Mood:** *Dysphoric*

**Affect:** ☑ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☑ Depressed
☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thght Process:** ☑ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking

**Thght Content:** ☑ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☑ CAN ☐ CANNOT contract for safety ☐ Delusions : describe_____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations
describe :_____

**Perceptual Disturbance:** ☐ NONE
☐ Hallucinations ☐ auditory ☐ visual ☐ tactile ☐ others_____ ☐ Illusions

**Mini-Mental Status Examination:** (if necessary)

**Level of Consciousness:** ☐ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

( ) Year/Season/Date/Day/Month          ( ) Read & Obey "CLOSE YOUR EYES"
( ) State/County/Town/Building          ( ) Write a sentence
( ) Immediate Recall 3 objects          ( ) Copy a design
( ) Spell "WORLD" backwards or Serial 7's ( ) Repeat "No if's, and's or but's"
( ) Name pencil and watch               ( ) Long-term recall of 3 objects

**ABSTRACTION:** ☐ Appropriate ☐ Concrete ☐ Inappropriate: describe_____
**INSIGHT:** ☐ Good ☐ Poor    **JUDGEMENT:** ☐ Good ☐ Poor    *Post LABS & EKG noted*

*Describes being much worse w/s/z I before I Prozac Restarted*

**ASSESSMENT:**    **DIAGNOSTIC IMPRESSIONS:** change previous diagnostic impression    YES  (NO)

| | |
|---|---|
| 391 | MR |
| 299.80 | PDD |
| 314.90 | ADHD |
| 303.90 | ETOH Dep. |
| 304.80 | Poly Sub-ab |
| 295.30 | Ch. Schz-prnd |
| 295.90 | Ch Schz-undif |
| 295.70 | Schz-aff |
| 293.82 | Subs-ind.psy |
| 298.9 | Psy-NOS |
| 311 | Dep NOS |
| 296.33 | M. Dep-psy |
| 296.34 | M.Dep+psy |
| 293.83 | Subs-ind Dep |
| 296.80 | BPAD |
| 309.81 | PTSD |
| 300.02 | GAD |
| 293.83 | Subs-ind Anx |
| 312.30 | Imp NOS |
| 309.9 | Adj Dis |
| 301.9 | Pers |
| 333.90 | Med-ind.mov't |
| V65.2 | Maling'g |

**Axis I:** *MDD by hx in partial Remission*

**Axis II:** _____

**Axis III:** *HEP C, HTN, "petit end epileptic"*

**PLAN:**    **Recommendations / Treatment:**

*Explained Prozac doesn't work on & off like he describes*

**PSYCHOEDUCATION/SUPPORT:** (GIVEN) NOT GIVEN

**Patient IS / IS NOT a danger to SELF / OTHERS**

**MEDICATIONS:** change from previous regimen    (YES)  NO

1. *Prozac 40mg*    2. *ADD Prozac_____*
3. _____    4. *20mg (A.M.)*

**RISKS/BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED *Warned him that*
NEED TO INCREASE DATA BASE/RAPPORT YES/NO *all his medical*
PATIENT *ACCEPTS / REFUSES* MEDICATIONS    CONSENT *SIGNED / NOT SIGNED* *problems & other meds*
MENTAL HEALTH GROUP REFERRAL    YES / NO *including HEP C*
INMATE WILL FOR TREATMENT/REEVALUATION IN 90 DAYS OR AS INDICATED
*trial of ↑ Prozac to 60mg/d of that more Prozac could be a problem if his liver can't clear it. Told him...*

**Psychiatrist Signature** _____    **ANTHONY CANNULI, MD**    **Date** _____

# CMS
## MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**
Face to face contact with client ☐ in office, ☒ cell side ☐ group ☐ on unit ☐ other: _____
Reason for contact: ☐ sick call ☒ RMHV ☐ referral ☐ crisis ☐ referral ☐ evaluation
Statements/events: _My Prozac is working @ night, but I would like_
_to be placed on a morning dose as well_

☒ Reports taking psychotropic meds as prescribed ☐ Not compliant with meds due to _____
☐ None prescribed at this time   Side effects: ☒ No ☐ Yes, describe: _____

**OBJECTIVE:** Mental Status Exam:

**Appearance:**
☒ Neat/Clean
☐ Unkempt
☐ Disheveled
☐ Good eye contact
☐ Poor eye contact

**Speech:**
☒ Normal
☐ Loud
☒ Soft
☐ Pressured
☐ Blocked

**Thought Process:**
☒ Logical/Coherent
☐ Tangential
☐ Looseness Associations
☐ Flight of Ideas
☐ Perseverations

**Hallucinations:**
☐ Denied
☐ Auditory
☐ Visual
☐ Other: _____

**Insight**
☒ Good
☐ Fair
☐ Poor

**Suicidal Ideations**
☒ No
☐ With Plan
☐ W/O Plan

**Interview Attitude:**
☒ Cooperative
☐ Unresponsive
☐ Evasive
☐ Manipulative
☐ Guarded
☐ Argumentative

**Mood:**
☐ Stable
☐ Euthymic
☒ Depressed
☐ Anxious
☐ Irritable

**Thought Content:**
☒ No Abnormal
☐ Obsessions
☐ Compulsions
☐ Phobias
☐ Euphoric

**Motor Activity:**
☒ Normal
☐ Slowed
☐ Restless
☐ Agitated

**Judgment**
☒ Good
☐ Fair
☐ Poor

**Homicidal Ideations**
☒ No
☐ With Plan
☐ W/O Plan

**Orientation:**
☒ X4
☐ Person
☐ Place
☐ Time

**Affect:**
☒ Appropriate
☐ Flat
☐ Restricted
☐ Blunted
☐ Labile
☐ Inappropriate

**Delusions:**
☒ None Observed
☐ Persecutory
☐ Grandiose
☐ Somatic
☐ Influence

**Intelligence:**
☒ Average
☐ Below Average
☐ Above Average

**Observations:** _I'm presented as mildly depressed,_
_but otherwise stable._

**ASSESSMENT:** Diagnostic Impression
**AXIS I:** ☒ _MDD_
**AXIS II:** ☐ _799. 9_
**AXIS III:** ☐ Unknown ☐ None
**Optional: AXIS IV:** _____    **AXIS V: Current GAF** _____
**Additional Assessment Comments:** _____

**AXIS I:**
V65.2  Malingering
309.0  Adj. DO, Depr.
309.24 Adj. DO, Anx.
309.28 Adj. DO, Mixed
296.33 Maj. Depr. w/o psy
296.34 Maj. Depr. with psy
311    Depr. D.O., NOS
296.80 Bipolar D. O., NOS
296.4x Bipolar 1, Manic
300.02 Gen. Anx. D. O.
309.81 PTSD  314.9 ADHD
312.30 Imp. Control, NOS
295.30 Chr. Schiz., par.
295.90 Chr. Schiz., undif.
295.70 Schizoaffective DO
293.82 Subs. Induced Psych
298.9  Psychosis, NOS
303.90 Alc. Dep., IACE
305.00 Alc. Abuse
305.20 Cannabis Abuse
304.30 Cannabis Dep,IACE
304.20 Cocaine Dep., IACE

**AXIS II:**
301.83 Borderline Pers. DO
301.7  Antisocial Pers. DO
319    MR, Unspecified
V71.09 None 799.9 Deferred

**PLAN:**
☒ Has been educated on how to contact Mental Health PRN
☒ F/ U x30 days    ☐ See psychiatrist @90 days
☒ Continue working on treatment plan goals as written
☒ Refer to psychiatrist for Psych. Eval/Med Review
☐ Other: _____

**CLINICIAN SIGNATURE / TITLE:** _____ D. McEntee MSCC ___

**IM NAME:** _Charles Cardone_    **SBI#** ▓▓▓▓▓
**DATE:** _1/17/06_    **TIME:** _1130_    **HOUSING UNIT** _19 B_

# CORRECTIONAL MEDICAL SERVICES
## MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**
Face to face contact with client ☐ in office ☑ cell side ☐ group ☐ on unit ☐ other: _____
Reason for contact: ☐ sick call ☑ RMHV ☐ referral ☐ crisis ☐ referral ☐ evaluation
Statements/events: *seen for a routine visit*

☐ Reports taking psychotropic meds as prescribed ☐ Not compliant with meds due to _____
☐ None prescribed at this time  Side effects: ☐ No ☐ Yes, describe: _____

**OBJECTIVE:** Mental Status Exam:

**Appearance:**
☑ Neat/Clean
☐ Unkempt
☐ Disheveled
☐ Good eye contact
☐ Poor eye contact

**Speech:**
☑ Normal
☐ Loud
☐ Soft
☐ Pressured
☐ Blocked

**Thought Process:**
☑ Logical/Coherent
☐ Tangential
☐ Looseness Associations
☐ Flight of Ideas
☐ Perseverations

**Hallucinations:**
☑ Denied
☐ Auditory
☐ Visual
☐ Other: _____

**Insight**
☑ Good
☐ Fair
☐ Poor

**Suicidal Ideations**
☑ No
☐ With Plan
☐ W/O Plan

**Interview Attitude:**
☑ Cooperative
☐ Unresponsive
☐ Evasive
☐ Manipulative
☐ Guarded
☐ Argumentative

**Mood:**
☑ Euthymic
☐ Depressed
☐ Anxious
☐ Irritable

**Thought Content:**
☑ No Abnormal
☐ Obsessions
☐ Compulsions
☐ Phobias
☐ Euphoric

**Motor Activity:**
☑ Normal
☐ Slowed
☐ Restless
☐ Agitated

**Judgment**
☑ Good
☐ Fair
☐ Poor

**Homicidal Ideations**
☑ No
☐ With Plan
☐ W/O Plan

**Orientation:**
☑ X4
☐ Person
☐ Place
☐ Time
☐ Preoccupations
☐ Poverty of Thought

**Affect:**
☑ Appropriate
☐ Flat
☐ Restricted
☐ Blunted
☐ Labile
☐ Inappropriate

**Delusions:**
☑ None Observed
☐ Persecutory
☐ Grandiose
☐ Somatic
☐ Influence

**Intelligence:**
☑ Average
☐ Below Average
☐ Above Average

**Observations:** *Stable at this time*

**ASSESSMENT:** Diagnostic Impression
AXIS I: ☑ *MDD*
AXIS II: ☐
AXIS III: ☐ Unknown ☐ None
Optional: AXIS IV: _____   AXIS V: Current GAF _____

**Additional Assessment Comments:** _____

**AXIS I:**
V65.2 Malingering
309.0 Adj. DO, Depr.
309.24 Adj. DO, Anx.
309.28 Adj. DO, Mixed
296.33 Maj. Depr. w/o psy
296.34 Maj. Depr. with psy
311    Depr. D.O., NOS
296.80 Bipolar D. O., NOS
296.4x Bipolar 1, Manic
300.02 Gen. Anx. D. O.
309.81 PTSD  314.9 ADHD
312.30 Imp. Control, NOS
295:30 Chr. Schiz., par.
295.90 Chr. Schiz., undif.
295.70 Schizoaffective DO
293.82 Subs. Induced Psych
298.9 Psychosis, NOS
303.90 Alc. Dep., IACE
305.00 Alc. Abuse
305.20 Cannabis Abuse
304.30 Cannabis Dep,IACE
304.20 Cocaine Dep., IACE

**AXIS II:**
301.83 Borderline Pers. DO
301.7 Antisocial Pers. DO
319   MR, Unspecified
V71.09None799.9 Deferred

**PLAN:**
☑ Has been educated on how to contact Mental Health PRN
☑ F/ U x30 days ☑ See psychiatrist @90 days
☐ Continue working on treatment plan goals as written
☐ Refer to psychiatrist for Psych. Eval/Med Review
☐ Other: _____

**CLINICIAN SIGNATURE / TITLE:** *Anne Torvean, M*

**IM NAME:** *Cardone, Charles*   **SBI#** ▓▓▓▓▓
**DATE:** 12/20/05   **TIME:** 1100   **HOUSING UNIT** 19

Form Last Modified 5/6/05

# MEMO
## CORRECTIONAL MEDICAL SERVICES

TO: Cardone, Charles shu19 BL-8  Dob: 49

FROM: SHU/MHU MEDICAL

DATE: 12/19/05

REF: Labwork  12/13/05

Just wanted to let you know that your Labwork came in normal range.

