TO: U.S. District Court, Chambers of Kent A. Jordan

August 9, 2006

RE: Civ. Act. Nos. 06-177-KAJ
06-152-KAJ
06-151-KAJ
06-127-KAJ
05-536-KAJ



Sir:

As is evidenced by my enclosed documents sent to me by (B.E.) (Brian Engram), SHU Law Library employee, here at Delaware Correctional Center, where I have been illegally administratively classified (w/out the benefit of hearings) to maximum security status, he (Brian Engram) is denying me photocopies so I may properly submit to the Court these necessary papers and documents to properly prepare and advance my allegations in this Honorable Court. Brian Engram's stated actions are tantamount to denying this litigant to access to the Courts, i.e. your court. Your Honor has granted me in forma pauperis status, as this library employee is well aware, yet, he threatens me w/ non transaction compliance because of insufficient funds in my account. I am requesting your Honor to intervene in my behalf, or, should your Honor order, I may file a preliminary injunction and/or Temporary Restraining Order. Please Advise.

— Please return these documents to me, here, at prison. cfc
8-9-06

Respectfully submitted,
Charles F. Cardone
SBI #098159
DCC prison

Aug. 7, 06

Please provide 5 copies of the enclosed ANSWER, 8 pages,

C.A. 06-151-KAJ

Fm Charles Cardone

098/59   17 C-u-4

RECEIVED
AUG 08 2006
SHU LAW LIBRARY

Fm Cardone,

This request is denied as presented for photocopies. The list of grievances, resolutions and sick call requests are not legal photocopies. If they are part of a court motion, they need to be attached with said motion and identified as exhibits on the document and the court motion. You have the option of sending the above mentioned documents to the Business Office with a pay-to ($.25 cents/page). You must have sufficient funds in your account for this transaction.   (B.E)   8/8/06.

Aug. 3, 2006

Please provide 5 copies each of the enclosed legal materials to be used by plaintiff Cardone in his C.A. No. 05-151 KAJ:

(1) Litigating Prison and Jail Conditions
David C. Fathi
ACLU National Prison Project
} 5 copies

and

(2) "ACLU Urges Maryland to Reject Contract With Correctional Medical Services" found on page 5 and page 6 of "National Prison Project JOURNAL"....
5 copies

Please capture the entire page, Page 5 and Page 6, to include "National Prison Project Journal" and "Summer/Fall 2004" found at the very top of the page, to validate authenticity... and/or supply affidavit for me to sign in presence of Notary...

(3) 5 copies of the enclosed "refusals to represent" to be used in support of my submitted Motion to Appoint Counsel filed in District Court and to be filed in Dist Ct...

Thank,

Charles F. Cardone
SBI 098159
(17) CU 4

RECEIVED
AUG 0 4 2006
SHU LAW LIBRARY

GENERAL REQUEST FORM    BLD. # 17
                        Cell #C-U-4

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

Sent: Photocopies - 4 x 5 = 20 pgs.

Mr Cardone,
  Litigating Prison and Jail Conditions and National Prison Project Journal will not be photocopied.

Name: Mr Charles Cardone  S.B.I. 098159    Date: 8-8-06

Date Received: 8-4-06        Pay-to Log # _____
Date Sent:     8-8-06        Staff Initials: B.E.

Staff Notes: _____

I/M Charles F. Cardone
SBI# 098159  UNIT Stu (17) CU4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

* Chambers of Judge Kent A. Jordan
U.S. District Court, Lockbox 10
844 King St., U.S. Courthouse
Wilmington            DE
                     19801