In the United States District Court
For the District of Delaware                    1

Charles F. Cardone,
        Plaintiff                    Civ. Act. No. 06-151-KAJ

        V.

Warden Thomas Carroll,          Jury Trial Demanded
Correctional Medical Services
        Defendants

ANSWER

FILED

AUG 18 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Plaintiff, Charles Cardone, acting pro se, submits
this ANSWER to the Court and to Defendants' Response
to Plaintiff's Motion For Temporary Restraining Order.
Defendants' Response has been dated for July 28, 2006,
along with approximately 1" (one inch) of supporting
CMS medical paperwork that has been submitted to
this Honorable Court and to plaintiff for consideration
in Defendants' request for denial of Plaintiff's re-
quest for the granting of Plaintiff's preliminary in-
junction and Temporary Restraining Order. Plaintiff
Cardone presents the following to the Court in further
support of TRO and further support of his 42 U.S.C
§1983 Civ. Act. No. 06-151-KAJ:

1. Plaintiff requests permission of this Court to Amend
   his complaint pursuant to Judge Jordan's June 13,
   2006 Memorandum Order whereby the Judge
   states " the complaint, as it now stands, contains

Page 2 of Plaintiff Cardone's ANSWER in
Civ. Act. No. 06-151 (KAJ) dated August
6, 2006

2

no allegations of a serious medical need, nor
does it adequately apprise the defendants of their
alleged wrongful conduct, or the time or place where
it allegedly occurred. Therefore, the claim is dis-
missed without prejudice pursuant to 28 U.S.C.-
§ 1915(e)(2)(B) and § 1915A(b)(1). Plaintiff, how-
ever, is given leave to file an amended complaint."
Furthermore

2. With the Courts permission, plaintiff will show,
in support of Defendants' deliberate indifference
to his serious medical needs ... through and by the
submission, by Plaintiff, of various and numerous
sick call request slips, various and numerous medical
grievance forms to prove to this Honorable Court and
jury that: A. Defendants were made aware of my
serious medical needs by the mere fact that CMS
has in their possession my medical history and
records that were forwarded to Delaware Correctional
Center's medical department along with plaintiff when
he was transferred (diesel therapy) on May 23 of
2005 ₓₓ. to DCC... B. that the deliberate indifference
to Plaintiff's serious medical needs, by CMS, is demon-
strated by "the deliberate deprivation of adequate med-
ical CARE or the failure the defendants's action or failure
to act despite his or her knowledge of a substantial
risk of serious harm." Pew v. Connie, 1997 WL

(Con't)——>

717046, *4 (E.D. Pa. Nov. 14, 1997); C. that
defendant Correctional Medical Services in their
July 28, 2006 submission to the Court and to
Plaintiff their (CMS) response To Plaintiff's
Motion For Temporary Restraining Order, have
provided (in their 1" one inch supporting papers) a
showing of proof that CMS and Warden Carroll
and his DCC prison agents caused and continue to
cause Plaintiff Cardone severe pain in their con
stant and on going refusal to provide proper
medical care, pain management, while ignoring
and refusing to address Plaintiff's enclosed
documented requests for diagnostic tests and
procedures as noted in Plaintiff's original
"IV. Statement of Claim found in Plaintiff Cardone's
form to be used by a prisoner in filing a
complaint under the Civil Rights Act, 42 -
U.S.C. §1983 dated February 28, 2006...
D. In further support of Plaintiff's request for
preliminary injunction and temporary restrain-
ing order for this Court to order defendants to
provide timely medical care, Plaintiff directs the
Court's attention to Plaintiff's 3 medical grievance
(1) dated July 2, 2005, Case #15152...(2) dated Aug.
18, 2005, case #16658...(3) dated Aug. 26, 2005,
case #16799. these 3 medical grievances of

Exhibit
B

Page 4 of Plaintiff Cardone's ANSWER in
Civ. Act. No. 06-151-KAJ dated August
6, 2006                                                    4

the numerous grievances and sick call slips so
graciously supplied by Defendant CMS in their
  July 28, 2006 Response, that in the approximately
one year it took for Defendant CMS to address these
3 grievances and the outstanding medical grievances
and sick call slips as yet to be addressed, Car-
done has been, and continues to be, deprived of
adequate medical care by the deliberately in-
different DCC medical care provider, CMS, and
Warden Thomas Carroll and his agents thus violating
Plaintiff's Eighth Amendment right to be free from
cruel and unusual punishment. To continue, the
ream of paperwork submitted to this Court in
support of CMS's request for denial of Plaintiff's
motion to be provided proper medical care or
to be compensated in the amount of millions of
dollars, is a further showing that despite this
ream of paperwork, defendants' claim (to include
the Affidavit of John Rundle, CMS's Health
Services Administrator) is a misrepresentation to
this Court and Plaintiff prays for relief. A serious
medical need exists if the failure to treat a
prisoner's condition could result in further signi-
ficant injury and/or the unnecessary and wanton
infliction of pain. The existence of chronic and
                                        (Con't) ⟶

Page 5 of Plaintiff Cardone's ANSWER in
Civ. Act. No. 06-151-KAJ dated August
6, 2006                                    5

substantial pain itself demonstrates a serious
medical need. The continued refusal by CMS
to dispense proper pain management medication
(after my continual complaints to CMS doctors DR
Rogers, DR. Cannuli, Nurse practitioner OTT,
DR. NIAZ, et al.) without the stopping and start-
ing back up (which sometimes takes weeks) and be-
cause of my placement in SHU cannot be anything
but the unnecessary and wanton infliction of
pain. Lavender v. Lampert, 242 F. Supp. 2d
821 (D. Or. 2002).

