TO: Peter T. Dalleo     Aug. 17, 2006

05-151 (KAJ)

I wrote to the law library here at DCC (Brion Engrem) for Federal Rules of Civil Procedure Forms for Motions to Compel Medical Reports and Motion forms to provide nurses names. Mr. Engrem, who heads the satellite law library for maximum security prisoners, wrote me stating I would have to make up my own form, that he could not provide me with a standard form. Is that acceptable to Delaware District Court, or would you provide me with the aforementioned forms?

I am not asking legal advice... I am requesting Delaware District Court procedure in this particular instance. Please respond,

Charles F. Cardone
SBI #098159-DCC
Bldg (21) C U 3
Smyrna, DE 19977

FILED
AUG 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

* Pete, DCC's Business Office is denying me access to District Court, because I don't have money in my account to send necessary documents to the Court. As an indigent, I'm only allowed 4 39¢ stamps to be used at the beginning of the month. If I send papers to the Court and I've used up my 4 stamps, the mail room sends

my                                                         stamp
on the envelope stating this envelope will not
be mailed because I do not have the necessary
postage in my account to cover the pay to.

                        Please advise, cfc
                        8-17-06

I/M Charles J. Carbone
SBI# 098159    UNIT Bldg (2) CU3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
18 AUG 2006 PM 1 T

*Clerk*
U.S. District Court
844 N. King St., Lock box 18
Wilmington DE
19801