OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2006

TO: Charles F. Cardone
    SBI #098159
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE: Letter dated 8/17/06 requesting legal advice; 06-151(KAJ)**

Dear Mr. Cardone:

    The above referenced letter has been received by this office requesting assistance regarding obtaining motion forms. Be advised that this office is unable to render legal advice and therefore we are unable to assist you. Sample legal form books are available at the prison law library.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

TO: Peter T. Dalleo                               Aug. 17, 2006

(26)

06-151 (KAJ)

I wrote to the law library here at DCC (Brion Engrem) for Federal Rules of Civil Procedure Forms for Motions to Compel Medical Reports and Motion forms to provide nurses names. Mr. Engrem, who heads the satellite law library for maximum security prisoners, wrote me stating I would have to make up my own form, that he could not provide me with a standard form. Is that acceptable to Delaware District Court, or would you provide me with the aforementioned forms?

I am not asking legal advice... I am requesting Delaware District Court procedure in this particular instance. Please respond,

FILED
AUG 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

Charles F. Cardone
SBI #098159-DCC
Bldg 21 C U 3
Smyrna, DE 19977

* Pete, DCC's Business Office is denying me access to District Court, because I don't have money in my account to send necessary documents to the Court. As an indigent, I'm only allowed 4 .39 cents stamps to be used at the beginning of the month. If I send papers to the Court and I've used up my 4 stamps, the mail room sends