August 24, 2006

TO: Clerk of Delaware District Court

RE: Judge Jordon's order dated 2006 Aug 16 AM 10:27
C.A. NO. 06-151-KAJ

Peter,

pursuant to KAJ's order, enclosed is my return of U.S. Marshal-285(s) and complaint (D.I. 2) for service. I just happen to have copies of my complaint so I am forwarding it to you along with 285(s). I am also submitting my motion to include John Rundle as a defendant. As you can see, I am serving Ms. Quinlan w/ this motion for her and this court's consideration. I, as plaintiff, am not submitting this motion to add... because John Rundle waited until July 28, 2006 to decide to enter as an actor in my application for injunctive relief and TRO. He, himself, has entered 06-151 as a defendant on July 28, 2006.

Once again, I am not seeking the clerk's advice in this matter, but, I have submitted (I am submitting) the above motion along w/ 285 s for the court's consideration.

Respectfully,

Charles F. Cardone, Pro Se
SBI #098159

FILED
AUG 28 2006

— I have not served Ms Quinlan w/ this letter...



Charles Cardone, In
SBI No.: 098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RECEIVED
AUG 2 2 2006
Delaware Correctional Center

\*CLERK\*
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE
19801

U.S.M.S.
X-RAY