In the United States District Court
For the District of Delaware

1

Charles F. Cardone,
　　Plaintiff,

v.

Warden Thomas Carroll,
Correctional Medical
Services,
　　Defendants

Civil Act. No. 06-151-KAJ

Jury Trial of Twelve Demanded

FILED
AUG 28 2006
BP scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's Motion To Request Permission to Amend

　　I, Charles F. Cardone, Plaintiff in the above captioned complaint, requests permission to add the name of John Rundle as a Defendant in Plaintiff's request for Preliminary Injunction and Temporary Restraining Order, and presents to the Court as follows:

1. John Rundle, Health Services Administrator for "CMS" at DCC prison in Smyrna, Delaware, states in his Notarized Statement and Affidavit dated July 28, 2006, and submitted to the Court in support of Defendant CMS's Response to Plaintiff Cardone's Motion for TRO, that John Rundle has swore to the Court that he has personal knowledge of the matters set forth herein, i.e., that "Mr. Cardone is currently receiving all medication prescribed to him."

Page 2 of Plaintiff's Motion to Amend in Civ. Act. No. 06-151-KAJ

2

2. That Mr. Rundle took it upon himself in his official and individual capacity as CMS's Health Services Administrator for "CMS", to misrepresent to the Court in his and CMS's sworn statements that "True and correct copies of all relevant medical records have been attached to Defendant's Response to the Motion for Temporary Restraining Order."

3. That John Rundle and CMS's allusions to "correct copies of all relevant medical records" that are, indeed, in the possession of the Court, are clear and convincing evidence that John Rundle and his agent CMS employees have shown, and continue to show, a deliberate indifference to my serious medical needs while continually causing Plaintiff severe physical and mental pain as evidenced by Plaintiff's numerous sick call request forms, provided to the Court by defendants Rundle and "CMS", further denying Plaintiff proper medical care by refusing to timely respond to Plaintiff's numerous sick call requests for treatment.

4. That CMS, Inc., refusing to timely respond to Plaintiff's requests for proper medical care, proper pain management... Defendants' previous and present stoppage of prescribed medications while

→

Page 3 of Plaintiff's Motion to Amend in Civ. Act. No. 06-151-KAJ

3

Plaintiff is constantly in fear for his life awaiting the re-issuing of medications by CMS.

Whereas, Plaintiff asks the Court to grant his motion to include and addend John Rundle as a Defendant in Plaintiff's present and instant motion before the Court... so John Rundle may admit or deny Plaintiff's claims that he and his agent medical care provider ("CMS") are deliberately indifferent to Plaintiff's need for proper medical care.

Charles F. Cardone, Pro se
SBI #098159 - DCC

Dated: August 5, 2006

United States District Court
District of Delaware

4

| | |
|---|---|
| Charles F. Cardone, Plaintiff, v. Warden Thomas Carroll, Correctional Medical Services, Defendants | Civ. Act. No. 06-151-KAJ Jury Trial of Twelve Demanded |

### Certificate of Service

I, Charles F. Cardone, hereby certify that on this date a copy of the attached Motion to Amend was served via first class mail, upon the following:

Amy A. Quinlan
222 Delaware Ave.
P.O. Box 2306
Wilm., DE 19899
Attorney for Defendant ("CMS")

by:
Charles F. Cardone, Pro se
SBI #098159, DCC
Bldg. (21) C U 3
1181 Paddock Road
Smyrna, DE 19977

Dated: August 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-151-KAJ |
| | ) | |
| WARDEN THOMAS CARROLL, and | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
AUG 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

### AFFIDAVIT OF JOHN RUNDLE

I, JOHN RUNDLE, in my capacity as Health Services Administrator for Correctional Medical Services, Inc. ("CMS"), being duly sworn according to law, depose and say on behalf of CMS as follows:

1. I am a resident of the State of Delaware.

2. I am employed by CMS and hold the title of Health Services Administrator. In connection with my position at CMS, I have personal knowledge of the matters set forth herein.

3. I have reviewed the plaintiff's Grievance Reports Nos. 16658, 15152 and 16799 referenced in his Order for Temporary Restraining Order and Preliminary Injunction, which was filed with the Court on June 20, 2006 (D.I. 15).

4. Mr. Cardone is currently receiving all medication prescribed to him.

5. True and correct copies of all relevant medical records have been attached to Defendant's Response to the Motion for Temporary Restraining Order.

JOHN RUNDLE Co. 98-010-0017

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 28 day of July, 2006.

Notary Public
FRANCES P. ROBBINS
NOTARY PUBLIC - DELAWARE
My Commission Expires May 8, 2007

WS01:43 1560v1