IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-151 KAJ |
| | ) |
| WARDEN THOMAS CARROLL, | ) TRIAL BY JURY OF TWELVE DEMANDED |
| CORRECTIONAL SERVICES MEDICAL | ) |
| (formerly known as First Correctional | ) |
| Medical Co.), | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES'
RESPONSE TO PLAINTIFF'S REQUEST BEFORE
THE COURT TO SUBMIT ADDITIONAL, SUPPORTING INFORMATION**

Defendant, Correctional Medical Services ("CMS"), by and through its attorneys, Morris, James, Hitchens & Williams, LLP, hereby responds to Plaintiff's Request Before the Court to Submit Additional, Supporting Information ("the Request") as follows (D.I. 30).

Plaintiff, Charles F. Cardone, filed the Request with the Court on September 6, 2006. The Request does not appear to raise any additional issues of fact or law that were not already addressed in plaintiff's Motion for Preliminary Injunction and Restraining Order (D.I. 15) or in defendant CMS' response thereto (D.I. 22). However, to the extent that the Request is construed as amending plaintiff's prior submissions to the Court, defendant hereby denies any claims of liability and/or causation, including any and all allegations made against defendant CMS and its agents, including John Rundle.

**[SIGNATURE ON FOLLOWING PAGE]**

MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

/s/ Amy A. Quinlan
Amy A. Quinlan (I.D. No. 3021)
222 Delaware Avenue
Wilmington, DE 19801
P.O. Box 2306
Wilmington, DE 19899
Tel: (302) 888-6800
Attorneys for Correctional Medical Services

Dated: Sep 19, 2006

AAQ/111331-0004/1459749/1

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 19th day of September, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANT CORRECTIONAL MEDICAL SERVICES' RESPONSE TO PLAINTIFF'S REQUEST BEFORE THE COURT TO SUBMIT ADDITIONAL, SUPPORTING INFORMATION**

By First Class U.S. Mail to:

Charles F. Cardone (*pro se*)
SBI #098159
DCC
Smyrna, DE 19977

_____
Amy A. Quinlan (#3021)

EVA/111331-0004/1423091/1