IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHARLES F. CARDONE,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　) Civ. No. 06-151-KAJ
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
WARDEN THOMAS CARROLL, et al.,　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　)

**SUPPLEMENTAL SERVICE ORDER**

WHEREAS, plaintiff filed a motion to request permission to amend (D.I. 29) to

add as a defendant, John Rundle, Health Services Administrator;

WHEREAS, "[a] party may amend the party's pleading once as a matter of

course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a), and

to date, a responsive pleading has not been served;

WHEREAS, the court has identified a what appears at this time to be a

cognizable claim within the meaning of 28 U.S.C. § 1915A(b) against additional

defendant John Rundle;

NOW THEREFORE, IT IS HEREBY ORDERED this 13th day of October, 2006

that:

1.　　The clerk of the court shall cause a copy of this order to be mailed to

plaintiff.

2.　　Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided an

**original** "U.S. Marshal-285" form for **the additional defendant John Rundle**.

Additionally, plaintiff shall provide the court with copies of the original complaint (D.I. 2),

the amended complaint (D.I. 21), and the motion to amend complaint to add John Rundle as a defendant (D.I. 29) for service upon the additional defendant.  Plaintiff is notified that the United States Marshal will not serve the complaint and amended complaints until all copies of the complaints have been received by the clerk of the court.

       3.     Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copies of the complaint and amended complaints (D.I. 2, 21, 29) as well as copies of the court's orders dated June 13, 2006 (D.I. 14) and August 18, 2006) (D.I. 23), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the additional defendant identified in the 285 forms.

       4.     Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

       5.     Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent.  If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6.    No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7.    **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous Service Orders entered, and service **will not take place**.  An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8.    **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

_____
UNITED STATES DISTRICT JUDGE

3