# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Charles F. Cardone | COURT CASE NUMBER: 06-151 (KAJ) |
| DEFENDANT: John Rundle | TYPE OF PROCESS: OC |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: John Rundle, Health Services Administrator, CMS, DCC

**AT** ADDRESS: 245 McKee Rd. Dover DE 19904

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles F. Cardone
SBI # 098159-DCC
Bldg - 21 CU3
1181 Paddock Rd., Smyrna DE 19977

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

In Forma Pauperis { CIV. ACT. No. 06-151-KAJ }

Signature of Attorney or other Originator requesting service on behalf of: Charles F. Cardone Pro SE
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 8-24-06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Signature of Authorized USMS Deputy or Clerk: BF
Date: 10-18-06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 11/29/06
Signature of U.S. Marshal or Deputy: BF

FILED NOV 30 2006 DISTRICT OF DELAWARE

**REMARKS:** No one by that name at this location. Ret. Unex.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)