IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-151 KAJ |
| | ) |
| WARDEN THOMAS CARROLL, | ) TRIAL BY JURY OF TWELVE DEMANDED |
| CORRECTIONAL SERVICES MEDICAL | ) |
| (formerly known as First Correctional | ) |
| Medical Co.) and JOHN RUNDLE, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF
OF DEFENDANT JOHN RUNDLE**

PLEASE ENTER THE APPEARANCE of Amy A. Quinlan, Esquire, on behalf of the defendant, John Rundle, in the above-captioned matter. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service or statute of limitations defenses which may be available.

MORRIS JAMES LLP

_/s/ Amy A. Quinlan_
Amy A. Quinlan (ID # 3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendants CMS and John Rundle

Dated: Dec 1, 2006

EVA/111331-0004/1490109/1

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 1st day of December, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF OF DEFENDANT JOHN RUNDLE**

By First Class U.S. Mail to:

Charles F. Cardone (*pro se*)
SBI #098159
DCC
Smyrna, DE 19977

Amy A. Quinlan (#3021)