In the United States District Court
District of Delaware

Charles F. Cardone,
    Plaintiff,

v.

Warden Thomas Carroll,
Correctional Services Medical
(formerly known as First
Correctional Medical Co.) and
John Rundle,
    Defendants.

C.A. No. 06-151-KAJ

Trial By Jury of Twelve Demanded

FILED
DEC 11 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion Before The Court To Enter Corrections of Above Named Defendants

Please Enter these Corrections:

1. Correctional Medical Services, Inc., ("CMS") is the corrected form of the above named defendant and is the, at present, Delaware Correctional Center's inmates medical care provider...

2. Lastly, the above named defendant, First Correctional Medical Co. is not, for the purposes of the above Civil Action No. 06-151 KAJ, formerly known as Correctional Services Medical, nor, the corrected form, Correctional Medical Services, Inc..

the Plaintiff prays this Court to enter these corrections...

Page 2 of:

Motion Before the Court To Enter Corrections of Above Named Defendants in C.A. No. 06-151 KAJ

by:

Charles F. Cardone, pro se
SBI #098159-DCC
Bldg. (18) BL12
1181 Paddock Road
Smyrna, DE 19977

Dated: December 6, 2006

<u>Certificate of Service</u>

3

I, <u>Charles F. Cardone</u>, hereby certify that on this <u>7th</u> of December, 2006, I have caused <u>2</u> copies the following documents to be served on the parties listed below:

<u>Motion Before the Court to Enter Corrections of Above Named Defendants in C.A. No. 06-151 KAJ</u>

<u>By First Class U.S. Mail to:</u>

— Parties #1 —

Morris James LLP
Amy A. Quinlan
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
Attorneys for Defendants CMS
and John Rundle

<u>by:</u>

Charles F. Cardone pro se
SBI #098159-DCC
Bldg (18) BL12
1181 Paddock Road
Smyrna, DE
19977

— Party #2 —

Attny Gen'l, State of Delaware
820 N. French St
Wilmington, DE 19801
Attorney for Warden Carroll

<u>Dated: December 7, 2006</u>

I/M Charles T Cadme
SBI# 098159  UNIT BL4(18)BL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Attn:
Peter Dalleo

U.S. District Court
844 King St., Lockbox 18
Wilmington DE
19801