TO: Clerk of U.S. District Court, Delaware
RE: Supplemental Service Order in re Civ. No. 06-151-KAJ, dated Oct. 13, 2006

Sir:

Enclosed is the copies of the original complaint (D.I.2), and the motion to amend complaint to add John Rundle as a defendant (D.I.29). As to (D.I.21) I have no copies to provide the court for service upon the additional defendant. — You will provide (D.I.21) to the court after you notify me of the cost of copying (D.I.21) to provide the court upon receiving a check from this prison's business office reflecting payment to the court for your copy fees. This check will be in the amount that you (the court) states to me to provide the court one copy of the above (D.I.21) in re Civ. No. 06-151-KAJ, dated Oct. 13, 2006, Supplemental Service Order. — Lastly, I do not remember sending the court a U.S. Marshal-285 for John Rundle, so, please provide me with verification. I have a waiver of service from John Rundle... but, I still have no recollection of sending the court that Marshal form. — One final note... is the filing fee for these 1983s still $250.00, or has it shot up to $350.00 as stated in recent paperwork I have received from the court? I pray the above is satisfactory, thank you,

Charles F. Cantone
SBI# 098159



I/M Charles Z. Carbone
SBI# 098159  UNIT Bldg (B) BL 12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

* Happy Holidays!

Office of the Clerk
U.S. District Court, Delaware
844 N. King St., Lockbox 18
Wilmington, DE 19801

U.S.M.S. X-RAY
1980

Poor. spio