IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-151-*** |
| ) | |
| WARDEN THOMAS CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS CORRECTIONAL MEDICAL SERVICES, INC.
AND JOHN RUNDLE TO DISMISS PLAINTIFF'S COMPLAINTS**

COMES NOW, Correctional Medical Services, Inc. ("CMS") and John Rundle, by and through their undersigned counsel, and respectfully moves this Honorable Court to enter an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing plaintiff's complaints for failure to state a claim upon which relief can be granted. In support of this Motion, CMS and John Rundle offer the memorandum in support filed contemporaneously herewith.[1]

MORRIS JAMES LLP

_____
Amy A. Quinlan (I.D. No. 3021)
P.O. Box 2306
Wilmington, DE 19899
Tel: (302) 888-6800
Attorneys for Defendants Correctional Medical Services, Inc. and John Rundle

Dated: Dec. 18, 2006

---

[1] CMS and John Rundle waive their right to file an Opening Brief and submit this Motion and Memorandum in lieu thereof pursuant to Local Rule 7.1.2. However, CMS and John Rundle reserve the right to file a Reply Brief.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-151-*** |
| | ) | |
| WARDEN THOMAS CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion of Defendants, Correctional Medical Services, Inc. and John Rundle, to dismiss plaintiff's complaints, and plaintiff's response thereto, it is hereby Ordered that the Motion is Granted and judgment is entered in favor of the defendants, Correctional Medical Services, Inc. and John Rundle and against plaintiff.

SO ORDERED.

_____
JUDGE

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 18th day of December, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**MOTION OF DEFENDANTS CORRECTIONAL MEDICAL SERVICES, INC. AND JOHN RUNDLE TO DISMISS PLAINTIFF'S COMPLAINTS**

By First Class U.S. Mail to:

Charles F. Cardone (*pro se*)
SBI #098159
DCC
Smyrna, DE 19977

_____
Amy A. Quinlan (#3021)