## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES R. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-151-*** |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of State Defendant Warden Thomas L. Carroll. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendant. The State Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stacey Xarhoulakos
        Deputy Attorney General,
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        stacey.xarhoulakos@state.de.us

Dated: December18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on December 18, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us