## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES R. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-151-*** |
| | ) |
| WARDEN THOMAS CARROLL, | ) Jury Trial Requested |
| CORRECTIONAL MEDICAL SERVICES | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT WARDEN THOMAS CARROLL'S
### MOTION TO DISMISS PURSUANT TO RULES
### 12 (B)(1) AND 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW, the Defendant, Warden Thomas Carroll, by and through undersigned counsel, and hereby respectfully requests that this Honorable Court enter an Order, pursuant to Rules 12(b)(1) and 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the moving Defendant. In support of this motion to dismiss, the Defendant has filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

                                        **DEPARTMENT OF JUSTICE**
                                        **STATE OF DELAWARE**


                                          _____**/s/ Stacey Xarhoulakos**_____
                                          Stacey Xarhoulakos, # 4667
                                          Deputy Attorney General
                                          Department of Justice
                                          Carvel State Building
                                          820 N. French Street, 6th Floor
                                          Wilmington, De 19801
                                          (302) 577-8400

Dated: December 18, 2006                Attorney for Defendant Thomas Carroll

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES R. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-151-*** |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon Defendant Warden Thomas Carroll's Motion To Dismiss pursuant to Federal Rule Of Civil Procedure 12 (b)(1) and 12(b)(6) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Complaint filed in the above-captioned action is **DISMISSED WITH PREJUDICE** as to Defendant Warden Thomas Carroll.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed *Defendant Carroll's Motion to Dismiss* with the Clerk of Court using CM/ECF.  I hereby certify that on December 18, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us