IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, <br><br>      Plaintiff, <br><br>v. <br><br>WARDEN THOMAS CARROLL, et al., <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 06-151-*** <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**PLEASE TAKE NOTICE** that, effective immediately, the law firm of Morris, James, Hitchens & Williams LLP has changed its name and address as follows:

**DELIVERY ADDRESS**
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

**MAILING ADDRESS**
Morris James LLP
PO Box 2306
Wilmington, DE 19899-2306

The firm's telephone numbers, facsimile numbers and email addresses will remain the same.

MORRIS JAMES LLP

/s/ Amy A. Quinlan
Amy A. Quinlan (I.D. #3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 20th day of December, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

By First Class U.S. Mail to:

Charles F. Cardone (*pro se*)
SBI #098159
DCC
Smyrna, DE  19977

_____
Amy A. Quinlan (#3021)

TAO/111331-0004/1498205/1