To: Clerk, DE District Court

July 18, 2007

06-151

Sir or Madam:

Per my prison account statement the following amounts were deducted from my account: ① On June 8, 2007, $28.00 (Twenty Eight Dollars) with a transaction number of 440920 used by this prisons Business Office for identification purposes on my account statement; ② On July 12, 2007, $16.83 (Sixteen Dollars eighty three cents) was deducted from my account with a transaction number of 455952; ③ $21.44 (Twenty One Dollars forty four cents) with a transaction number of 450879...

allow me to clarify: June 8, 2007 - $28.00
July 12, 2007 - 16.83

Your SOP, previously, has been to provide me your notice of receipts of my monies sent to you. To date, I do not have your receipts, please send them to me.

Sincerely,
Charles F. Cardone
SBI #098159-DCC
Unit 18 BL12
Smyrna, 19977



FILED
JUL 26 2007
US DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

**Individual Statement**
**From June 2007 to July 2007**

Page 2 of 2

Date Printed: 7/16/2007

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | Beginning Month Balance: | $160.37 | |
| Current Location: 18 | | | | | Ending Month Balance: | $0.00 | |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($1.65) | $49.78 | 447511 | | | |
| Canteen | 6/26/2007 | ($14.43) | $0.00 | $0.00 | $35.35 | 447645 | | | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.41) | $35.35 | 449601 | | | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.41) | $35.35 | 449602 | | | |
| Legal | 7/3/2007 | $0.00 | $0.00 | ($21.44) | $35.35 | 450879 | | 6/15/07 | US DISTRICT COURT |
| Canteen | 7/3/2007 | ($14.52) | $0.00 | $0.00 | $20.83 | 451056 | | | |
| Pay-To | 7/11/2007 | ($2.00) | $0.00 | $0.00 | $18.83 | 455374 | | 6/12/07 | DST COPIES |
| Pay-To | 7/11/2007 | ($2.00) | $0.00 | $0.00 | $16.83 | 455376 | | 6/12/07 | DST COPIES |
| Legal | 7/12/2007 | ($16.83) | $0.00 | ($4.61) | $0.00 | 455952 | | | US DISTRICT COURT |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: ($4.61)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($2.47)

*I have provided these statements for your consideration. Please return them with the appropriate receipts. CC 7-18-07

Date Printed: 7/16/2007

**Individual Statement**
**From June 2007 to July 2007**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | Beginning Month Balance: | $160.37 | |
| Current Location: | 18 | | Comments: | | Ending Month Balance: | $0.00 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.31) | $160.37 | 436367 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($2.16) | $160.37 | 436408 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($2.16) | $160.37 | 436409 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.41) | $160.37 | 436454 | | 5/15/07 | |
| Pay-To | 6/1/2007 | ($6.75) | $0.00 | $0.00 | $153.62 | 436602 | | DST COPIES | |
| Pay-To | 6/1/2007 | ($1.25) | $0.00 | $0.00 | $152.37 | 436604 | | DST COPIES | |
| Pay-To | 6/1/2007 | ($1.50) | $0.00 | $0.00 | $150.87 | 436605 | | DST COPIES | |
| Pay-To | 6/1/2007 | ($1.50) | $0.00 | $0.00 | $149.37 | 436608 | | DST COPIES | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $148.02 | 437565 | | 4/25/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $147.39 | 437647 | | 4/22/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $147.00 | 437648 | | 4/23/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.11) | $0.00 | $0.00 | $145.89 | 437688 | | 5/6/07 | |
| Supplies-MailPosta | 6/1/2007 | ($3.27) | $0.00 | $0.00 | $142.62 | 437768 | | 5/1/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.65) | $0.00 | $0.00 | $140.97 | 437868 | | 5/14/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.65) | $0.00 | $0.00 | $139.32 | 437875 | | 5/14/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.31) | $0.00 | $0.00 | $138.01 | 438003 | | 5/17/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.16) | $0.00 | $0.00 | $135.85 | 438027 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.16) | $0.00 | $0.00 | $133.69 | 438028 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.41) | $0.00 | $0.00 | $133.28 | 438050 | | 5/15/07 | |
| Canteen | 6/5/2007 | ($12.13) | $0.00 | $0.00 | $121.15 | 438597 | | | |
| Canteen | 6/5/2007 | ($2.32) | $0.00 | ($0.41) | $118.83 | 439052 | | | |
| Supplies-MailPosta | 6/8/2007 | $0.00 | $0.00 | $0.00 | $118.83 | 440635 | | 5/27/07 | |
| Pay-To | 6/8/2007 | ($3.75) | $0.00 | $0.00 | $115.08 | 440709 | | DST/COPIES | |
| Pay-To | 6/8/2007 | ($2.25) | $0.00 | $0.00 | $112.83 | 440710 | | DST/COPIES | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($28.00) | $112.83 | 440889 | | 6/07 | |
| Legal | 6/8/2007 | ($28.00) | $0.00 | $0.00 | $84.83 | 440920 | | 6/07 | |
| Canteen | 6/12/2007 | ($14.79) | $0.00 | $0.00 | $70.04 | 441130 | | | |
| Canteen | 6/19/2007 | ($14.85) | $0.00 | $0.00 | $55.19 | 444594 | | | |
| Pay-To | 6/21/2007 | ($2.00) | $0.00 | $0.00 | $53.19 | 446641 | | DST COPIES | |
| Pay-To | 6/21/2007 | ($3.00) | $0.00 | $0.00 | $50.19 | 446642 | | DST COPIES | |
| Supplies-MailPosta | 6/21/2007 | ($0.41) | $0.00 | $0.00 | $49.78 | 446649 | | 5/27/07 | |

IM Charles Z. Cordero
SBI# 098159 UNIT 18 B-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

* CLERK *
U.S. District Court
844 King St., Lockbox 18
Wilmington DE
19801-3570