OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

TO: Charles F. Cardone
    SBI #098159
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE:  Request for Account Summary; 06-151(\*\*\*)*

Dear Mr. Cardone:

   This office received a letter from you requesting your account summary in the above-mentioned case. Enclosed is your account summary per the financial administrator.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK


cc: The Honorable Mary Pat Thynge
enc: Account Summary

CHARLES F. CARDONE V. CARROLL, ET AL.

CA 06-151
CASE #8

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 3/16/2006 | | | | 250 |
| 6/1/2006 | 5100PL | 143647 | 70.16 | 179.84 |
| 1/23/2007 | 5100PL | 146156 | 28 | 151.84 |
| 3/13/2007 | 5100PL | 146815 | 28 | 123.84 |
| 4/9/2007 | 5100PL | 147155 | 28 | 95.84 |
| 6/14/2007 | 5100PL | 147876 | 28 | 67.84 |
| 7/16/2007 | 5100PL | 148210 | 7.84 | 60 |
| 7/16/2007 | 0869PL | 148210 | 8.99 | 51.01 |