OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 17, 2007

TO: Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

**RE:   Letter Received Dated 8/14/07
CA 05-536 JJF
CA 06-151 JJF
CA 06-152 JJF**

Dear Mr. Cardone:

     The above referenced letter has been received by this office requesting a copy of Judge Farnan's dismissal order dated 3/8/07, (DI# 51 in CA 06-151).  Please find a copy enclosed.

     Your letter also mentioned that you sent a letter to Judge Thynge dated 8/7/07 requesting a 90-day extension in the above three cases.  Please be advised that the Clerk's office has not yet received this letter.

     Be sure that all of your correspondence with the Court is submitted through the Clerk's office and <u>not</u> sent directly to Judge's Chambers.  Also, be sure to serve a copy of all correspondence upon opposing counsel.

     I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc
enc.