**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-536-*** |
| | : | Civil Action No. 05-600-*** |
| CORRECTION OFFICER HAMMOND, | : | CONSOLIDATED |
| et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-151-*** |
| | : | |
| WARDEN THOMAS CARROLL, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-152-*** |
| | : | |
| POLICE CHIEF KEITH BANKS, et al., | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

At Wilmington, Delaware, this **10**th day of **October, 2007.**

Plaintiff, having timely requested of this court on August 33, 2007, a ninety

(90) day extension to re-file the above-captioned matters and no object having been raised

by any defendant,

IT IS ORDERED that plaintiff's request for additional time in which to re-file

the above-captioned matters is granted.  As a result, the Order of March 6, 2007 is modified only as to the time in which leave to re-file is allowed and Plaintiff shall have until **Monday, December 10, 2007**.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE