Dec. 2, 2007

TO: Pro se Law Clerk
RE: RE-~~OPENING~~ Civil Actions NOS.:

FILED
DEC - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CA-05-536-JJF
CA-06-151-JJF
CA-06-152-JJF

FROM: Plaintiff Charles F. Cardone

Take Notice of this submission to the district court and opposing and representative counsels in the above CA#'s, that plaintiff Cardone (P) submits to the court P's notice to re-open P's civil actions and that upon P's request to the clerk of this court and Brian Engrem, DCC's paralegal in DCC's law library, for proper and necessary forms that DE District Court may require that P use the forms in P's reopening these civil actions. Should this court notify "P" that this notice to refile shall suffice, so be it. Please advise "P" because the court deadline for P to refile is Dec. 10, 2007.

Respectfully submitted,
Charles F. Cardone
SBI # 098159

CC: Amy Quinlan
Daniel A. Griffith
Daniel L. McKenty
Stacey Xarhoulakos

* It took 8 days for SHU Law Library paralegal to respond... he then forgot to return my original w/ my copies... cfc
12-2-07

Nov. 22, 07

Brian — please provide 7 copies of my enclosed Notice to Reopen ... if proper forms are required by District Court to reopen and/or refile please send me some ... if proper forms are not required I am to understand my handwritten notice shall be deemed proper.

thank,

Charles F. Carbone
SBI #098159
18 CU 12

RECEIVED
NOV 29 2007
SHU LAW LIBRARY

Sent: Photocopies — 1x7=7 pgs

BE
11-30-07

* He did not send my original back to me, so here is my handwritten request to re-file and I have CC'd opposing counsel. cfc

12-2-07

IM Charles T. Carbone
SBI# 098159 UNIT 18-C412
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

*Pro se law Clerk*

U.S. District Court
844 King St.,
Wilmington
DE
19801