TO: DE District Court                          DEC. 16, 07

- I sent the clerk my letter dated July 1,'07, requesting the status of my petition for pre-liminary Injunction/TRO-06-646... my records (yeah, I hear 4 snickering) show no response by the clerk, please advise ... I sent another status request to pro'se law clerk, no response ... please advise... (July 29,'07) ... I sent another letter, dated Nov. 2,'07... no response? Please advise ... Has the Court received my requests, dated Dec. 2, 07, to reopen my cases? ...

{ 06-151
  06-152
  06-646 }

* Appealing to 3rd Cir.

Please advise,

Charles F. Carlone
SBI #098159
Smyrna Prison

in re: 06-151
        06-152
        06-646



RECEIVED
DEC 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Charles J. Carson

SBI# 098159 UNIT (17) 849

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Pro se
Law Clerk

Legal Mail

* * Happy Holidays * *

U.S. District Court —
844 King St., Lockbox 18
Wilmington
DE
19801

19801#3519 C012

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 00.410
DEC 17 2007
MAILED FROM ZIP CODE 19977