OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 19, 2007

TO:  Charles Francis Cardone
     SBI# 098159
     Delaware Correctional Center
     1182 Paddock Road
     Smyrna, DE 19977

     *RE:* **Letter Received Dated 12/16/07**
          **CA 06-151 JJF-MPT**
          **CA 06-152 JJF-MPT**
          **CA 06-646 GMS**

Dear Mr. Cardone:

     This office received a letter from you requesting the status of your cases.  Your cases are pending before the Court.  You will be advised by the Court as to further developments in your case.

     Also, please remember that in order for your documents to be acceptable for filing, they must be served upon opposing counsel, and you must indicate that proof of service was made on your documents.

     I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

                              PETER T. DALLEO
                              CLERK

/rwc
cc:  The Honorable Gregory M. Sleet
     The Honorable Joseph J. Farnan, Jr.
     The Honorable Mary Pat Thynge
     Pro Se Law Clerk