IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-536-JJF-MPT |
| : | Civil Action No. 05-600-JJF-MPT |
| CORRECTION OFFICER HAMMOND, : | CONSOLIDATED |
| et al., : | |
| : | |
| Defendants. : | |
| CHARLES F. CARDONE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-151-JJF-MPT |
| : | |
| WARDEN THOMAS CARROLL, et al., : | |
| : | |
| Defendants. : | |
| CHARLES F. CARDONE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-152-JJF-MPT |
| : | |
| POLICE CHIEF KEITH BANKS, et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington, Delaware, this 20th day of **December, 2007.**

Plaintiff, having timely moved to reopen/refile the above-captioned matters,

IT IS ORDERED that plaintiff's motions to reopen civil actions are **granted**. (Civ. Action Nos. 05-536-JJF-MPT, D.I. 119; 06-151-JJF-MPT, D.I. 61; 06-152-JJF-MPT, D.I. 33) Plaintiff shall have **thirty (30) days** from the date of this order to file any material

relevant to the reopening/refiling of the above-referenced cases.

_____
UNITED STATES MAGISTRATE JUDGE