In the United States District Court
for the State of Delaware

Charles Cardone,
  Plaintiff,
v.
Warden Thomas Carroll,
Correctional Medical
Services, Inc.,
  Defendants

C. A. No: 06-151- -JJF

FILED
JAN -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3 copies

Motion For Appointment of Counsel

Plaintiff offers the following in support of his motion to the Court to appoint counsel:

1. the complexity of federal civil law...

2. the difficulty in conducting discovery while incarcerated...

3. the complex nature of the issues involved in this claim...

4. the lack of education in law which would impair my ability to prepare a legal claim---

5. that plaintiff provides, for the court's consideration in this instant motion to appoint counsel, several refusals of plaintiff's requests of representation of private attorneys.

3 copies

In the United States District Court
For the State of Delaware

Charles F. Cardone,
  Plaintiff,

v.

Warden Thomas Carroll,
Correctional Medical
Services, Inc.,
  Defendants

C.A. No.:

06-151- ~~***~~ -JJF

Motion For Appointment of Counsel

Whereas, plaintiff requests the Court to grant plaintiff's motion for appointment of counsel

by:
Charles Cardone, pro se
SBI# 098159-DCC
* ~~Unit 18-BL12~~
1181 Paddock Rd
Smyrna, DE 19977

Dated: ~~June 10, 2007~~      *Unit (17) BU 9
Jan. 5, 2008

"3 copies"

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury, I have handed this <u>Motion for Appointment of Counsel</u> to a DCC Correctional Officer to place in DCC's mail system on ~~June~~, 2007, to be sent to: Jan. 5, 2008

<u>Amy Arnott Quinlan</u> — New Counsel:
Morris James LLP
500 Delaware Ave, ~~Suite 1500~~
P.O. Box 2306
Wilm. DE 19899-2306

James E. DRNEC, ESQ.
711 King St.,
Wilm. DE, 19801

and

~~Stacey Xarhoulakos~~ New DAG: Erika Y. Tross
Dept. of Justice
820 N. French St., 8th Flr
Wilm. DE 19801

by:
Charles Cardone, pro se
SBI# 098159 - DCC

Dated: ~~June 10, 2007~~
January 5, 2008

06-151-JJF

Legal Mail

IM Charles P. Carbone
SBI# 098159   UNIT (17) B49
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

06-151-JJF

* Pro se Intake Clerk *
U.S. District Court
844 King St.
Wilmington, DE 19801

Pour-mia