TO: DE District Court Judges and/or Clerk 1-22-08

RE: Pending civil actions - '05-536-JJF
'06-151-JJF
'05 or '06-152-JJF

FILED
JAN 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

Dear Sirs and Madames:

I am advising the Courts that I am awaiting copies of interrogatories from our SHU Law Library in re the above 3 civil actions... I misplaced the letter that was forwarded to me stating I had 30 days to submit paperwork for the above civil actions after I was given the OK to re open/refile these civil actions... I expect these copies any day and I plan on submitting these interrogatories to the Court and opposing Counsel this week or, at the lastest, the week of the 27th of January, beginning of Feb. '08. I am also advising the Court/Clerk that since the cold weather and cold Temperatures set in last week, my cell and the other 23 cells on this unit are being kept so cold, it is damn near impossible to write or do anything other than to stay wrapped up in our blankets. the guards don't want to hear any complaints because they spend as little time as possible "on the tier"! these cells are kept ice cold on an on going basis. the LT.'s (building officers and Sargeants) walk around in heavy coats telling us to not block the cold air coming out of our vents! this is cruel and unusual punishment and needs to be addressed by you Feds!

Cat # E

INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: CARDONE, CHARLES SBI #: [illegible]
HOUSING UNIT: [illegible] DATE: [illegible] TIME: [illegible] Page 1 of 1

| ITEM# | ITEM | DESCRIPTION/MAKE, MODEL & SERIAL # | SP/PP | QTY | Condition P/F/G |
|---|---|---|---|---|---|
| 1 | STRIPS OF SHEET | STRIPS OF SP (SHEET) | SP | | POOR |

Respectfully Submitted,
Charles F. Cardone
SBI # 098159

W. BECKLES — 8X4
Officer Inventorying Property Name (Print Clearly) — Shift — Officer Inventorying Property Signature

James Satterfield — [illegible]
Supervisor Reviewing Documentation (Print Clearly) — Shift — Supervisor Reviewing Documentation Signature

this Unit 17 houses 4 different wings – A wing, B, C, and D wing... my wing is B wing and it is ice cold w/ ice cold air coming out of our individual cell vents. Help!!!

I/M Charles F. Cardone
SBI# 098159 UNIT 17 • BU9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.41⁰
0004608975 JAN 24 2008
MAILED FROM ZIP CODE 19977

* Please Expedite!

U.S. District Court
844 King St.,
Wilmington
DE
19801

Pow-mia

19801$3519 C012