TO: DE District Court
RE: Civil actions: 05-536-JJF
                    06-151-JJF
                    06-152-JJF

Jan. 25, 2008

FILED
JAN 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

As to my following civil actions pending in your Court: 05-536, 06-151 and 06-152-JJF, I am, at this present date, attempting to serve the Court and opposing counsel interrogatories. Because of the weight per postal envelope, I must send these envelopes to this prison's business office to weigh, meter, and ultimately deduct from my prison account, monies to pay for these mailings. This process takes 1 week, 2 weeks, and as much as 2 months to complete as evidenced by my inmate account summaries in my possession. I, as an inmate, have no control over the lengthy time involved in processing this legal mail. Having stated the above, do not dismiss the above actions for untimely adhereance to your Honor's Court orders. Thank you, and I persevere in filing papers with the Honorable Court.

CC: Stacey Xarkoulakos
    Daniel Griffith
    Daniel McKenty

Respectfully submitted,

Charles F. Cardone
SBI #098159
Smyrna Prison

IM Charles F. Cordone
SBI# 098159  UNIT 17-Bud
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
SOUTH JERSEY NJ 080
26 JAN 2008 PM 5 L

U.S. District Court
844 King St.,
Wilmington
U.S.M. DE
X-1980 1