OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 5, 2008

TO: Charles F. Cardone
SBI #098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:** **Letter to Clerk regarding Status, 05-600; 05-536; 06-151; 06-152; 06-177 and 06-646**

Dear Mr. Cardone:

A current summary of payments received and docketed in the above-mentioned cases is enclosed for your reference.

I trust that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

enc: Financial Ledger

PRISONER LITIGATION LEDGER

### CHARLES F. CARDONE V. DE DEPT CORR, GHILL

CA 00-118-RRM
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 2/24/2000 | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |

### CARDONE V. WILLIAMS, HOWARD, MINNER

CA 02-1609-MPT
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/5/2002 | | | | 150 |
| 11/15/2002 | 5100PL | 133240 | 90 | 60 |
| 11/15/2002 | 5100PL | 133240 | 60 | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |

### CARDONE C. KEARNEY

CA 03-514-KAJ
CASE #3

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 6/23/2003 | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |
| | | | | 150 |

### CARDONE V. HAMMOND, ETAL

CA 05-536-KAJ
CASE #4

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 8/5/2005 | | | | 250 |
| 10/28/2005 | 5100PL | 141019 | 20.10 | 229.90 |
| 3/16/2006 | 5100PL | 142747 | 169.9 | 60.00 |
| 3/16/2006 | 0869PL | 142747 | 60 | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |

### CHARLES F. CARDONE V. BAKER ET AL

CA 05-600
CASE #5

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 8/25/2005 | | | | 250 |
| 2/28/2006 | PL5100 | 142573 | 190 | 60 |
| 2/27/2006 | PL0869 | 142573 | 60 | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |

### CHARLES F. CARDONE V. RYAN, ET AL.

CA 06-177
CASE #6

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 3/23/2006 | | | | 250 |
| 6/1/2006 | 5100PL | 143647 | 70.16 | 179.84 |
| | | | | 179.84 |
| | | | | 179.84 |
| | | | | 179.84 |
| | | | | 179.84 |
| | | | | 179.84 |
| | | | | 179.84 |
| | | | | 179.84 |

### CHARLES F. CARDONE V. BANKS, ET AL.

CA 06-152
CASE #7

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 3/16/2006 | | | | 250 |
| 6/1/2006 | 5100PL | 143647 | 70.16 | 179.84 |
| 11/5/2007 | 5100PL | 149466 | 28.16 | 151.68 |
| 1/17/2008 | 5100PL | 150387 | 38 | 113.68 |
| | | | | 113.68 |
| | | | | 113.68 |
| | | | | 113.68 |
| | | | | 113.68 |
| | | | | 113.68 |

### CHARLES F. CARDONE V. CARROLL, ET AL.

CA 06-151
CASE #8

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 3/16/2006 | | | | 250 |
| 6/1/2006 | 5100PL | 143647 | 70.16 | 179.84 |
| 1/23/2007 | 5100PL | 146156 | 28 | 151.84 |
| 3/13/2007 | 5100PL | 146815 | 28 | 123.84 |
| 4/9/2007 | 5100PL | 147155 | 28 | 95.84 |
| 6/14/2007 | 5100PL | 147876 | 28 | 67.84 |
| 7/16/2007 | 5100PL | 148210 | 7.84 | 60 |
| 7/16/2007 | 0869PL | 148210 | 8.99 | 51.01 |
| 8/8/2007 | 0869PL | 148454 | 21.17 | 29.84 |
| 11/5/2007 | 0869PL | 149465 | 29.84 | 0 |

### CHARLES F. CARDONE V. HAMMOND.

CA 05-536/05-600 CONSOLIDATED
APPEAL No. 06-2358

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 5/31/2006 | | | | 255 |
| 7/27/2006 | 5100PL | 144204 | 33 | 222 |
| 9/15/2006 | 5100PL | 144769 | 28 | 194 |
| 12/14/2006 | 5100PL | 145676 | 28 | 166 |
| | | | | 166 |
| | | | | 166 |
| | | | | 166 |
| | | | | 166 |
| | | | | 166 |

### CHARLES F. CARDONE V. RAYN ET AL.

USDC CA 06-177
APPEAL 06-3338

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 9/6/2005 | | | | 455 |
| | | | | 455 |
| | | | | 455 |
| | | | | 455 |
| | | | | 455 |
| | | | | 455 |
| | | | | 455 |
| | | | | 455 |
| | | | | 455 |

### CHARLES F. CARDONE VS. CARROLL, ET AL.

CA 06-646-KAJ
CASE #11

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 10/26/2006 | | | | 350 |
| 8/8/2007 | 5100PL | 148454 | 21.44 | 328.56 |
| | | | | 328.56 |
| | | | | 328.56 |
| | | | | 328.56 |
| | | | | 328.56 |
| | | | | 328.56 |
| | | | | 328.56 |
| | | | | 328.56 |

### CHARLES F. CARDONE VS. CARROLL, ET AL.

CA 06-646-KAJ
USCA 07-4424

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 12/28/2007 | | | | 455 |
| 1/2/2008 | PER USCA ORDER | | 455 | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |