IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-536 JJF-MPT |
| | : | C.A. No. 05-600 JJF-MPT |
| CORRECTION OFFICER HAMMOND, ET AL., | : | CONSOLIDATED |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-151 JJF-MPT |
| | : | |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| | : | |
| WARDEN THOMAS CARROLL, ET AL., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-152 JJF-MPT |
| | : | |
| v. | : | |
| | : | |
| POLICE CHIEF KEITH BANKS, ET AL., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS CORRECTIONAL MEDICAL SERVICES, INC.
AND JOHN RUNDLE'S SUBSTITUTION OF COUNSEL
(JAMES DRNEC FOR AMY QUINLAN)**

James E. Drnec hereby enters his appearance on behalf of the Defendants, Correctional Services Medical (correctly known as Correctional Medical Services) and John Rundle, in substitution of Amy A. Quinlan.

--SIGNATURES ON NEXT PAGE--

BALICK & BALICK

_/s/_

James E. Drnec (#3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorneys for Defendants CMS and Rundle


MORRIS JAMES LLP

_/s/_

Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-686
Attorneys for Defendants CMS and Rundle

Dated:

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 5th day of March 2008, the foregoing Substitution of Counsel was filed with LexisNexis and served upon the following via the manner indicated:

**FIRST CLASS MAIL**  Charles F. Cardone
SBI# 098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**CM/ECF FILING**  Stacey Xarhoulakos, Esquire
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

Daniel A. Griffith, Esquire
Whiteford, Taylor & Preston, L.L.C.
1220 N. Market Street, Suite 608
Wilmington, DE 19801

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)