# BALICK & BALICK LLC
### ATTORNEYS

March 5, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA CM/ECF FILING**
The Honorable Mary Pat Thynge
United States District Court
 for the District of Delaware
844 North King Street, Lockbox 8
Wilmington, DE 19801

    Re:    *Cardone v. Carroll, et al.*
             *C.A. No.06-151 JJF-MPT*

Dear Magistrate Judge Thynge:

    I represent the defendants Correctional Medical Services, Inc. and John Rundle in the above-referenced matter, having recently substituted for Amy A. Quinlan, Esquire. On February 6, 2008, Stacey Xarhoulakos, Esquire wrote to the Court on behalf of defendant Warden Carroll to request dismissal of this case based on Plaintiff's repeated and unexplained failure timely to comply with Court-ordered deadlines. (D.I. 71). CMS and Mr. Rundle respectfully join that request.

    If any matter addressed herein raises any question or concern, I remain available at the call of the Court.

                                             Respectfully submitted,

                                             James E. Drnec
                                             (ID # 3789)

JD/jz

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 5th day of March 2008, the foregoing Letter to Honorable Mary Pat Thynge from James Drnec was filed with LexisNexis and served upon the following via the manner indicated:

**FIRST CLASS MAIL**          Charles F. Cardone
                              SBI# 098159
                              Delaware Correctional Center
                              1181 Paddock Road
                              Smyrna, DE 19977

**CM/ECF FILING**             Stacey Xarhoulakos, Esquire
                              Department of Justice
                              820 N. French Street, 8th Floor
                              Carvel Office Building
                              Wilmington, DE 19801

                              Daniel L. McKenty, Esquire
                              Heckler & Frabizzio
                              800 Delaware Avenue, Suite 200
                              P.O. Box 128
                              Wilmington, DE 19899-0128

                              Daniel A. Griffith, Esquire
                              Whiteford, Taylor & Preston, L.L.C.
                              1220 N. Market Street, Suite 608
                              Wilmington, DE 19801

                                          /s/ James E. Drnec
                                  James E. Drnec, Esquire (#3789)