Case 1:06-cv-00151-JJF    Document 22-5    Filed 07/28/2006    Page 90 of 147

# BIO-REFERENCE LABORATORIES

ELMWOOD PARK, N.J. 07407

201-791-3600

1-800-229-LABS

| DOCTOR | |
|---|---|
| CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE 19977 | Shui9 BL8 1|13|49 |
| (D0307-6)    Bio-Net Print | -FINAL-  Original Report 12/14/2005 |

| NAME<br>CARDONE, CHARLES | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME<br>DR. OTT | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>100655849 | DATE COLLECTED<br>12/13/2005 | DATE RECEIVED<br>12/13/2005 23:16 | DATE OF REPORT<br>12/14/2005 08:31 | AGE | SEX<br>56  M |

| Test Description | Result | Abnromal | Reference Range |
|---|---|---|---|

Tests Ordered : DILANTIN (PHENYTOIN).
----------------------------* MISCELLANEOUS *-----------------------------

| DILANTIN | 14.4 | | 10.0-20.0 ug/mL |
|---|---|---|---|
| | Final Report | | Page: 1 |



MD
12/16/05

Bader Maria Pedemonte-Coira, M.D., FCAP
MEDICAL DIRECTOR

**BioReference**
LABORATORIES

PLACE ON REDUCTION

100655849.0   CARDONE,   CHARLES
USE LABEL                              USE LABEL

CARDONE,  CHARLES                      CARDONE,  CHARLES
USE LABEL                              USE LABEL

CARDONE,  CHARLES                      CARDONE,  CHARLES

DOCTOR

CMS DELAWARE
1181 PADDOCK RD                FX
SMYRNA, DE  19977
(302) 653-9261    (D0307-6)

NAME                          PATIENT I.D. / ROOM NO.   FINAL- Original Report 14/2005

CARDONE,  CHARLES                                        DE  OTT

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 100655849 | 12/13/2005 16:00 | 12/13/2005 02:16 | 12/14/2005 07:03 | 56 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| | | * MISCELLANEOUS * | |
| DILANTIN | 14.4 | | 10.0-20.0 ug/mL |

Final Report                                    Page: 1

SMO
12/27/05

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
7707 1/05

## CORRECTIONAL MEDICAL SERVICES
### CHRONIC CARE CLINIC DOCUMENTATION

Name _Carano Charles_

Clinic (check applicable) □Endocrine □Cardiovascular/hypertension □Pulmonary □Infectious Disease □Neurology/seizure □Gen. Med.
□Other: _HTN Seizures_

ID Number ▬▬▬▬▬

Age _56_     ☑M □F

**SUBJECTIVE**

c/o back pain still - constantly wanting meds renewed

| | | |
|---|---|---|
| Medication Compliance % _100%_ | Compliant with Exercise ☑Yes □No □NA | Inhaler use □Yes ☑No □NA |
| Medication side effects □Yes ☑No □NA | Exercise Intolerance □Yes ☑No □NA | Increased □Yes □No Ave. Use/Day |
| Last seizure ☑NA | Weight Loss □Yes ☑No □NA | |
| LMP ☑NA | Other: | Diet Compliance □Yes □No ☑NA |

**OBJECTIVE**

BP _138/86_  P _72_  R _16_  T _98²_  WT _167_  HT _5'11"_  SaO₂ □NA _98_   Peak Flow □NA   Cap BS □NA

HEENT: ☑WNL □Document Other

Heart: ☑Regular no murmur, gallop, rub □Document Other
Ⓢ carotid bruit   Ⓢ peripheral edema

Lungs: ☑CTA bilaterally □Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses □Document Other

Genital/Rectal: □WNL ☑Deferred □Document Other

Neuro: □WNL □Document Other

Skin: ☑WNL □Document Other

Current Labs □None ☑Current Labs Reviewed □WNL □Abnormal(s) noted Describe:

**ASSESSMENT** _Stable_
Diagnosis:

Patient Response ☑ Good   □ Fair   □ Poor
Overall Assessment of Patient's Condition □ Improved   ☑ Unchanged   □ Worsened

CMS 1/05 Form # 7655

**PLAN**

Medications ☑Continue current therapy ☐Change therapy List changes:

Diagnostic Studies: ☐CBC ☐SMA 12 ☐Lipids ☐HgbA₁C ☐Viral Load ☐CD₄ ☐Hepatitis Screen ☐LFT ☐UA ☐Urine Dip Stick ☐Urine Pregnancy Test ☐Other List ☐EKG ☐X-ray List:

Diet ☐Yes List Type                    ☐NA  Comments: *not interested*

Vaccines: Flu ☐Current ☐Not Indicated ☑Ordered ☐Refused   Pneumococcal Pneumonia ☑Current ☐Not Indicated ☐Ordered ☐Refused

**PATIENT EDUCATION**                    *Stats had 7 y ago by VA hospital*

| | |
|---|---|
| ☐ Disease etiology, complications, prognosis | |
| ☐ Self care and Life Style Changes | ☐ Medication Side Effects, Dosage and Actions |
| ☐ Foot care | ☐ Smoking Cession Encouraged |
| ☐ Diet and weight loss | ☐ Skin care |
| ☐ Inhaler use | ☐ Exercise |
| ☐ Other List | ☐ Instructed to sign up for sick call as needed |
| ☐ Patient verbalized understanding of education | ☐ Other List |
| | ☐ Patient resistant to education |

**NEXT VISIT**

Next CCC Visit: ☐    Weeks ☑ 3 Months

☑Problem List Reviewed/Updated          ☑Plan of Care Reviewed/Revised

**REFERRALS**

☑None indicated ☐ List

**Progress Notes**

Signature/Title _(signature)_

Reviewed by/Title

| Date 12/01/05 | Time |
|---|---|
| Date | Time |

# BIO-REFERENCE LABORATORIES

ELMWOOD PARK, N.J. 07407

201-791-3600

1-800-229-LABS

| D O C T O R | CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE  19977 | |
|---|---|---|
| | (D0307-6)   Bio-Net Print | -FINAL-  Original Report 12/01/2005 |

| NAME | | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|---|
| CARDONE, CHARLES | | | DR. BARLEY |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 100491561 | 11/30/2005 | 11/30/2005 23:39 | 12/1/2005 08:31 | 56 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| MONOS | 13 | | 0-13 | % |
| Platelet Count | 198 | | 144-400 | x10(3) |

----------------------------* MISCELLANEOUS *----------------------------

| | | | |
|---|---|---|---|
| DILANTIN | 25.2 HI | | 10.0-20.0 ug/mL |

Final Report,                                            Page: 2

*Bader M. Pedemonte, MD*
**Bader Maria Pedemonte-Coira, M.D., FCAP**
MEDICAL DIRECTOR

201-791-3600                                                    1-800-229-LABS

| | |
|---|---|
| D O C T O R | CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE  19977 |
| (D0307-6)  Bio-Net Print | -FINAL-  Original Report 12/01/2005 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| CARDONE, CHARLES | | DR. BARLEY |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 100491561 | 11/30/2005 | 11/30/2005 23:39 | 12/1/2005 08:31 | 56 | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : DILANTIN (PHENYTOIN), CBC W/DIFF, PLATELET CT., CHEM24, CBC/P,

-------------------------------* CHEMISTRY *-------------------------------

| | | | | |
|---|---|---|---|---|
| Total Protein | 7.7 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.6 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.1 | | 1.1-2.9 | |
| Glucose | 77 | | 70-109 | mg/dL |
| Sodium | 143 | | 133-145 | mmol/L |
| Potassium | 4.2 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 28 | | 21-29 | mmol/L |
| BUN | 16 | | 7-25 | mg/dl |
| Creatinine | 1.0 | | 0.4-1.2 | mg/dl |
| BUN/Creat Ratio | 16 | | 10-28 | |
| Calcium | 9.5 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | | 23 LO | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 156 | | 94-250 | u/l |
| Alk Phos | 105 | | 39-120 | u/l |
| AST (SGOT) | | 41 HI | < 37 | u/l |
| Phosphorous | 2.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | | 52 HI | < 40 | u/L |
| G-GTP | | 350 HI | 7-51 | u/L |
| Cholesterol | 162 | | < 200 | mg/dl |
| Triglycerides | 65 | | < 151 | mg/dl |

-------------------------------* HEMATOLOGY *-------------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 5.5 | | 3.4-11.8 | x10(3) |
| RBC | 5.1 | | 4.2-5.9 | x10(6) |
| HGB | | 11.3 LO | 12.3-17.0 | gm/dl |
| HCT | | 38.0 LO | 39.3-52.5 | % |
| MCV | | 74.2 LO | 80-100 | FL |
| MCH | | 22.1 LO | 25-34.1 | pg |
| MCHC | 29.7 | | 29.0-34.0 | gm/dl |
| RDW | | 17.3 HI | 10.9-16.9 | % |
| POLYS | 46 | | 36.0-78.0 | % |
| LYMPHS | 39 | | 12.0-48.0 | % |
| EOS | 2 | | 0-8 | % |
| BASOS | 0 | | 0-2 | % |

Continued on Next Page                                          Page: 1

*Bader M. Pedemonte, MD*
**Bader Maria Pedemonte-Coira, M.D., FCAP**
MEDICAL DIRECTOR

**BR** BioReference
LABORATORIES

PLACE ON REQUISITION

100476285-2  CARDONE, CHARLES

| TUBE LABEL | TUBE LABEL |
| CARDONE, CHARLES | CARDONE, CHARLES |
| TUBE LABEL | TUBE LABEL |
| CARDONE, CHARLES | CARDONE, CHARLES |

DOCTOR
CMS DELAWARE
1181 PADDOCK RD          FX
SMYRNA, DE  19977
(302) 653-9261    (D0307-6)

FINAL  Original Report 11/16/2005

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR/GROUP NAME |
| CARDONE, CHARLES | | OTT |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 100476285 | 11/15/2005 03:30 | 11/15/2005 01:38 | 11/16/2005 07:04 | 56 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

* MISCELLANEOUS *

DILANTIN                        4.9  7.9 LO        10.0-20.0 ug/mL

Final Report                              Page: 1

8:10
12/8/05

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
**This request is for (circle one):** MEDICAL  DENTAL  MENTAL HEALTH

Charles F. Cardone                    SHU 19 B8L
_____                    _____
Name (Print)                                Housing Location

                                            Nov. 9, 05
_____    _____    _____
Date of Birth              SBI Number              Date Submitted

Complaint (What type of problem are you having)? There isn't 2 am
med calls or 2 pm med calls in a row that I get
the same meds for that particular med call. Either
the nurses dispensing the meds are reading more than
one chart, or they can't read, or, they don't give a damn.
Charles F. Cardone                    Nov. 8, 9, 05    OVER →
_____                    _____
Inmate Signature                            Date

---

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:

P: Netified Charge nurse medication ordered from
Phamacy

E:

_____                    _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
**MED**
**263**

| Date/Time | Inmate's Name | | D.O.B.: / / |
|---|---|---|---|

This is an on going problem ... I am requesting the names of medications that are being dispensed to me, along with the dosage of each pill for am call and pm call.