OF
MEDICATIONS

E. As to Defendants addressing Plaintiff's Grievance
Report No. 16658, on page 4 of Defendant
CMS's Response to Motion For TRO, Ultram
is not a narcotic according to Nurse Tonya
of CMS... either counsel for Defendant CMS,
Amy Quinlan, is ill informed or it is yet a-
nother misrepresentation to the court to further
their denial and dismissal of of Plaintiff's
Motion For TRO and Civ Act No. 06-151-KAJ.
As of 8-22-06 ULTRAM has been discontinued
     6-  and is yet another showing of proof of
CMS's deliberate indifference to Plaintiff's
medical needs and ongoing continual pain.

                              (Con't)

Page 6 of Plaintiff Cardone's ANSWER in
Civ. Act. No. 06-151-KAJ dated August 6,
2006      6.

In replacement of ULTRAM, Tylenol over the
counter was given to Plaintiff for 14 days and
discontinued. As of this date, plaintiff has
had all pain meds disiontinued, again, and is
further proof of Defendants proscribing im proper
medical care and deliberate indifference to Plain-
tiff's serious medical needs.

F. As to Grievance Report No. 16799 on page 4
and page 5 of CMS's Response ... Defendant mis-
represents to the Court by stating "plaintiff complains
that he has requested a replacement for his prev-
iously prescribed medication to treat genital herpes ...
Once again, Quinlan knowingly and intentionally
violating Delaware Lawyers Rules of Professional
Conduct, by stating the above. Plaintiff once again
requests this Honorable Court to consider Plain-
tiff's sick call slips of Aug. 8, 2005, Feb. 22, 06,
Plaintiff's Grievance Report No. 16799, dated Aug. 26, 2005
and Plaintiff's Original, dated 8-26-05, medical
grievance #16799, which refutes Quinlan's
sanctionable attempt to misrepresent facts known
to be true by the mere fact that defendants'
have submitted these facts to the Court in
Defendants' attempts to blindside the Court
to dismiss Plaintiff's 06-151 1983 action.

Exhibit

A

(Con't)

Page 7 of Plaintiff Cardone's ANSWER in
Civ. Act. No. 06-151 KAJ, dated August
6, 2006                                           7

Whereas, Plaintiff Cardone prays this Court
to grant relief in his Motion For Temporary
Restraining Order and Preliminary Injunction,
pursuant to 42 U.S.C. §1983. Specifically,
to perform proper and necessary diagnostic procedures
contemporaneously associated with the documented mental
and physical illnesses and disabilities of this prisoner/
plaintiff. Furthermore, should this court grant relief
in the above, and Defendants and their counsel
ignore and defy the Court's Plaintiff's reliefs,
Defendants CMS and Warden Thomas Carroll,
shall be brought to trial by jury in Delaware
District Court or granted monetary relief by
the Court in the amount of one million dollars.

            Charles F. Cardone plaintiff, pro se
            SBI #098159-DCC
            Bldg. SHU. (17) CU4
            1181 Paddock Rd.
            Smyrna, DE 19977

Dated: August 6, 2006

# Certificate of Service

8

I, Charles F. Cardone, hereby certify that on this 15 day of ~~July~~ AUGUST, 2006, I have handed this ANSWER To Defendant Correctional Medical Servieces Response to Motion For Temporary Restraining Order to a DCC prison guard to send By First Class U.S. Mail, one original to be mailed to Delaware District Court and a copy to:

Amy A. Quinlan
222 Delaware Avenue
Wilmington, DE 19801
P.O. Box 2306
Wilmington, DE 19899
Attnys For Corr. Medical Services

Original sent to:

U.S. District Court, Delaware
Chambers of Kent A. Jordan
Lock Box 10
844 King St., U.S. Court House
Wilmington, DE 19801

by:
Charles F. Cardone
SBI #098159 - DCC
Bldg. SHU (17) CU4
1181 Paddock Road
Smyrna, DE 19977

Dated: Aug. 15, 2006

IM Charles F. Cardona

SBI# O98I59 UNIT SHU (17) C U4

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

LEGAL
MAIL

06-151-KAS

*Clerk*

U.S. District Court

844 N. King St., Lockbox 18

Wilmington   DE

19801

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/21/2005

Shu 19 BL-8

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI# :** 00098159 | **Institution** : DCC |
| **Grievance #** : 15152 | **Grievance Date** : 07/02/2005 | **Category** : Individual |
| **Status** Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/02/2005 | **Incident Time :** |
| **IGC** : Vargas, Rosalie | **Housing Location :** Bldg 18, Upper, Tier D, Cell 7, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states not getting meds and bottom bunk memo is being ignored. On top bunk afraid to fall asleep. In severe distress.