**CMS**

DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

## INITIAL PSYCHIATRIC EVALUATION

NAME: _Chiley Cordon_  DOB: _____ AGE: _56_  SBI # _____  DATE: _11/12/c,_

Patient Screened ☐ Yes ☐ No   Chart reviewed: ☐ Yes ☐ No   Patient seen: ☐ Yes ☐ No   Status: ☐ Inpatient ☐ Outpatient

**History of Present Illness:**

_Pt I need my med, pt_

_angry / oppo ati_

Stressors: _incore_

Depression: ☐ Sadness ☐ Interest ☐ Appetite/Wt Δ ☐ Sleep Δ ☐ Energy ☐ Concentration ☐ Psychomotor ☐ Guilt ☐ SI - __ weeks

Mania: ☐ Mood ☐ Grandiosity ☐ Sleep ☐ Speech ☐ Racing ☐ Distractibility ☐ Goal directed activity ☐ Pleasure activity ↓results

Schizophrenia: ☐ Delusions ☐ Hallucinations ☐ Disorg. Speech ☐ Disorg./Catat. Behavior ☐ -ve sympt ☐ SO↓ for-___ months

**Relevant Psychiatric History:**

**Most Severe Episodes:** ☐ Major Depression ☐ Mania ☐ Schizoaffective disorder ☐ Dysthymia ☐ Cyclothymia ☐ Schizophrenia

_2_ # of previous ψ admissions. First ψ adm. _yes but_ last ψ adm. (date/location): _____ Reason: _____

Current ψ meds: _New_  Last taken: _____

Past ψ meds: _Dr. 2ac_

Medication Side Effects: YES ⬭NO⬭ Describe: _____

Psych OP F/U: YES ⬭NO⬭  last seen: _____ Rx M.D: _____ CTT involvement? _____

Suicide History: _None_ # of suicide attempts  Last attempt/gesture (date/method): _____ Reason: _____

Self-mutilating Behaviors: _____ # Unstable Relationships? _____ H/O Violent Behavior: _____

Other: _____

_Pt is unceptn english,_

| Substance Abuse History: | DURATION | AMOUNT/$ | FREQ | ROUTE | INTOX/WD | LASTUSE |
|---|---|---|---|---|---|---|
| ☐THC | | | | | | _th mty of Sur_ |
| ☐ETOH | _N/A_ | | | | | _enyer,_ |
| ☐COCAINE | | | | | | _F. w-rd,_ |
| ☐HEROINE | | | | | | |
| ☐AMPHETAMINES | | | | | | |
| ☐PCP | | | | | | |
| ☐MUSHROOMS/ LSD | | | | | | |
| ☐RX DRUG | | | | | | |

LONGEST CLEAN PERIOD _____  ψ PROBLEMS WHEN CLEAN ☐ Yes ☐ No

Describe: _____

DETOX: _____  REHAB: _____  _Pt is_

Past Medical/Surgical History: _Spasm, HTN_  _angry._

HIV risk factors _____ Last HIV status checked: _____ Result: _No eyl ch._

Medications: _____

Childhood History: Birth____ Milestones/ IQ____ Abuse ☐ Yes ☐ No Type_____ Perpetrator_____

Educational/ Occupational History: Highest Grade_____ Job Description _____ ☐ Current ☐ Past ☐ Never

Family Psychiatric History: _n._

**Legal History:** _2_ # of previous incarcerations   last incarcerated on _92-94_ reason: _attghd mrdr_
This incarceration since: _94_ reason: _Uo_

**Mental Status Exam:**

**Appearance:**   ☑ Well-groomed/Dressed ☐ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:**   ☐ Calm ☐ Cooperative ☑ Agitated ☑ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed
☑ Good eye contact ☐ Poor eye contact ☐ Bizarre/Odd ☐ Irritable ☐ AIMS

**Speech:**   ☐ Normal ☐ Slurred ☑ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

**Mood:**   _irr. tlk_

**Affect:**   ☑ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☑ Angry
☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:**   ☑ Goal-directed ☑ Coherent ☑ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations ☐ Flight of Ideas
☐ Tangential/Circumstantial ☐ Thought Blocking

**Thought Content:**   ☑ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☑ CAN / CANNOT contract for safety ☐ Delusions: describe _____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations   describe: _____

**Perceptual Disturbance:** ☑ NONE   ☐ Hallucinations ☐ auditory ☐ visual ☐ tactile ☐ others _____ ☐ Illusions

**Abstraction:**   ☐ Appropriate ☑ Concrete ☐ Inappropriate: describe _____

**Insight:**   ☐ Good ☑ Poor        **JUDGEMENT:**    ☐ Good ☑ Poor

**Mini-Mental Status Examination:** _____

**Level of Consciousness:** ☑ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

**INITIAL DIAGNOSIS:** _Intermitt + Expl Dis_

| | RATIONALE |
|---|---|
| Axis I _MDD,_ | _agr, dpr_ |
| Axis II _ASPD_ | _agdt_ |
| Axis III _Scz_ | |
| Axis IV _nl_ | |
| Axis V _50_ | |

**ASSESSMENT:**   *Patient IS / IS NOT a danger to* (SELF / OTHERS)

**RECOMMENDATIONS/ TREATMENT**

☐   NEED TO INCREASE DATA BASE/RAPPORT

☐   **PSYCHOEDUCATION/SUPPORT**    GIVEN / NOT GIVEN

☐   **MEDICATIONS:** OFFERED / NOT OFFERED   TO HOLD OFF MEDICATIONS

1. _Pr. 2.c 40, 10 pm_    | RATIONALE  _dis_ |
2. _____
3. _____

☐   **RISKS/BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED

☐   PATIENT ACCEPTS / REFUSES MEDICATIONS   ☐   CONSENT SIGNED / NOT SIGNED

☐   *PATIENT INFORMED & AWARE OF WAYS & MEANS TO ACCESS MENTAL HEALTH SERVICES* (YES) / NO

☐   MENTALHEALTH UNIT REFERRAL   YES / NO

☐   MENTAL HEALTH GROUP REFERRAL    YES / NO

**ADDITIONAL COMMENTS :**

_____

Psychiatrist

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Charles Cardone _____ SHU 19 B8L

Name (Print) — Housing Location

———49 _____ _____ Oct 30, 05

Date of Birth — SBI Number — Date Submitted

Complaint (What type of problem are you having)? I'm requesting DCC
Medical (1st Correc Medical) to treat my HEPC. I will
submit to Beck Depression Inventory as condition of
treatment.

Charles F. Cardone _____ Oct 30 05

Inmate Signature — Date

**The below area is for medical use only.  Please do not write any further.**

S: Inmate said: "I am doing fine"

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

Clean appearance, good eye contact, alert, OX3
Cooperative, normal speech, No S/H Ideas.

A: Stable at this time

P: To contact mental health as needed
To contact medical concerning medical
issues.

E:

_____ 11/22/05 0900

Provider Signature & Title — Date & Time

3/1/99 DE01

FORM#:

**MED**

## CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC DOCUMENTATION

Name: _Cardone, Charles_

ID Number: ███████  Age: 57  ☐M ☐F

Clinic (check applicable) ☐Endocrine ☐Cardiovascular/hypertension ☐Pulmonary ☑Infectious Disease ☐Neurology/seizure ☐Gen. Med ☐Other:

**SUBJECTIVE**

no meds Hcpc

| Medication Compliance % | Compliant with Exercise ☐Yes ☐No ☐NA | Inhaler use ☐Yes ☐No ☐NA |
|---|---|---|
| Medication side effects ☐Yes☐No☐NA | Exercise Intolerance ☐Yes ☐No ☐NA | Increased ☐Yes ☐No. Ave. Use/Day |
| Last seizure ☐NA | Weight Loss ☐Yes ☐No ☐NA | Diet Compliance ☐Yes ☐No ☐NA |
| LMP ☐NA | Other: | |

**OBJECTIVE**

| BP | P | R | T | WT | HT | SaO₂ | | Peak Flow | Cap BS |
|---|---|---|---|---|---|---|---|---|---|
| 140/80 | 84 | 16 | 97.6 | 165 | 5'11" | ☐ NA | 98% | ☐ NA | ☐ NA |

HEENT: ☐ WNL ☐Document Other

Heart: ☑Regular no murmur, gallop, rub ☐Document Other

Lungs: ☑CTA bilaterally ☐Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☑Deferred ☐Document Other

Neuro: ☑WNL ☐Document Other

Skin: ☑WNL ☐Document Other

Current Labs ☐None ☑Current Labs Reviewed ☑WNL ☐Abnormal(s) noted Describe:

**ASSESSMENT**

Diagnosis: Hcv

Patient Response ☑ Good  ☐ Fair  ☐ Poor

Overall Assessment of Patient's Condition ☐ Improved  ☐ Unchanged  ☐ Worsened

CMS 1/05 Form # 7655

**PLAN**

Medications ☐Continue current therapy ☐Change therapy List changes:

Diagnostic Studies: ☐CBC ☐SMA 12 ☐Lipids ☐HgbA₁C ☐Viral Load ☐CD₄ ☐Hepatitis Screen ☐LFT ☐UA ☐Urine Dip Stick
☐Urine Pregnancy Test ☐Other List
☐EKG ☐X-ray List:

Diet ☐Yes List Type
                                    ☐NA  Comments:

Vaccines: Flu ☐Current ☐Not Indicated ☐Ordered ☐Refused  Pneumococcal Pneumonia ☐Current ☐Not Indicated ☐Ordered ☐Refused

**PATIENT EDUCATION**

| | |
|---|---|
| ☑ Disease etiology, complications, prognosis | |
| ☑ Self care and Life Style Changes | ☐ Medication Side Effects, Dosage and Actions |
| ☑ Foot care | ☐ Smoking Cession Encouraged |
| ☑ Diet and weight loss | ☐ Skin care |
| ☑ Inhaler use | ☐ Exercise |
| ☑ Other List | ☐ Instructed to sign up for sick call as needed |
| ☑ Patient verbalized understanding of education | ☑ Other List |
| **NEXT VISIT** | ☐ Patient resistant to education |

Next CCC Visit: ☐ _____ Weeks ☐ 3 Months

☐Problem List Reviewed/Updated
                                    ☐ Plan of Care Reviewed/Revised
**REFERRALS**

☐None indicated ☐ List
Progress Notes

Idcp c x25yrs believes he got in Vietnam
Ha Seizure disorder Bipolar
He is being seen by another provider for
these conditions.