**Remedy Requested** : Give m e m y meds p rescibed b y D r Burns of S Cl C all me to D CC Medical so we can get this cleared up.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/08/2005 |
| **Investigation Sent :** 07/08/2005 | **Investigation Sent To** : Breton, Monique |

**Grievance Amount :**

— As to Defendant Correctional Medical Services'
Response to Motion For Temporary Restraining
Order (TRO filed by Plaintiff Charles F. Cardone).
On page 2 of the above Defendant's response,
Amy A. Quinlan, attorney for CMS, states plaintiff has attached
three separate grievance reports.... numbered 16658, 15152.
and 16799 (Exhibit A). Yes, plaintiff was granted the Order
For Defendants To Respond based on the above grievance re-
port numbers, inter alia, and plaintiff now submits further
materials in submit support of his request and demand, by
jury trial, for monetary, compensatory damages and punitive
damages for pain and suffering in the amount of one
million dollars. cfc 8-02-06

(15)

3-8-06

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): /MEDICAL\ DENTAL /MENTAL HEALTH\

_Charles F Cardone_
Name (Print)

_Bldg 18   CU-5_
Housing Location

Date of Birth     SBI Number

_Aug 8, 05_
Date Submitted

Complaint (What type of problem are you having)? _I wish a PCR test and either one of the following - ACYCLOVIR OR FAMCICLOVIR OR VALACYCLOVIR... I am Chronic Care and wish to see + talk w/ mental Health and a M.D._

_Charles F. Cardone_
Inmate Signature

_Aug 8, 05_
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P _____    WT:_____

A:

P:

E:

_____       _____
Provider Signature & Title       Date & Time

3/1/99 DE01
FORM#:
MED
263

*EMERGENCY / breton*

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: *DCC-Pre-trial*

DATE SUBMITTED: *July 2, 05*

INMATE'S NAME: *Charles Cardone*

SBI#: ▓▓▓▓▓▓

HOUSING UNIT: *Bldg B - A-13*

CASE #: *15152*

////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: *On Going*

TYPE OF MEDICAL PROBLEM:

*I am (and have been) Chronic Care designated in Gander Hill and SCI, and now here at DCC.... When I transferred from Bldg 18 Shw - DU11 to Bldg B, pre-trial A13 on June 28,05, my a.m. and P.M. Meds did not follow me. I am Epileptic (Petit Mol) my SCI bottom bunk memo is now being ignored. I am on top bunk afraid to fall asleep... I am in severe distress...*

GRIEVANT'S SIGNATURE: *Charles P. Cardone*   DATE: *July 2, 2005*

ACTION REQUESTED BY GRIEVANT: *Give me my meds prescribed by DR. Burns of SCI ... call me to DCC Medical so we can get this cleared up*

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**

JUL 0 6 2005

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## M. G. C Decision

**Inmate:** Cardone, Charles F.        **SBI#:** ▓▓▓▓▓▓        **Case#:** 15152

_Talk to nurses about ensuring_
_inmate receives his meds ( all that is ordered )_

wwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwww

**I. G. C.:**

**M. G. C.:** ✓ _Deny_                                    _____**Uphold**

**C.M.S. Staff & Title:**

**C.M.S. Staff & Title:**

**C.M.S. Staff & Title:** _Adrienne Branch RN_

**Date:** _6-30-06_

**CC:** File

Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261



# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : CARDONE, CHARLES F | SBI# : 00098159 | Institution : DCC |
| Grievance # : 15152 | Grievance Date : 07/02/2005 | Category : Individual |
| Status Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/02/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location :Bldg 18, Upper, Tier D, Cell 7, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Breton, Monique | Date of Report 07/08/2005 |
| Investigation Report : | |
| Reason for Referring: | |
| Investigator Name : Dunn, Lee Anne | Date of Report 07/21/2005 |
| Investigation Report : | |
| Reason for Referring: | |

\* level II

- memo written + faxed 2 times to security

Offender's Signature: _____

Date : _10/13/05_

Witness (Officer) : _Smeggett, RN_

*How many of those ___ ___ ___ I lost count....*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

_Charles F. Cardone_
Name (Print)

_Pre-trial Max 18 - DU 7_
Housing Location _12_

_-49_
Date of Birth

SBI Number

_July #-2005-0800 hrs_
Date Submitted

Complaint (What type of problem are you having)? _I am still insisting to_
_speak w/ DCC's (or any psychiatrist) psychiatrist, w/_
_my intention to have my PROZCAC re-issued._
_Am I writing in a foreign language or y'all just don't_
_want to schedule me ??_