Signature/Title
M. Bailey PA-C

| Date 11/18/05 | Time 0930 |
|---|---|

Reviewed by/Title

| Date | Time |
|---|---|

# CORRECTIONAL MEDICAL SERVICES
## MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**
Face to face contact with client ☐ in office ☑ cell side ☐ group ☐ on unit ☐ other: ____
Reason for contact: ☐ sick call ☑ RMHV ☐ referral ☐ crisis ☐ referral ☐ evaluation
Statements/events: _Seen for a routine visit_ ____

☑ Reports taking psychotropic meds as prescribed ☐ Not compliant with meds due to ____
☐ None prescribed at this time   Side effects: ☑ No ☐ Yes, describe: ____

**OBJECTIVE:** Mental Status Exam:

**Appearance:**
☑ Neat/Clean
☐ Unkempt
☐ Disheveled
☑ Good eye contact
☐ Poor eye contact

**Speech:**
☑ Normal
☐ Loud
☐ Soft
☐ Pressured
☐ Blocked

**Thought Process:**
☑ Logical/Coherent
☐ Tangential
☐ Looseness Associations
☐ Flight of Ideas
☐ Perseverations

**Hallucinations:**
☑ Denied
☐ Auditory
☐ Visual
☐ Other: ____

**Insight**
☑ Good
☐ Fair
☐ Poor

**Suicidal Ideations**
☑ No
☐ With Plan
☐ W/O Plan

**Interview Attitude:**
☑ Cooperative
☐ Unresponsive
☐ Evasive
☐ Manipulative
☐ Guarded
☐ Argumentative

**Mood:**
☑ Euthymic
☐ Depressed
☐ Anxious
☐ Irritable

**Thought Content:**
☑ No Abnormal
☐ Obsessions
☐ Compulsions
☐ Phobias
☐ Euphoric

**Motor Activity:**
☑ Normal
☐ Slowed
☐ Restless
☐ Agitated

**Judgment**
☑ Good
☐ Fair
☐ Poor

**Homicidal Ideations**
☑ No
☐ With Plan
☐ W/O Plan

**Orientation:**
☑ X4
☐ Person
☐ Place
☐ Time
☐ Preoccupations
☐ Poverty of Thought

**Affect:**
☑ Appropriate
☐ Flat
☐ Restricted
☐ Blunted
☐ Labile
☐ Inappropriate

**Delusions:**
☑ None Observed
☐ Persecutory
☐ Grandiose
☐ Somatic
☐ Influence

**Intelligence:**
☑ Average
☐ Below Average
☐ Above Average

**Observations:** _Inmate seems to be happy during the visit._ ____

**ASSESSMENT:** Diagnostic Impression
AXIS I:  ☑  _MDD_
AXIS II: ____
AXIS III: ☐ Unknown ☐ None
Optional:  AXIS IV: ____
          AXIS V: Current GAF ____

Additional Assessment Comments: ____

**PLAN:**
☑ Has been educated on how to contact Mental Health PRN
☑ F/U x30 days   ☑ See psychiatrist @90 days
☑ Continue working on treatment plan goals as written
☐ Refer to psychiatrist for Psych. Eval/Med Review
☐ Other: ____

**AXIS I:**
V65.2  Malingering
309.0  Adj. DO, Depr.
309.24 Adj. DO, Anx.
309.28 Adj. DO, Mixed
296.33 Maj. Depr. w/o psy
296.34 Maj. Depr. with psy
311    Depr. D.O., NOS
296.80 Bipolar D. O., NOS
296.4x Bipolar 1, Manic
300.02 Gen. Anx. D. O.
309.81 PTSD  314.9 ADHD
312.30 Imp. Control, NOS
295.30 Chr. Schiz., par.
295.90 Chr. Schiz., undif.
295.70 Schizoaffective DO
293.82 Subs. Induced Psych
298.9  Psychosis, NOS
303.90 Alc. Dep., IACE
305.00 Alc. Abuse
305.20 Cannabis Abuse
304.30 Cannabis Dep,IACE
304.20 Cocaine Dep., IACE

**AXIS II:**
301.83 Borderline Pers. DO
301.7  Antisocial Pers. DO
319    MR, Unspecified
V71.09 None 799.9 Deferred

CLINICIAN SIGNATURE / TITLE: _Amul Sarwan_ ____

IM NAME _Cardone, Charles_   SBI# ____
DATE: _11/22/05_   TIME: _0900_   HOUSING UNIT _A_
Form Last Modified 5/6/05

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Name (Print): Charles F. Cardone     Pre-trial Max 18 – DU 7

Date of Birth: ___-49     SBI Number: _____     Housing Location: 12

Date Submitted: July #-2005-0800hrs

Complaint (What type of problem are you having)? I am still insisting to speak w/ DCC's (or any psychiatrist) psychiatrist, w/ my intention to have my PROZCAC re-issued. Am I writing in a foreign language or y'all just don't want to schedule me ??

Inmate Signature: C.Cardone     Date: On Going....

**The below area is for medical use only. Please do not write any further.**

S: Do y'all wait for us to die.... is that it? Is that why y'all don't want to see me? I made it thru one war, your tricks don't mean nothin'...

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

July 12 - approx. 12 Noon - I just had a physical by 2

A: of your nurses... don't ask me their names, First Correctional Medical (or whatever name you go by now) personal do not (or are not required) to use name tags so I can't tell you their

P: names, they told me DCC does not have psychiatrists or Mental Health workers. Irregardless, I still need my anti-depression meds and or 600mg trazadone nightly so I can get some long needed sleep

cfc

E: I'm ☆ sched to see ☆ on 11/12 p0s

received 11/1/05 - given to mental health 11/1 p. Shawal

Provider Signature & Title: _____     Date & Time: 11/1/05

3/1/99 DE01

FORM#:

MED
263

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC DOCUMENTATION

| Name *Cardoxe, Charles* | ID Number ▓▓▓▓ | Age | ☑ M ☐ F |
|---|---|---|---|

Clinic (check applicable) ☐Endocrine ☐Cardiovascular/hypertension ☐Pulmonary ☐Infectious Disease ☑Neurology/seizure ☐Gen. Med ☐Other:

**SUBJECTIVE**

*States got a new medication for 3 day which put him to sleep when he used but doesn't know the name*

*Otherwise ∅ complaints*

| Medication Compliance % 100% | Compliant with Exercise ☐Yes ☐No ☑NA | Inhaler use ☐Yes ☐No ☑NA |
|---|---|---|
| Medication side effects ☐Yes ☑No ☐NA | Exercise Intolerance ☐Yes ☐No ☑NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure ☐NA | Weight Loss ☐Yes ☐No ☑NA | Diet Compliance ☐Yes ☐No ☑NA |
| LMP ☐NA | Other: | |

**OBJECTIVE**

| BP 130/70 | P 72 | R 16 | T 96.6 | WT 163 N/A | HT 5'11" | SaO2 ☐ NA 99% | Peak Flow ☐ NA | Cap BS ☐ NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☑WNL ☐Document Other

Heart: ☑Regular no murmur, gallop, rub ☐Document Other

Lungs: ☑CTA bilaterally ☐Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☑Deferred ☐Document Other

Neuro: ☑WNL ☐Document Other

Skin: ☑WNL ☐Document Other

Current Labs ☐None ☐Current Labs Reviewed ☐WNL ☐Abnormal(s) noted Describe:

ASSESSMENT  *Stable*
Diagnosis:

Patient Response ☑ Good   ☐ Fair   ☐ Poor
Overall Assessment of Patient's Condition ☐ Improved   ☑ Unchanged   ☐ Worsened

CMS 1/05 Form # 7655

PLAN

Medications ☐ Continue current therapy ☐ Change therapy List changes:

Diagnostic Studies: ☐ CBC ☐ SMA 12 ☐ Lipids ☐ HgbA₁C ☐ Viral Load ☐ CD₄ ☐ Hepatitis Screen ☐ LFT ☐ UA ☐ Urine Dip Stick
☐ Urine Pregnancy Test ☐ Other List
☐ EKG ☐ X-ray List:

Diet ☐ Yes List Type                    ☐ NA Comments:

Vaccines: Flu ☐ Current ☐ Not Indicated ☐ Ordered ☐ Refused    Pneumococcal Pneumonia ☐ Current ☐ Not Indicated ☐ Ordered ☐ Refused
PATIENT EDUCATION

| | |
|---|---|
| ☐ Disease etiology, complications, prognosis | ☐ Medication Side Effects, Dosage and Actions |
| ☐ Self care and Life Style Changes | ☐ Smoking Cession Encouraged |
| ☐ Foot care | ☐ Skin care |
| ☐ Diet and weight loss | ☐ Exercise |
| ☐ Inhaler use | ☐ Instructed to sign up for sick call as needed |
| ☐ Other List | ☐ Other List |
| ☐ Patient verbalized understanding of education | ☐ Patient resistant to education |

NEXT VISIT

Next CCC Visit: ☐ _____ Weeks ☐ _____ Months

☐ Problem List Reviewed/Updated              ☐ Plan of Care Reviewed/Revised
REFERRALS

☐ None indicated  ☐ List
Progress Notes

Signature/Title    _Ahmul A Ot MSN F NP_          Date 10/18/1      Time

Reviewed by/Title                                Date            Time

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|---------------------------------------------|
| 5/3/05 | DCC 1440 | RD | S: I'm called to med unit to be made aware of new snack p/v procedure at DCC, I'm states that he goes to every meal, eats everything but potatoes and most of the milk, states need for Tylenol 3 ordered by Dr Burns on 4/18/05. |
| | | | O: 168# |
| | | | A: 7# wt gain since 12/04, I'm aware that he is to put ID badge through to get snack ō his meal AM/PM. |
| | | | P: F/U as prn or 1 yr, monitor wt, lab results. |
| | | | Stefan Prucha MSRD |
| 5/31/05 | 2330 | RN | Sct 2433R UR already scheduled Q7 NSC + CC _____ Jen Jorg |
| 8/16/05 | | | Labs drawn = CBC, Lipid, Dilantin S Ramer |
| 8/26/05 | | | pt. called down for sick call visit to d/cw him his results of lab work. Dilantin level low. d/cw J/m importance to take his meds & be compliant. recheck Dilantin level in 1 mos. |
| 10/1/05 | NSC 1900 | | Sept mon pulled for MD review. Shaw week |
| 10/3/05 | | | Provider Note |
| | | | 3/6 B/P taken B/P stable Cont to monitor weekly Shaw |

# INTERDISCIPLINARY PROGRESS NOTES

| NAME–Last | First | Middle | Attending | | Room/Bed |
|---|---|---|---|---|---|
| Cardone, Charles | | | | | 149 |

| DATE | TIME | DISCIPLINE | NOTES SHOULD | NAME AND TITLE |
|---|---|---|---|---|
| 10/4/05 | | | labs drawn | SPlamer |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**INTERDISCIPLINARY PROGRESS NOTES**

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Charles F. Cardone _____    SHU (19) B8L _____
_____Name (Print)_____                             _____Housing Location_____

████-49          ████                  10-8-05
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? Because of the refusal and denial of the medical dept. of DCC to prescribe proper medication to me for my bad back inquries, the medical dept. is causing me unnecessary pain and suffereng. Please treat me.