_C. Cardone_
Inmate Signature

_On Going ...._
Date

**The below area is for medical use only. Please do not write any further.**

S: _Do y'all wait for us to die .... is that it?_
_Is that why y'all don't want to see me? I made_
_it thru one week, your tricks don't mean nothin'...._

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

_July 12 - approx 12 Noon - I just had a physical by 2_
A: _of your nurses ... don't ask me their names, First Correctional_
_Medical (or whatever name you go by now) personal do not_
_(or are not required) to use name tags so I can't tell you their_
P: _names, they told me DCC does not have psychiatrists,_
_only mental health workers. Irregardless, I still need_
_my anti-depression meds and or 600mg trazadone_
_nightly so I can get some long needed sleep_
_etc_

E: _I'm ☑ Sched to see ✗ on 11/12 05_

_Received 11/7/05 - given to mental health 11/7/05 Stowal_

_D. ___ MSCC_
Provider Signature & Title

_11/11/05_
Date & Time

1/2-8-06

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: DCC

INMATE'S NAME: Charles F. Cardone

HOUSING UNIT: Pre-trial Max (PODD7) 19

DATE SUBMITTED: 7-16-05

SBI#: 078159

CASE #: 20998

/////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: On Going

TYPE OF MEDICAL PROBLEM:

I am experiencing weight loss severe enough to warrant Stephon, the dietician, to order a.m. + p.m. snacks which I have not been given since arriving at DCC on May 23 of this year. To add to this undiagnosed weight loss, my caloric intake has been and is being, slashed, now that I am housed in this Pre-trial Maximum unit.

GRIEVANT'S SIGNATURE: Charles F. Cardone    DATE: 7-16-05

ACTION REQUESTED BY GRIEVANT: I wish to have my caloric intake increased as per DCC + S.C.T.'s dietician's standing order. Also, the 3 squares being provided here in the SHU to me need to be increased.

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**

JUL 1 9 2005

Inmate Grievance Office

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL  MENTAL HEALTH

Charles F. Cardone                Bldg 18 CU 5
_____Name (Print)_____        _____Housing Location_____

~~49~~                 ~~~~                  8-4-05
Date of Birth           SBI Number           Date Submitted

Complaint (What type of problem are you having)?  This date, I received no PM meds.... pm meds person, on the 3rd of Aug. told me my meds have expired .... that is because you are ignoring my sick call slips or you are

Charles F. Cardone              Aug. 4 05
_____Inmate Signature_____    _____Date_____

**The below area is for medical use only.  Please do not write any further.**

S:  not recieving the numerous sick call slips and medical grievances I have submitted to the c/o s in this bldg (18). I need to talk w/ a Doctor.

O:  Temp:      Pulse:      Resp:      B/P:      WT:
9/6/05 - Currently receiving meds

A:  per physical orders

P:

E:

_____          _____
Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 16658 | **Grievance Date** : 08/18/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/18/2005 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 19, Lower, Tier B, Cell 8, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I/M Cardone states that he suffers from Chronic Lower Back bone spurs, Compressed Discs, and Degenerative Arthritis. I/M claims that being housed in the SHU has caused the pain to worsen. I/M also states that withholding his medication constitutes "Cruel and Unusual Punishment" and that DCC and its agent medical company are liable.

**Remedy Requested** : Be issued pain medication.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 09/01/2005 |
| **Investigation Sent :** 09/01/2005 | **Investigation Sent To** : Dunn, Lee Anne |
| **Grievance Amount :** | |

$Exhibit\ A$

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

14/ 8 -06
3 8

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 16658 | **Grievance Date** : 08/18/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/18/2005 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :**Bldg 19, Lower, Tier B, Cell 8, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Dunn, Lee Anne | **Date of Report** 09/01/2005 |

**Investigation Report :**

**Reason for Referring:**

level II requested

**Offender's Signature:** C F Cardone

**Date** : 9/19/05

**Witness (Officer)** : Meggett, RN

*Numbered Submissions* 2. *Jdh/N*

*DR. ALIE?*

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: $\underline{DCC}$

INMATE'S NAME: $\underline{Charles\ F.\ Cardone}$

HOUSING UNIT: $\underline{SHU\ (19)\ -\ B8L}$

DATE SUBMITTED: $\underline{Aug\ /8-0S}$

SBI#: _____

CASE #: $\underline{16658}$

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: $\underline{On\ Going}$

TYPE OF MEDICAL PROBLEM:

$\underline{Chronic\ Lower\ Back\ bone\ spurs,\ compressed\ discs,}$
$\underline{degenerative\ arthritis,\ etc.\ \ Just\ because\ I\ am\ to}$
$\underline{"Housed"\ in\ the\ SHU,\ my\ back\ pains\ have\ not}$
$\underline{discontinued\ ...\ in\ fact,\ they\ are\ worse\ than\ ever,}$
$\underline{and\ continue\ to\ worsen.\ \ Withholding\ pain\ medication}$
$\underline{and\ my\ proszac\ constitutes\ "cruel\ and\ unusual}$
$\underline{punishment"\ and\ Delaware\ Correctional\ Center,\ as\ well}$
$\underline{as\ its\ agent\ medical\ company,\ are\ liable.}$