Charles F. Cardone _____    Oct. 8, 2005 _____
_____Inmate Signature_____                         _____Date_____

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

seen on 10/18/05

E:

_____          _____
Provider Signature & Title                    Date & Time

**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE 19977<br>(302) 653-9261 (D0307-6) |

00

PLACE ON REQUISITION

100195617-6   CARDONE, CHARLES

| TUBE LABEL | TUBE LABEL |
|---|---|
| CARDONE, CHARLES | CARDONE, CHARLES |

| TUBE LABEL | TUBE LABEL |
|---|---|
| CARDONE, CHARLES | CARDONE, CHARLES |

-FINAL- Original Report 10/05/2005

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| CARDONE, CHARLES | XXXXXXXXXXXXXX | DELAWARE MAX SEC.COM |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 100195617 | 10/04/2005 03:00 | 10/04/2005 01:22 | 10/5/2005 07:03 | 56 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

------------------ * MISCELLANEOUS * ------------------

DILANTIN                    5.4  4.9 LO        10.0-20.0 ug/mL

8/6

Final Report

Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
## This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Name (Print): Charles F. Cardone

Housing Location: SHU 19 B8L

Date of Birth: ~~49~~

SBI Number: ~~████~~

Date Submitted: AUG 30, 05

Complaint (What type of problem are you having)? Aug 26-05, DR Rogers accused me of "not taking" my Dilantin because level was 5... I advised her the people on her staff get my Am meds and Pm meds and do not, on a regular basis, issue them on a consistent manner... wrong dosages, at times no meds at all, etc.

Inmate Signature: Charles F. Cardone

Date: Aug 30-05

OVER →

**The below area is for medical use only. Please do not write any further.**

S: 9/6/05 - You currently receive 250mg Dilantin. Whether or

O: Temp | Pulse | Resp | B/P | WT:
not a Dilantin level of 5 (up)

A: you are @ fault. Not the medical staff

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

For example, tonight, AUG 30, 05, Tuesday,
personnel dispensed 150 mg Dilantin (1 capsule, 1 △
shaped, candy flavored, (I assume to be) 50 mg. Dilantin
When I confront personnel w/ errors, their responses
are generally "we will re-check" and "let you know"
I have, as yet, had my corrected dosage or
forgotten medication for that particular am or
pm mistake, brough back to me



ID:

D.O.B.: 949
Meds:
Class:
Loc: 1

56 YEARS

| | | |
|---|---|---|
| Vent. Rate: | 65 | bpm |
| P Duration: | 126 | ms |
| QRS Duration: | 90 | ms |
| PR Interval: | 164 | ms |
| QT Interval: | 406 | ms |
| QTc Interval: | 414 | ms |
| QT Dispersion: | 24 | ms |
| P-R-T AXIS: 62° | 50° | 60° |

Normal ECG

* Unconfirmed Analysis *



**BioReference**
LABORATORIES

PLACE ON REQUISITION

109853466-1    CARDONE, CHARLES

TUBE LABEL

CARDONE, CHARLES

CARDONE, CHARLES

TUBE LABEL

CARDONE, CHARLES

CARDONE, CHARLES

| DOCTOR | | |
|---|---|---|
| CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE  19977<br>(302) 653-9261    (D0307-6) | 00 | |

FINAL- Original Report 08/17/2005

| NAME | | PATIENT I.D. / ROOM NO. | DOCTOR/ GROUP NAME |
|---|---|---|---|
| CARDONE, CHARLES | | | DELAWARE MAX SEC.COM |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 109853466 | 08/16/2005 03:00 | 08/16/2005 01:43 | 8/17/2005 07:03 | 56 | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| \*------------------- \* CHEMISTRY \*------------------- | | | | |
| Total Protein | 7.3 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Glucose | 76 | | 70-109 | mg/dL |
| Sodium | 143 | | 133-145 | mmol/L |
| Potassium | 4.3 | | 3.3-5.3 | mmol/L |
| Chloride | 107 | | 96-108 | mmol/L |
| CO2 | 29 | | 21-29 | mmol/L |
| BUN | 15 | | 7-25 | mg/dl |
| Creatinine | 1.0 | | 0.4-1.2 | mg/dl |
| BUN/Creat Ratio | 15 | | 10-28 | |
| Calcium | | 10.9 HI | 8.4-10.4 | mg/dl |
| Uric Acid | 6.3 | | 2.4-7.0 | mg/dl |
| Iron | | 16 LO | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.0-1.0 | mg/dl |
| LDH | 162 | | 94-250 | u/l |
| Alk Phos | 91 | | 39-120 | u/l |
| AST (SGOT) | 31 | | < 37 | u/l |
| Phosphorous | 3.3 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 27 | | < 40 | u/L |
| G-GTP | | 221 HI | 7-51 | u/L |
| Cholesterol | 176 | | < 200 | mg/dl |
| Triglycerides | 109 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 81 | | >45F/>35M | mg/dL |
| HDL as % of Cholesterol | 46 | | SEE BELOW | % |
| Chol/HDL Ratio | 2.17 | | SEE BELOW | |
| LDL/HDL Ratio | .91 | | 0-3.55 | |
| LDL Cholesterol | 74 | | < 130 | mg/dL |

```
***********************************************************
```

| % HDL: (M & F) | \* | CHOL/HDL: | Male / Female | | |
|---|---|---|---|---|---|
| | > 25 | | < 4.2 | < 3.9 | BELOW AVERAGE RISK |
| | 15-25 | | 4.2-7.3 | 3.9-5.7 | AVERAGE RISK |
| | 9-15 | | 7.4-11.5 | 5.8-9.0 | ABOVE AVG. (MODERATE) |
| | < 9 | | > 11.5 | > 9.0 | ABOVE AVG. (HIGH) |

Continued on Next Page                    Page: 1

James Weisberger, M.D.

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

**B|R** BioReference
LABORATORIES

PLACE ON REQUISITION

109853466-1  CARDONE, CHARLES

| TUBE LABEL | | TUBE LABEL |
| CARDONE, CHARLES | | CARDONE, CHARLES |
| TUBE LABEL | | TUBE LABEL |
| CARDONE, CHARLES | | CARDONE, CHARLES |

D O C T O R

CMS DELAWARE
1181 PADDOCK RD           00
SMYRNA, DE  19977
(302) 653-9261    (D0307-6)

FINAL  Original Report 08/17/2005

NAME          PATIENT I.D. / ROOM NO.          DOCTOR / GROUP NAME

CARDONE, CHARLES                              DELAWARE MAX SEC.COM

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 109853466 | 08/16/2005 03:00 | 08/16/2005 01:43 | 8/17/2005 07:03 | 56 | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| **------* HEMATOLOGY *------** | | | | |
| WBC | 4.3 | | 3.4-11.8 | x10(3) |
| RBC | 4.9 | | 4.2-5.9 | x10(6) |
| HGB | | 10.9 LO | 12.3-17.0 | gm/dl |
| HCT | | 37.0 LO | 39.3-52.5 | % |
| MCV | | 75.1 LO | 80-100 | FL |
| MCH | | 22.1 LO | 25-34.1 | pg |
| MCHC | 29.5 | | 29.0-34.0 | gm/dl |
| RDW | | 17.3 HI | 10.9-16.9 | % |
| POLYS | 41 | | 36.0-78.0 | % |
| LYMPHS | 41 | | 12.0-48.0 | % |
| EOS | 3 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | | 14 HI | 0-13 | % |
| Platelet Count | 231 | | 144-400 | x10(3) |
| **------* MISCELLANEOUS *------** | | | | |
| DILANTIN | | 5.4 LO | 10.0-20.0 | ug/dl |

Final Report                              Page: 2

*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC DOCUMENTATION

| Name CARDONE, CHARLES | ID Number ███████ | Age 56. | ☐M ☐F |
|---|---|---|---|

Clinic (check applicable) ☐Endocrine ☐Cardiovascular/hypertension ☐Pulmonary ☐Infectious Disease ☐Neurology/seizure ☑Gen. Med.
☐Other: Hep C, HTN, Seizure Disorder, Anemia, Chronic Back pain

**SUBJECTIVE**

pt c/o back pain. Requesting his tylenol #3
back long term.

| Medication Compliance % Yes. | Compliant with Exercise ☑Yes ☐No ☐NA | Inhaler use ☐Yes ☐No ☑NA |
|---|---|---|
| Medication side effects ☐Yes ☑No ☐NA | Exercise Intolerance ☐Yes ☑No ☐NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure        ☑NA | Weight Loss ☐Yes ☑No ☐NA | Diet Compliance ☐Yes ☐No ☐NA |
| LMP          ☑NA | Other: | |

**OBJECTIVE**

| BP 190/100 | P 90 | R 20. | 97.3 | WT 168. | HT 5'11" | SaO₂ ☐NA 99% | Peak Flow ☑NA | Cap BS ☑NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☑WNL ☐Document Other

Heart: ☑Regular no murmur, gallop, rub ☐Document Other

Lungs: ☑CTA bilaterally ☐Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☑Deferred ☐Document Other

Neuro: ☑WNL ☐Document Other

Skin: ☑WNL ☐Document Other

Current Labs ☐None ☑Current Labs Reviewed ☑WNL ☐Abnormal(s) noted Describe: 2/05·
Dilantin- 23.4.

**ASSESSMENT**   STABLE
Diagnosis:     As above

| Patient Response ☑Good ☐Fair ☐Poor | Pt wants his T#3. |
|---|---|

Overall Assessment of Patient's Condition ☐ Improved  ☑Unchanged  ☐ Worsened

CMS 1/05 Form # 7655

**PLAN**

Medications ☐Continue current therapy ☐Change therapy List changes:

*Add Verapamil & Ultram.*

Diagnostic Studies: ☑CBC ☑SMA 12 ☑ Lipids ☐HgbA₁C ☐Viral Load ☐CD₄ ☐ Hepatitis Screen ☐ LFT ☐ UA ☐Urine Dip Stick
☐Urine Pregnancy Test ☐Other List
☑EKG ☐ X-ray List: *Dilantin Level*

Diet ☐Yes List Type                    ☑NA  Comments:

Vaccines: Flu ☐ Current ☐Not Indicated ☐Ordered ☐Refused   Pneumococcal Pneumonia ☐ Current ☐Not Indicated ☐Ordered ☐Refused

**PATIENT EDUCATION**

☑Disease etiology, complications, prognosis
☑Self care and Life Style Changes
☐ Foot care
☑ Diet and weight loss
☐ Inhaler use
☐ Other List
☑Patient verbalized understanding of education

☐ Medication Side Effects, Dosage and Actions
☐ Smoking Cession Encouraged
☐ Skin care
☑ Exercise
☐ Instructed to sign up for sick call as needed
☐ Other List
☐ Patient resistant to education

**NEXT VISIT**

Next CCC Visit: ☐ ____ Weeks ☑ 3 Months

☑Problem List Reviewed/Updated          ☐ Plan of Care Reviewed/Revised

**REFERRALS**

☑ None indicated  ☐ List

**Progress Notes**

*BP ✓  2x/wk x 3wks  then pull chart for mrs to review.*

| Signature/Title | Date | Time |
|---|---|---|
| [signature] | 8/15/05 | 0930 |

| Reviewed by/Title | Date | Time |
|---|---|---|
| | | |

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY:  DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Charles F Cardone                    Bldg 18   C.U.5
_____                  _____
Name (Print)                         Housing Location

                                     Aug 8, 05
_____  _____  _____
Date of Birth        SBI Number      Date Submitted

Complaint (What type of problem are you having)? I wish a PCR test
and either one of the following: ACYCLOVIR
OR FamciclOVIR OR VALACYCLOVIR... I am
Chronic Care and wish to see + talk w/ mental
                                     Health and a M.D.