GRIEVANT'S SIGNATURE: $\underline{Charles\ J.\ Cardone}$   DATE: $\underline{Aug.\ 18-05}$

ACTION REQUESTED BY GRIEVANT: $\underline{the\ same\ action\ that\ I\ have\ requested}$
$\underline{in\ prior\ medical\ grievances\ -\ Re\ issuing\ my\ meds.}$

**RECEIVED**

DATE RECEIVED BY MEDICAL UNIT: _____

**AUG 2 2 2005**

**Inmate Grievance Office**

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION |
|---|

**Offender Name :** CARDONE, CHARLES F      **SBI#**      :      ` `      **Institution**      : DCC

**Grievance #**      : 16658      **Grievance Date** : 08/18/2005      **Category**      : Individual

**Status**      : Withdrawn      **Resolution Status:**      **Inmate Status :**

**Grievance Type:** Health Issue (Medical)      **Incident Date**      : 08/18/2005      **Incident Time :**

**IGC**      : Merson, Lise M      **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single

| INFORMAL RESOLUTION |
|---|

**Investigator Name**   : Dunn, Lee Anne                              **Date of Report** 09/01/2005

**Investigation Report :** level II requested

**Reason for Referring:**

---

**Offender's Signature:** _____

**Date**      : _____

**Witness (Officer)**      : _____

Page 2 of 5

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARDONE, CHARLES F

**Grievance #** : 16658

**Status** : Withdrawn

**Grievance Type:** Health Issue (Medical)

**IGC** : Merson, Lise M

**SBI#** : .

**Grievance Date** : 08/18/2005

**Resolution Status :**

**Incident Date** : 08/18/2005

**Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :**

## IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**

[x] **Forward to MGC**                    [ ] **Warden Notified**

[ ] **Forward to RGC**                    **Date Forwarded to RGC/MGC :** 01/23/2006

[x] **Offender Signature Captured**       **Date Offender Signed** :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : ( ... | **Institution** : DCC |
| **Grievance #** : 16658 | **Grievance Date** : 08/18/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/18/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier C, Cell 12, Single | |

### APPEAL REQUEST

Appeal due 3/31/2006. No appeal returned as of 4/3/2006. — I was in the HOLE in Bldg 18 and not given forms to appeal ... DOC would not even provide a Bible to read ...

### REMEDY REQUEST

SMYRNA LANDING ROAD
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : CARDONE, CHARLES F | SBI# : 00098159 | Institution : DCC |
| Grievance # : 16799 | Grievance Date : 08/26/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 08/26/2005 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg 19, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I/M Cardone states that he informed Dr. Rogers he had herpes and that he has shown Dr. Rogers evidence of his breaking out on his genitals top of his head, and the back of his neck. He requested 1 of the 3 new medications now available according to medical magazines. I/M alleges that Dr. Rogers responded "When you have an outbreak, come and see me".

**Remedy Requested** : I/M wishes a PCR test and a presription for anti-herpes medication.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 09/05/2005 |
| Investigation Sent : 09/05/2005 | Investigation Sent To : Dunn, Lee Anne |
| Grievance Amount : | |

Exhibit A

**FORM #585**

**MEDICAL GRIEVANCE**

Exhibit A

FACILITY: _DCC_     DATE SUBMITTED _AUG 26-05_

INMATE'S NAME: _Charles Cardone_     SBI#: _C_

HOUSING UNIT: _Bldg (19) B 8 L_     CASE #: _16799_

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _0900hrs - the above date_

TYPE OF MEDICAL PROBLEM:

I have just returned to my cell after a visit to Dr. Rogers... after informing her I am diagnosed as having Herpes, showing her the presence of HSV on my genitals, top of my head, back of my neck, I asked her to give me 1 of the 3 antiherpes medications (acyclovir, famcielovir, and valacyclovir) now available according to a medical magazine - April 2005 issue of HIV PLUS. Her response was "when you have an outbreak, come see me." An "outbreak" consists of the "standard painful blistery eruption," according to her statement to me.... Again, I quote from this

GRIEVANT'S SIGNATURE: _Charles Cardone_     DATE: _Aug 26, 05_

ACTION REQUESTED BY GRIEVANT: - article: "we, (medical community) now know that herpes appears in many forms other than the standard painful blistery eruption." - I am, again, formally requesting anti herpes medication after administering PCR test...poly-merase chain reaction

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**

AUG 3 0 2005

Inmate Grievance Office

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY, OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 16799 | **Grievance Date** : 08/26/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/26/2005 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 19, Lower, Tier B, Cell 8, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Dunn, Lee Anne | **Date of Report** 09/05/2005 |