Charles F. Cardone                   Aug 8, 05
_____                  _____
Inmate Signature                     Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:   Temp:____   Pulse:____   Resp:____   B/P____   WT:____

A:

P:

E:

_____          _____
Provider Signature & Title           Date & Time

*Seen 8/15/05*

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): [MEDICAL] DENTAL  MENTAL HEALTH

Charles F. Cardone _____ Bldg (18) CU 5
_____
Name (Print)                           Housing Location

▮▮▮▮49          ▮▮▮▮▮          8-4-05
_____
Date of Birth        SBI Number        Date Submitted

Complaint (What type of problem are you having)? This date I received
no PM Meds.... pm meds person, on the 3rd of Aug.
told me my meds have expired.... that is because you
are ignoring my sick call slips or you are

Charles F. Cardone _____ Aug. 4, 05
_____
Inmate Signature                         Date

**The below area is for medical use only. Please do not write any further.**

S: not recieving the numerous sick call slips
and medical grievances I have submitted to the
c/o s in this bldg (18) I need to talk w/ a Doctor

O: Temp:      Pulse:      Resp:      B/P:      WT:
9/6/05 - Currently receiving meds

A: per physical orders

P:

E:

_____        _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| Plaintiff, | ) | U.S. District Judge Gregory M. Sleet |
| | ) | |
| v. | ) | Civil Action No. 06-151-KAJ |
| | ) | |
| WARDEN THOMAS CARROLL, and | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT C IN SUPPORT OF DEFENDANT**
**CORRECTIONAL MEDICAL SERVICES' RESPONSE**
**TO MOTION FOR TEMPORARY RESTRAINING ORDER**

07/21/2006  10:28   302 653 3264   THU MED...   ☒002

# MEDICATION ADMINISTRATION RECORD

Facility: E   6385   DELAWARE MAXIMUM SECURITY COMP   DE   Month: July 2006

| INIT | DRUG  DOSE  MODE  INTERVAL  START - STOP | | |
|---|---|---|---|
| | Rx# 12313536 CYPROHEPTADINE 4MG TABS ~PERIACTIN~ TAKE 1 TAB BY MOUTH TWICE DAILY FOR 60 DAYS | | |
| | Rx# 12309130 ENALAPRIL MALEATE 20MG TABS ~VASOTEC~ TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS | | |
| | Rx# 12164417 FLUOXETINE 20MG CAPS ~PROZAC~ TAKE 1 CAP BY MOUTH EACH MORNING AND 2 CAPS AT BEDTIME FOR 90 DAYS | | |
| | Rx# 12300138 FUROSEMIDE 20MG TABS ~LASIX~ TAKE 1/2 TAB (10 MG) BY MOUTH DAILY FOR 120 DAYS | | |
| | Rx# 12202142 OXYBUTYNIN CHLORIDE 5MG TABS ~DITROPAN~ TAKE 1 TAB BY MOUTH ONCE DAILY FOR 120 DAYS | | |
| | Rx# 12202146 PHENYTOIN (CHEWABLE) 50MG TABS ~DILANTIN INFATAB~ CHEW 5 TABS BY MOUTH AT BEDTIME FOR 120 DAYS | | |
| | Rx# 12200129 VERAPAMIL HCL SR 240MG TBCR ~CALAN SR~ TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >>> DO NOT CRUSH <<< | | |

ALLERGIES: No Known Drug Allergy

DIAGNOSIS:

DOB/INMATE #:

LOCATION: 6385  17 MAN

NAME: CARDONE, CHARLES

## MEDICATION ADMINISTRATION RECORD

**Facility:** SHU

**Month:** July 2006

| DRUG DOSE MODE INTERVAL START - STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rx HALO PIN 20mg PO BID (A) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI-LIPTE start 7-8-06am 8-8-06 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 1000mg Q4D PX40MG start 7/11/06am 7/26/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DIAGNOSIS:**

**ALLERGIES:** NKDA

**DOB/IN/MATE No.:** 6-13-47

**LOCATION:** 1704-4

**NAME:** CLAIBORNE, Charles

# MEDICATION ADMINISTRATION RECORD

## DELAWARE MAXIMUM SECURITY COMP

DE

PN-55

**Facility:** 6365-

**Month:** June 2006

| DRUG | DOSE | MODE | INTERVAL | START – STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BACLOFEN (GABA) 20MG TABS ~LIORESAL~ TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS Rx#: 11609797 OTT.S, NP/HOOPER | | | | START: 03/08/06   STOP: 06/06/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 20MG TABS ~VASOTEC~ TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS Rx#: 11542000 OTT.S, NP/HOOPER | | | | START: 03/08/06   STOP: 07/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FUROSEMIDE 20MG TABS ~LASIX~ TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS Rx#: 11542007 OTT.S, NP/HOOPER | | | | START: 03/08/06   STOP: 07/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAPROXEN 500MG TABS ~NAPROSYN~ TAKE 1 TAB BY MOUTH TWICE DAILY X90D>>> TAKE WITH FOOD OR MEALS <<< Rx#: 11609799 OTT.S, NP/HOOPER | | | | START: 03/08/06   STOP: 06/06/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OXYBUTYNIN CHLORIDE 5MG TABS ~DITROPAN~ TAKE 1 TAB BY MOUTH DAILY FOR 60 DAYS Rx#: 11609799 OTT.S, NP/HOOPER | | | | START: 03/08/06   STOP: 07/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENYTOIN (CHEWABLE) 50MG TABS ~DILANTIN INFATAB~ TAKE 5 TABS (250 MG) BY MOUTH AT BEDTIME FOR 120 DAYS Rx#: 11542005 OTT.S, NP/HOOPER | | | | START: 03/08/06   STOP: 07/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAMADOL HCL 50MG TABS ~ULTRAM~ TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS Rx#: 11609798 OTT.S, NP/HOOPER | | | | START: 03/08/06   STOP: 06/06/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VERAPAMIL HCL SR 240MG TBCR ~CALAN SR~ TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >>> DO NOT CRUSH <<< Rx#: 11542004 OTT.S, NP/HOOPER | | | | START: 03/06/06   STOP: 07/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DIAGNOSIS:** No Known Drug Allergy

**ALLERGIES:** No Known Drug Allergy

**DOB/INMATE #:**

**LOCATION:** 6365-   MAIN

**NAME:** CARDONE, CHARLES

#3159 REV 11/04

*PharmaCorr*

# MEDICATION ADMINISTRATION RECORD

Month: Jun 2006

**Facility:** _____

DRUG - DOSE - MODE - INTERVAL - START - STOP

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prozac 20 mg po 8 am x90d
START 4/4/06  STOP: 7/4/06

Prozac 40 mg po 8 pm x30d
START 6/6/06  STOP: 7/6/06

Percoatin 20 mg po BID x60d
START 5/8/06  STOP: 7/8/06

Verapamil 240 mg po 8a x180d
START 6/8/06  STOP: 10/8/06

Vasotec 20 mg po 8a x180d
START 6/8/06  STOP: 12/8/06

Lasix 10 mg po 8a x180d
START 6/8/06  STOP: 12/8/06

Vitamin Chewable 1 po 8 hs x180d
START 6/8/06  STOP: 12/8/06

Ultram 5 mg po 8a x180d
START 6/8/06  STOP: 12/8/06

**ALLERGIES:** _____ NKDA

**DIAGNOSIS:** _____ NKDA

**DOB/INMATE #:** _____

**LOCATION:** 17 CU-L

**NAME:** Cousino, Charles

# MEDICATION ADMINISTRATION RECORD

Month: June 2006

Facility: Scc

| | DRUG  DOSE  MODE  INTERVAL  START – STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INIT: | Slee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | Nursing - Dilantin level is low please do mouth checks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START 6/14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | Rohacox | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START: | STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | Celexa 20mg Q AM × 90 days | Hs | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START 6/24   STOP: 9/24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | | START: | STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | | START: | STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | | START: | STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | | START: | STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | | START: | STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: | | START: | STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DIAGNOSIS:

ALLERGIES: NKDA

#9150 REV 11/04

DOB/INMATE #: 49

LOCATION: 17 cu-4

NAME: Cordone, Charles

Lorraine L. Walpole, RN

FN55

# MEDICATION ADMINISTRATION RECORD
## DELAWARE MAXIMUM SECURITY COMP
### DE

Facility: E    6365-    Month: May 2006

| INIT | DRUG - DOSE - MODE - INTERVAL - START - STOP |
|---|---|
| ✓ | Ref 11569737 BACLOFEN (CARD) 20MG TABS ~LIORESAL~ TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS PHY: OTT.S, NP/HOOPER START: 03/08/06 STOP: 06/06/06 |
| ✓ | Ref 11542205 ENALAPRIL MALEATE 20MG TABS ~VASOTEC~ TAKE 1 TAB BY MOUTH TWICE DAILY FOR 120 DAYS PHY: OTT.S, NP/HOOPER START: 03/06/06 STOP: 07/04/06 |
| ✓ | Ref 11542067 FUROSEMIDE 20MG TABS ~LASIX~ TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS PHY: OTT.S, NP/HOOPER START: 03/06/06 STOP: 07/04/06 |
| ✓ | Ref 11569719 NAPROXEN 500MG TABS ~NAPROSYN~ TAKE 1 TAB BY MOUTH TWICE DAILY X90D>>> TAKE WITH FOOD OR MEALS <<< PHY: OTT.S, NP/HOOPER START: 03/08/06 STOP: 06/06/06 |
| ✓ | Ref 11542072 PHENYTOIN (CHEWABLE) 50MG TABS ~DILANTIN INFATAB~ TAKE 5 TABS (250 MG) BY MOUTH AT BEDTIME FOR 120 DAYS PHY: OTT.S, NP/HOOPER START: 03/06/06 STOP: 07/04/06 |
| ✓ | Ref 11569713 TRAMADOL HCL 50MG TABS ~ULTRAM~ TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS PHY: OTT.S, NP/HOOPER START: 03/08/06 STOP: 06/06/06 |
| ✓ | Ref 11542059 VERAPAMIL HCL SR 240MG TBCR ~CALAN SR~ TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >>> DO NOT CRUSH <<< PHY: OTT.S, NP/HOOPER START: 03/06/06 STOP: 07/04/06 |
|  | Prozac 20 mg q am x 90 days START: 4/6/06 STOP: 7/6/06 Cannuli |

DIAGNOSIS:

ALLERGIES: No Known Drug Allergy

DOB/INMATE #:

LOCATION: 6365- 17 MAIN

NAME: CARDONE, CHARLES

#3150 REV 11/04

**PharmaCorr**

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | *[signature]* | 4/30/06 | | | | |
| R – Refused | G. McKenzie RN | 5-1-06 9m | | | | |
| A – Absent | B. Collins, LPN | 5/1/06 R | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| - Other | | | | | | |

| DATE/TIME | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BP | | | | | | | | | | |
| P | | | | | | | | | | |
| R | | | | | | | | | | |
| T | | | | | | | | | | |
| Weight | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | |
| Staff Signature: | | | | | | | | | | |

| DATE | TIME | NOTES |
|---|---|---|
| | | |

Lorraine L. Walpole, RN

# MEDICATION ADMINISTRATION RECORD

Month: May 2006

Facility: 63/05

| INIT | DRUG – DOSE – MODE – INTERVAL – START – STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