**Investigation Report :**

**Reason for Referring:**

level II requested

**Offender's Signature:** CF Cardone

**Date** : 9/19/05

**Witness (Officer)** : Smeggett, RN

18 GL 12

## M. G. C Decision

**Inmate:** Cardone, Charles F.    **SBI#:** ~~~~~~    **Case#:** 16799

Putin Suite Case to fee re Evaluated
for this problem

I. G. C.:

**M. G. C.:** _____ Deny _____ **Uphold**

**C.M.S. Staff & Title:**

**C.M.S. Staff & Title:**

**C.M.S. Staff & Title:**

**Date:** 3-24-06

CC: File

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
**This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH**

Charles F. Cardone _____ SHU 19  B8L
Name (Print) _____ Housing Location

~~49~~ _____ ~~SBI Number~~ _____ AUG 30, 05
Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having)? Aug 26-05, Dr Rogers
accused me of "not taking" my Dilantin because level was
5... I advised her the people on her staff get my Am meds
and Pm meds and do not, on a regular basis, issue them on a
consistent manner... wrong dosages, at times no /meds at all, etc.

Charles J. Cardone _____ Aug 30-05   OVER→
Inmate Signature _____ Date

**The below area is for medical use only. Please do not write any further.**

S: 9/6/05 — You currently receive

250mg Dilantin. Whether or

O: Temp___ Pulse___ Resp___ B/P___ T___

not a Dilantin level of 5 up

A: You are @ fault. Not the

Medical Staff

P:

E:

_____  _____
Provider Signature & Title _____ Date & Time

3/1/99 DE01
FORM#:
MED
263

For example, tonight, AUG 30, 05, Tuesday,

personnel dispensed 150 mg Dilantin (1 capsule, 1 Δ shaped, candy flavored, (I assume to be) 50 mg. Dilantin

When I confront personnel w/ errors, their responses are generally "we will re-check" and "let you know"

I have, as yet, had my corrected dosage or forgotten medication for that particular am or pm mistake, brough back to me

---

| Date/Time | Inmate's Name | D.O.B.: / / |

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

_Charles F. Cardone_                           _SHU (19)  B8L_
            Name (Print)                                    Housing Location
        ___-49___                                        _10-8-05_
        Date of Birth          SBI Number                Date Submitted

Complaint (What type of problem are you having)? _Because of the refusal and denial of_
_the medical dept. of DCC to prescribe proper medication to me for my bad_
_back injuries, the medical dept. is causing me unnecessary pain_
_and suffering. Please treat me._

_Charles F. Cardone_                           _Oct. 8, 2005_
        Inmate Signature                                Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:                              _10/18/05_

E:

_____          _____
Provider Signature & Title                         Date & Time

**3/1/99 DE01**
FORM#:
**MED**
263

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one):  MEDICAL  DENTAL  (MENTAL HEALTH)

_Charles Cardone_                          _SHU 19 B8L_
Name (Print)                                       Housing Location

_49_                                              _Oct 30, 05_
Date of Birth          SBI Number              Date Submitted

Complaint (What type of problem are you having)? _I'm requesting DCC_
_Medical (1st Correc Medical) to treat my HEP C. I will_
_submit to Beck Depression Inventory as conditional_
_treatment._

_Charles F. Cardone_                          _Oct 30  05_
Inmate Signature                                    Date

**The below area is for medical use only.  Please do not write any further.**

S: _Inmate said: "I am doing fine"_


O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

_Clean appearance, good eye contact, alert, ox3_
_cooperative, normal speech, no s/H idea._
A: _stable at this time_


P: _To contact mental health as needed_
_To contact medical concerning medical_
_issues._


E:

_Anne Jarvan_                          _11/22/05  0900_
Provider Signature & Title                     Date & Time

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): /MEDICAL/ DENTAL MENTAL HEALTH

_Charles F. Cardone_
Name (Print)

_SHU 19 B8L_
Housing Location

Date of Birth                SBI Number

_Nov-7, 05_
Date Submitted

Complaint (What type of problem are you having)? _There isn't 2 am_
_med calls or 2pm med calls in a row that I get_
_the same meds for that particular med call. Either_
_the nurses dispensing the meds are reading more than_
_one chart, or they can't read, or, they don't give a damn._

_Charles F. Cardone_
Inmate Signature

_Nov-87, 05    OVER →_
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P: _Notified Change news medication ordered from_
_Pharmacy_

E:

Provider Signature & Title

_11/14/02_
Date & Time

3/1/99 DE01
FORM#:
MED
263

**FORM #585**

~~MEDICAL GRIEVANCE~~

*Exhibit A*

FACILITY: *DCC*

DATE SUBMITTED: *2-22-06*

INMATE'S NAME: *Charles F. Cardone*

SBI#: ▓▓▓▓▓▓

HOUSING UNIT: *B ldg (21) C8U*

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////

## SECTION #1

DATE & TIME OF MEDICAL INCIDENT: *On Going*          *Exhibit A*

TYPE OF MEDICAL PROBLEM:

*SCI ( DR. Burns ) and DCC have been prescribing 100 mg of Benedry daily (50 mg in am and 50 mg in pm ) for approp. 3 years for severe itch due to Herpes Virus Infection.*

GRIEVANT'S SIGNATURE: *Charles F. Cardone*      DATE: *Feb. 22, 06*

ACTION REQUESTED BY GRIEVANT: *Use this form as a sick call slip... I do not have a sick call slip available at this time. Please re-issue Benedryl as indicated above.*

RECEIVED FEB 2 4 2006

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

CHARLES F. CARDONE                    BLDG. (21) C8U
_____              _____
Name (Print)                         Housing Location

49                                   FEB. 23, 2006
_____              _____
Date of Birth        SBI Number      Date Submitted

Complaint (What type of problem are you having)? Without the Benedryl
Delaware Prisons have prescribed to me for approx.
3 years I have an on going, severe, loss of sleep,
itching surfaces and resurfaces without the Benedryl!

Charles F. Cardone                   Feb. 23, 2006
_____              _____
Inmate Signature                     Date

**The below area is for medical use only. Please do not write any further.**

S:


O:    Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____


A:


P:   Periactin 4mg BID PRN X 30d
     ordered. This is on formulary
     Instead of Benadryl


E:


~                                    2/27/06.
_____              _____
Provider Signature & Title           Date & Time

3/1/99 DE01
FORM#:
MED
263

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

_CHARLES F. CARDONE_                    _Bldg (21) C8U_
Name (Print)                              Housing Location

_+9_                                       _3-8-06_
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? _I wish to have CMS_
_prescribe prostamere (SANUS VICtUS CApsules) to lessen_
_the frequency of my urination, especially in the p.m (urination)_
_symptoms; Frequency (high) slow start, do not completely empty bladder...._
                                                            (OVER-)

_Charles F. Cardone_                    _3-9-06_
Inmate Signature                          Date

The below area is for medical use only. Please do not write any further.

S: _3/29/06 - Refer to MMP to determine_
_if Meds are to be ordered_

O:  Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P: _New order - U/A dipstick - for NP OTT_

_Seen by provider on 5/8/06_

E:                                                          _received 3/13/06 not treated_

_____          _____
Provider Signature & Title                Date & Time

**3/1/99 DE01**
FORM#:
**MED**
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): [MEDICAL] DENTAL  MENTAL HEALTH

CHARLES CARDONE
Name (Print)

BLDG (21) C8U
Housing Location

Date of Birth

SBI Number

March 17, 06
Date Submitted

Complaint (What type of problem are you having)? My hands are severely dried out resulting in numerous painful cuts which have become an on going and constant problem. Please provide me with medicated lubricant to counteract my dry, cracking skin on my hands

Charles F. Cardone
Inmate Signature

March 17, 06
Date

The below area is for medical use only. Please do not write any further.

S: You may purchase lotion from the commissary. After taking showers or washing of hands make sure

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A: You moisturize to reduce dryness of skin and discomfort    Medical

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

(17)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

CHARLES F. CARDONE
_____
Name (Print)

Bldg (17) CU 4
_____
Housing Location

~~-49~~
_____
Date of Birth

_____
SBI Number

April 18, 06
_____
Date Submitted

Complaint (What type of problem are you having?) Urination problems ... having to get up numerous times per night to urinate, needing to urinate frequently and/or urgently throughout the day, having trouble starting to urinate ... I wish to try PROSTAMENE II (SANUS VICTUS CAPSULES)

Charles J. Cardone
_____
Inmate Signature

April 18, 2006
_____
Date

The below area is for medical use only. Please do not write any further.

4/20/06

S: Refer to Med Clinic. PM/NI(??)

CCC VTI.

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P: Plse do urine dipstic &
let MD review

E:

_____
Provider Signature & Title

4/20/06
_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_CHARLES F. CARDONE_                     _SHU (17) CU 4_
Name (Print)                              Housing Location

_-49_                                     _May 21, 06_
Date of Birth          SBI Number         Date Submitted

Complaint (What type of problem are you having)? _I have recurring red pus filled pimples and boils. I am requesting CMS to test me for MRSA, which is methicillin-resistant staphylococcus aureus. If it is MRSA, a # of antibiotics are effective. I want to see the diagnosis in black + white._

_Charles F. Cardone_                      _5-21-2006_
Inmate Signature                          Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

_____

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

_____

E: _____

_____

_____

_____                    _____
Provider Signature & Title                      Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

CHARLES F. CARDONE
_Name (Print)_

SHU (17) C U 4
_Housing Location_

- 49
_Date of Birth_

_____
_SBI Number_

May 21, 06
_Date Submitted_

Complaint (What type of problem are you having)? I am in Chronic lower-back pain and I now request Correctional Medical Services to set me up for an 'Upright' Magnetic Resonance Imaging procedure when I am in weight-bearing positions.