O₂ @ 40mg PO q for x 90 days
PHY: Cannula
START: 4/6/06 STOP: 7/6/06

Ditropan 5mg po BID x 60 days
PHY: Ott
START: 5/23/06 STOP: 7/23/06

Prednison 4mg po BID x 60 days
PHY: Ott
START: 5/23/06 STOP: 7/23/06

DIAGNOSIS:

ALLERGIES: NKDA

DOB/INMATE #: 49

LOCATION: 17 CW4

NAME: Cardone, Charles

#3139 REV 1/04

**DOCUMENTATION CODES**

D/C – Discontinue Order

R – Refused

A – Absent

C – Court

S – Used Stock

Other

| STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|
| *Maxine* | 5/26/06 | | | | |
| E. McHenry RN 5-1-06 | Jon | | | | |
| W. Williams, RN | 5-1-06 | W | | | |

| DATE/TIME | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BP | | | | | | | | | | |
| P | | | | | | | | | | |
| R | | | | | | | | | | |
| T | | | | | | | | | | |
| Weight | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | |

Staff Signature:

| DATE | TIME | NOTES |
|---|---|---|
| | | |

# MEDICATION ADMINISTRATION RECORD

## DELAWARE MAXIMUM SECURITY COMP

DE

**Facility:** E    **6365-**    **Month:** March 2006

| DRUG – DOSE – MODE – INTERVAL – START – STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RX# 11268085 BACLOFEN (CARD) 20MG TABS ~LIORESAL~ TAKE 1 TAB BY MOUTH TWICE DAILY FOR 60 DAYS PHY: OTT,S, NP/HOOPER START: 01/17/06 STOP: 03/18/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX# 11402814 ENALAPRIL MALEATE 20MG TABS ~VASOTEC~ TAKE 1 TAB BY MOUTH DAILY FOR 30 DAYS PHY: OTT,S, NP/HOOPER START: 02/09/06 STOP: 03/11/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX# 11266560 FLUOXETINE 20MG CAPS ~PROZAC~ TAKE 1 CAP BY MOUTH EACH MORNING AND TAKE 2 CAPS (40MG) BY MOUTH EACH EVENING FOR 90 DAYS PHY: CANNULI,ANTHONY (PSY START: 01/20/06 STOP: 04/20/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX# 11402754 FUROSEMIDE 20MG TABS ~LASIX~ TAKE 1 TAB BY MOUTH DAILY FOR 30 DAYS PHY: OTT,S, NP/HOOPER START: 02/09/06 STOP: 03/11/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX# 11027692 PHENYTOIN SOD *EXT* (CARD) 100MG CAPS ~DILANTIN~ TAKE 2 CAPS (W/50 MG TAB) BY MOUTH DAILY AT BEDTIME FOR 120 DAYS PHY: OTT,S, NP/HOOPER START: 11/02/05 STOP: 03/02/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX# 11027493 PHENYTOIN (CHEWABLE) 50MG TABS ~DILANTIN INFATAB~ TAKE 1 TAB (W/2X100 MG CAPS) BY MOUTH DAILY AT BEDTIME FOR 120 DAYS PHY: OTT,S, NP/HOOPER START: 11/02/05 STOP: 03/02/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX# 11402795 TRAMADOL HCL 50MG TABS ~ULTRAM~ TAKE 2 TABS BY MOUTH TWICE DAILY FOR 30 DAYS PHY: OTT,S, NP/HOOPER START: 02/09/06 STOP: 03/11/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX# 11402811 VERAPAMIL HCL SR 240MG TBCR ~CALAN SR~ TAKE 1 TAB BY MOUTH DAILY FOR 30 DAYS >>> DO NOT CRUSH <<< PHY: OTT,S, NP/HOOPER START: 02/09/06 STOP: 03/11/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**INIT:**

**DIAGNOSIS:**

**ALLERGIES:** No Known Drug Allergy

**DOB/INMATE #:** ●●●●●49

**LOCATION:** 6365-    MAIN    18 CL/2

**NAME:** CARDONE, CHARLES

#3150 REV 11/04

**PharmaCorp**

**MEDICATION ADMINISTRATION RECORD**

Month: March 06

Facility: Doc / SHU

DRUG – DOSE – MODE – INTERVAL – START – STOP

| MEDICATION | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

INIT:

Buspirone 4mg BID x30days
PHY: Roger
START: STOP:

Colace 240 mg po QDx120days
PHY: Ott's
START: 3/5/06 STOP: 7/5/06

Vasotec 20mg QD x120days
PHY: Ott's
START: 3/5/06 STOP: 7/5/06

Lasix 20mg QD x120days
PHY: Ott's
START: 3/5/06 STOP: 7/5/06

Nitantin Chewables 250mg QDS x120days
PHY: Ott's
START: 3/5/06 STOP: 7/5/06

Ultram ī po BID x60days
PHY: Ott's
START: 3/6/06 STOP: 7/5/06

Naprosyn 500 mg po BID x60days
PHY: Ott
START: 3/9/06 STOP: 5/9/06

Baclofen 20mg po BID x60days
PHY: Ott
START: 3/9/06 STOP: 5/9/06

DIAGNOSIS:

ALLERGIES: NKDA

DOB/INMATE #: [redacted] /49

LOCATION: 18 CL12

NAME: Cardone, Charles

18CL12

#5510 REV 11/04

# MEDICATION ADMINISTRATION RECORD

## DELAWARE MAXIMUM SECURITY COMP

**DE**

**Month:** February 2006

**Facility:** E    **6365-**

· DRUG – DOSE – MODE – INTERVAL – START – STOP

| INIT. | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Rx# 11286085
**BACLOFEN (CARD) 20MG TABS ~LIORESAL~**
TAKE 1 TAB BY MOUTH TWICE DAILY FOR 60 DAYS
Init. T. S. NP/HOOPER    start 04/17/06

Rx# 10756746
**DIPHENHYDRAMINE 50MG CAPS ~BENADRYL~**
TAKE 1 CAP BY MOUTH TWICE DAILY FOR 120 DAYS
Init. T. S. NP/HOOPER    start 04/21/05    stop 04/18/06

Rx# 10756751
**ENALAPRIL MALEATE 20MG TABS ~VASOTEC~**
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS
Init. T. S. NP/HOOPER    start 04/21/05    stop 02/18/06

Rx# 11285860
**FLUOXETINE 20MG CAPS ~PROZAC~**
TAKE 1 CAP BY MOUTH EACH MORNING AND TAKE 2 CAPS (40MG) BY MOUTH
EACH EVENING FOR 90 DAYS
Init. RANNULLI,MD ANTHONY (PSY    start 04/20/06    20mg 40mg

Rx# 10758929
**FUROSEMIDE 20MG TABS ~LASIX~**
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS
Init. T. S. NP/HOOPER    start 04/21/05    stop 04/18/06    2-9-06 3-9-06

Rx# 11021492
**PHENYTOIN SOD *EXT* (CARD) 100MG CAPS ~DILANTIN~**
TAKE 2 CAPS (W/50 MG TAB) BY MOUTH DAILY AT BEDTIME FOR 120 DAYS
Init. T. S. NP/HOOPER    start 04/02/05    200mg Aan 250mg

Rx# 11021490
**PHENYTOIN (CHEWABLE) 50MG TABS ~DILANTIN INFATAB~**
TAKE 1 TAB (W/2X100 MG CAPS) BY MOUTH DAILY AT BEDTIME FOR 120 DAYS
Init. T. S. NP/HOOPER    start 04/02/05    50mg

Rx# 11214620
**TRAMADOL HCL 50MG TABS ~ULTRAM~**
TAKE 2 TABS BY MOUTH TWICE DAILY FOR 40 DAYS
Init. T. S. NP/HOOPER    start 2-9-06    100mg 2-19-06

**DIAGNOSIS:**

**ALLERGIES:**
No Known Drug Allergy

#3150 REV 11/04

**DOB/INMATE #:**

**LOCATION:**
6365-    MAIN

**NAME:**
CARDONE, CHARLES

**PharmaCorr**

# MEDICATION ADMINISTRATION RECORD

## DELAWARE MAXIMUM SECURITY COMP

**Facility:** E    **6365-**    Month: February 2006

**INT.**    DRUG – DOSE – MODE – INTERVAL – START – STOP

–VERAPAMIL  HCL SR 240MG TBCR –CALAN SR–
TAKE 1 TAB BY MOUTH DAILY FOR 90 DAYS >>> DO NOT CRUSH <<<
Rx# 11020932
START: 2-9-06  STOP: 3-9-06
START: 12/08/05

PHY: OTTS

VERSOTEC 20 mg TABS PO qd
START: 2-9-06  STOP: 3-9-06
PHY: OTTS

Perractin 4mg BID x 30days
START: 2-9-06  STOP: 3-9-06
PHY: ROGAN

P.O.T. S, NP/HOOPER

**NAME:** CARDONE, CHARLES

**LOCATION:** 6365-  MAIN
NCU-8

**DOB/INMATE #:** 149

**DIAGNOSIS:**

**ALLERGIES:** No Known Drug Allergy

#3150 REV 11/04

PharmaCorr

PN:50

# MEDICATION ADMINISTRATION RECORD

**Facility:** E

**6365-** DELAWARE MAXIMUM SECURITY COMP DE

**Month:** January 2006

PharmaCorr

| | DRUG – DOSE – MODE – INTERVAL – START – STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rx# 11002041
BACLOFEN (CARD) 10MG TABS –LIORESAL–
TAKE 1 TAB BY MOUTH EACH MORNING FOR 30 DAYS
PHY:OTT,S, NP/HOOPER
start:12/02/05   stop:01/01/06

Rx# 11002040
BACLOFEN (CARD) 20MG TABS –LIORESAL–
TAKE 1 TAB BY MOUTH AT BEDTIME FOR 30 DAYS
PHY:OTT,S, NP/HOOPER
start:12/02/05   stop:01/01/06

Rx# 10756746
DIPHENHYDRAMINE 50MG CAPS –BENADRYL–
TAKE 1 CAP BY MOUTH TWICE DAILY FOR 120 DAYS
PHY:OTT,S, NP/HOOPER
start:10/21/05   stop:02/18/06

Rx# 10756751
ENALAPRIL MALEATE 20MG TABS –VASOTEC–
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS
PHY:OTT,S, NP/HOOPER
start:10/21/05   stop:02/18/06

Rx# 10800676
FLUOXETINE 20MG CAPS –PROZAC–
TAKE 2 CAPS BY MOUTH EACH EVENING FOR 90 DAYS
PHY:OTT,S, NP/HOOPER
start:10/21/05   stop:02/18/06   40/mg

Rx# 10758829
FUROSEMIDE 20MG TABS –LASIX–
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS
PHY:YACOUB,GABER (MD)
start:11/14/05   stop:02/12/06

Rx# 11021490
PHENYTOIN (CHEWABLE) 50MG TABS –DILANTIN INFATAB–
TAKE 1 TAB (W/2X100 MG CAPS) BY MOUTH DAILY AT BEDTIME FOR 120 DAYS
PHY:OTT,S, NP/HOOPER
start:11/02/05   stop:03/02/06