Charles F. Cardone
_Inmate Signature_

May 21, 2006
_Date_

**The below area is for medical use only. Please do not write any further.**

S: Sailor - Rifer to MD for H/a and swelling

O:    Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____          _____
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

**DCC  Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/14/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name : CARDONE, CHARLES F** | **SBI#**              : 00098159 | **Institution**    : DCC |
| **Grievance #**    : 45843 | **Grievance Date**   : 06/08/2006 | **Category**      : Individual |
| **Status**         : Unresolved | **Resolution Status :** | **Resol. Date**   : |
| **Grievance Type:** Medical Staff | **Incident Date**       : 06/08/2006 | **Incident Time :** |
| **IGC**            : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier C, Cell 4, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: This grievance is a follow up on the grievance (medical) that I submitted  on 6/7/06... this same PM (evening) CMS employee that has been neglecting to give me all doctor ordered meds since my transfer to SHU 17, now states the doctor has stopped prescribing certain meds. She now gives me my dilantin and Prozac and a small white pill Z/2929, I do not know the name, nor would she tell me. She also refuses to give her name so CMS would know who I am talking about. In the past she has dispensed all my meds in a sporadic way and has even given my meds to a prisoner in U-6 who had to tell her those meds were not his.

**Remedy Requested**       : If a doctor has discontinued my meds, I want to be notified along w/ the M.D.'s name and reason, which she refused to do on all counts. The same meds are still being given to me in the AM call... if what she is saying is true, why does the AM nurse give me the meds that this woman say has been stopped? Please Advise.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 06/14/2006 |
| **Investigation Sent** : 06/14/2006 | **Investigation Sent To**       : Rodweller, Deborah |
| **Grievance Amount :** | |

Page 1 of 2

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/14/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 45843 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Medical Staff | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier C, Cell 4, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Rodweller, Deborah | **Date of Report** 06/14/2006 |

**Investigation Report :**

**Reason for Referring:**

---

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

_Charles F. Cardone_     (17) C U 4

Name (Print)                     Housing Location

~~49~~             6 - 18 - 06

Date of Birth      SBI Number      Date Submitted

Complaint (What type of problem are you having)? _C M S has stopped my pain medications according to the evening nurse who does meds... she refused to give me her name when I asked her. Please give me my pain meds_ ——>OVER

_Charles F. Cardone_        _June 18, 06_

Inmate Signature                   Date

**The below area is for medical use only.  Please do not write any further.**

S: _[handwritten, illegible]_

O:   Temp: _____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

Provider Signature & Title                  Date & Time

3/1/99 DE01

FORM#:

**MED**

263

Give me the name of the doctor
who has stopped issuing my pain meds . . . -

*Exhibit B*

(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

(1) Charles F. Cardone    SBI# 098159
_____(Name of Plaintiff)_____ _____(Inmate Number)_____

DCC, Smyrna, DE 19977
_____(Complete Address with zip code)_____

(2)_____
_____(Name of Plaintiff)_____ _____(Inmate Number)_____

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Warden Thomas Carroll
(2) Correctional Services Medical (csm)
(3) previously First Correct Medical Co.
_____(Names of Defendants)_____

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06-151-KAJ
(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested
YES.

## I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

1: 05-CV-00600    KAJ
1: 05-CV-00536    KAJ

II.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution? •·Yes • •No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? •·Yes • •No

C.   If your answer to "B" is Yes:

1. What steps did you take? _I spoke w/ medical personnel and filed numerous sick call slips + Medical Grievances I wrote in house Letters to Warden_

2. What was the result? _No response from nobody_

D.   If your answer to "B" is No, explain why not: _____

III.   **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Thomas Carroll_

Employed as _Warden_ at _Del. Correct Center_

Mailing address with zip code: _1181 Paddock Road_

_Smyrna, DE 19977_

(2) Name of second defendant: _Correct Services Medical (CSM)_

Employed as _Medical Department_ at _DCC_

Mailing address with zip code: _1181 Paddock Road_

_Smyrna, DE 19977_

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I have contacted Thomas Carrol and CSM through exhaustion of DCC's grievance procedures as well as in house letters by me to the above defendants requesting proper medical care. To date, I have had no response ... despite my 6 inch medical

2. history and treatment records forward to DCC by SCI's medical dept. headed by DR. Roberta Burns, prison shrink and various other SCI medical personnel, CSM (previously First Correct Medical) DCC medical + Warden

3. and his agents continually cause me severe pain, etc. in their refusal to provide proper medical care, pain management, and documented requested diagnostic tests and procedures for me.

## V.   RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Cause DCC and its agents to correct their Constitutional violations of me ... if need be, I want to be awarded compensatory, punitive damages and any other awards deemed proper and necessary by this

2. court so I may have proper medical care. I am in continuing and severe ill health and in severe distress and fear for lack of proper medical care. I constantly fear for my life while being illegally placed

3. in segregation for punishment that is being maliciously and wantonly inflicted on me by Warden Carroll, his agent employees and the medical dept which is an agent of the State of Delaware

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28__ day of __February__ , 2006.

_Charles F. Cardone._
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4