Rx# 11021492
PHENYTOIN SOD *EXT* (CARD) 100MG CAPS –DILANTIN–
TAKE 2 CAPS (W/50 MG TAB) BY MOUTH DAILY AT BEDTIME FOR 120 DAYS
PHY:OTT,S, NP/HOOPER
start:11/02/05   stop:03/02/06

**DIAGNOSIS:**

**ALLERGIES:**
No Known Drug Allergy

#5150 REV 11/04

**DOB /INMATE #:** 49

**LOCATION:**
6365- MAIN

**NAME:**
CARDONE, CHARLES

N-51

# MEDICATION ADMINISTRATION RECORD
### DELAWARE MAXIMUM SECURITY COMP
DE

**Month:** January 2006

**Facility:** _____ 6365-

| DRUG – DOSE – MODE – INTERVAL – START – STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RX# 10758725
TRAMADOL HCL 50MG TABS –ULTRAM–
TAKE 2 TABS BY MOUTH TWICE DAILY FOR 120 DAYS
PHY: OTT, S, NP/HOOPER
START: 10/21/05   STOP: 02/18/06

RX# 11020932
VERAPAMIL  HCL SR 240MG TBCR –CALAN SR–
TAKE 1 TAB BY MOUTH DAILY FOR 90 DAYS >>> DO NOT CRUSH <<<
PHY: OTT, S, NP/HOOPER
START: 12/06/05   STOP: 03/06/06

PHY: ____  START: ____  STOP: ____

PHY: ____  START: ____  STOP: ____

PHY: ____  START: ____  STOP: ____

PHY: ____  START: ____  STOP: ____

PHY: ____  START: ____  STOP: ____

PHY: ____  START: ____  STOP: ____

**DIAGNOSIS:** _____

**ALLERGIES:**
No Known Drug Allergy

#3130 REV 11/04

**DOB/INMATE #:** ___/49

**LOCATION:** 6365-
MAIN
19 B & 8

**NAME:** CARDONE, CHARLES

**PharmaCorr**

**Correctional Medical Services**

**MEDICATION ADMINISTRATION RECORD**

Facility: _____  Month: December 2005

| DRUG · DOSE · MODE · INTERVAL · START · STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHY: 
Bp check weekly x 3 months
START: 10/3/05 STOP:

PHY:
Flu shot available
after available
START: 10/18/05 STOP:

PHY: KTC
Baclofen 10mg PO Qam
x 30 days
START: 12/1/05 STOP: 1/8/06

PHY: KTC
Baclofen 30 mg PO QHS
x 30 days
START: 12/1/05 STOP: 1/8/06

PHY: KTC
Neurontin 240 g PO OO x90 days
START: 12/1/05 STOP: 12/31/05

PHY: Kkr
Neurontin 270 g PO QHS x 120 days
START: 11/2/05 STOP: 3/25/06

3150 REV 06/04

DIAGNOSIS: _____

ALLERGIES: N/K/D/A

DOB/INMATE #: [redacted] 49

LOCATION: 19 B-8

NAME: CARBONE, CHARLES

PN-4B

# MEDICATION ADMINISTRATION RECORD

**Facility:** 6365- DELAWARE MAXIMUM SECURITY COMP    DE

**Month:** December 2005

DRUG – DOSE – MODE – INTERVAL – START – STOP

| INT. | | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Rx# 10756746
DIPHENHYDRAMINE 50MG CAPS ~BENADRYL~
TAKE 1 CAP BY MOUTH TWICE DAILY FOR 120 DAYS
PHY: OTT,S, NP/HOOPER
start: 10/21/05   stop: 02/18/06

Rx# 10756751
ENALAPRIL MALEATE 20MG TABS ~VASOTEC~
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS
PHY: OTT,S, NP/HOOPER
start: 10/21/05   stop: 02/18/06

Rx# 10800876
FLUOXETINE 20MG CAPS ~PROZAC~
TAKE 2 CAPS BY MOUTH EACH EVENING FOR 90 DAYS
PHY: YACOUB, GABER (MD)
start: 10/21/05   stop: 02/12/06

Rx# 10758929
FUROSEMIDE 20MG TABS ~LASIX~
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS
PHY: OTT,S, NP/HOOPER
start: 11/14/05   stop: 02/18/06

Rx# 10910431
PHENYTOIN SOD *EXT* (CARD) 100MG CAPS ~DILANTIN~
TAKE 1 CAP BY MOUTH EACH MORNING WITH 1/2 OF 50MG TABLET AND TAKE 2
CAPS AT BEDTIME WITH 1-50 MG TABLET FOR 120 DAYS
PHY: RODGERS, DALE
start: 11/02/05   stop: 03/02/06

Rx# 10910435
PHENYTOIN (CHEWABLE)50MG TABS ~DILANTIN INFATAB~
TAKE 1/2 TAB BY MOUTH EACH MORNING AND TAKE 1 TAB AT BEDTIME WITH 100
MG CAPS FOR 120 DAYS
PHY: RODGERS, DALE
start: 11/02/05   stop: 03/02/06

Rx# 10756725
TRAMADOL HCL 50MG TABS ~ULTRAM~
TAKE 2 TABS BY MOUTH TWICE DAILY FOR 120 DAYS
PHY: OTT,S, NP/HOOPER
start: 10/21/05   stop: 02/18/06

Rx# 10756736
VERAPAMIL  HCL SR 240MG TBCR ~CALAN SR~
TAKE 1 TAB BY MOUTH FOUR TIMES DAILY X120D>> DO NOT CRUSH <<<
PHY: OTT,S, NP/HOOPER
start: 10/21/05   stop: 02/18/06

**DIAGNOSIS:**

**ALLERGIES:** No Known Drug Allergy

#3150 REV 11/04

**DOB/INMATE #:** /49

**LOCATION:** 6365-   MAIN   19

**NAME:** CARDONE, CHARLES

**PharmaCorr**

PN-49

# MEDICATION ADMINISTRATION RECORD

**Facility:** E    **6365-**    DELAWARE MAXIMUM SECURITY COMP    DE    **Month:** November 2005

INT! | DRUG - DOSE - MODE - INTERVAL - START - STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Rx# 10249477
**DIPHENHYDRAMINE 50MG CAPS ~BENADRYL~**
TAKE 1 CAP BY MOUTH TWICE DAILY FOR 90 DAYS
PHY: RODGERS,DALE    START: 08/03/05    STOP: 11/01/05

Rx# 10249489
**ENALAPRIL MALEATE 20MG TABS ~VASOTEC~**
TAKE 1 TAB BY MOUTH DAILY FOR 90 DAYS
PHY: RODGERS,DALE    START: 08/03/05    STOP: 11/01/05

Rx# 10249492
**FUROSEMIDE 20MG TABS ~LASIX~**
TAKE 1 TAB BY MOUTH DAILY FOR 90 DAYS
PHY: RODGERS,DALE    START: 08/03/05    STOP: 11/01/05

Rx# 10249503
**PHENYTOIN (CHEWABLE) 50MG TABS ~DILANTIN INFATAB~**
TAKE 5 TABS BY MOUTH AT BEDTIME FOR 90 DAYS
PHY: RODGERS,DALE    START: 08/03/05    STOP: 11/01/05

Rx# 10317123
**TRAMADOL HCL 50MG TABS ~ULTRAM~**
TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS
PHY: RODGERS,DALE    START: 08/15/05    STOP: 11/13/05

Rx# 10317128
**VERAPAMIL HCL SR 240MG TBCR ~CALAN SR~**
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >>> DO NOT CRUSH <<<
PHY: RODGERS,DALE    START:    STOP:

**DIAGNOSIS:**    PHY:

**ALLERGIES:**
No Known Drug Allergy

DOB/INMATE #: ___/49

**LOCATION:** 6365-    MAIN

**NAME:** CARDONE, CHARLES

#6310 REV 1/04

*PharmaCorr*

# MEDICATION ADMINISTRATION RECORD

Month: Dec 04

**Facility:** Ott Jail

INT:

| DRUG - DOSE - MODE - INTERVAL - START - STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 20mg PO QHS x 30days PHY: START: 12/23/04 STOP: 1/22/05 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dilantin 200mg PO QHS x90 days W/F/or PHY: START: 12/10/04 STOP: 1/10/05 days | E | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flu Shot when available PHY: START: STOP: | | | | | | | | old | | | | | | | | | | | | | | | | | | | | | | | |
| Rilantin 12mg PO BID x120days PHY: START: 12/10/04 STOP: 3/6/05 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rilantin 250mg PO QHS x 120 days PHY: START: 12/10/04 STOP: 3/6/05 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: START: STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHY: START: STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DIAGNOSIS:**

**ALLERGIES:**

**DOB/INMATE #** 49

**LOCATION:** 19 B2

**NAME:** Condon, Charles

# MEDICATION ADMINISTRATION RECORD

Month: Nov '05

Facility: OCC/SHU

DRUG – DOSE – MODE – INTERVAL – START – STOP

Prozac 20mg po @pm X3
PHY: Vacaub       START: 11/9/05   STOP:

Prozac 40mg po @pm X400
PHY: Vacaub       START: 11/9/05   STOP: 2/11/00

DIAGNOSIS:

ALLERGIES: NCOA

#0150 REV 1/04

DOB/INMATE #: 40

LOCATION: 19 BL-8

NAME: Cardone, Charles

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CHARLES F. CARDONE         )
                                 )
            Plaintiff,      )     U.S. District Judge Gregory M. Sleet
                                 )
    v.                  )     Civil Action No. 06-151-KAJ
                                 )
WARDEN THOMAS CARROLL, and  )
CORRECTIONAL MEDICAL SERVICES, )
                               )
          Defendants.    )

**EXHIBIT D IN SUPPORT OF DEFENDANT
CORRECTIONAL MEDICAL SERVICES' RESPONSE
TO MOTION FOR TEMPORARY RESTRAINING ORDER**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-151-KAJ |
| | ) | |
| WARDEN THOMAS CARROLL, and | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JOHN RUNDLE

I, JOHN RUNDLE, in my capacity as Health Services Administrator for Correctional Medical Services, Inc. ("CMS"), being duly sworn according to law, depose and say on behalf of CMS as follows:

1.  I am a resident of the State of Delaware.

2.  I am employed by CMS and hold the title of Health Services Administrator. In connection with my position at CMS, I have personal knowledge of the matters set forth herein.

3.  I have reviewed the plaintiff's Grievance Reports Nos. 16658, 15152 and 16799 referenced in his Order for Temporary Restraining Order and Preliminary Injunction, which was filed with the Court on June 20, 2006 (D.I. 15).

4.  Mr. Cardone is currently receiving all medication prescribed to him.

5.    True and correct copies of all relevant medical records have been

attached to Defendant's Response to the Motion for Temporary Restraining Order.

JOHN RUNDLE  Co. 98-010-0017

    SWORN TO AND SUBSCRIBED before me, a Notary Public, this 28 day
of July, 2006.

Notary Public
FRANCES P. ROBBINS
NOTARY PUBLIC - DELAWARE
My Commission Expires May 8, 2007

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this ___ day of July, 2006, I have caused two

(2) copies the following documents to be served on the parties listed below:

**DEFENDANT CORRECTIONAL MEDICAL SERVICES' RESPONSE TO MOTION
FOR TEMPORARY RESTRAINING ORDER**

By First Class U.S. Mail to:

Charles F. Cardone (*pro se*)
SBI #098159
DCC
Smyrna, DE  19977

Amy A. Quinlan (#3021)