# BALICK & BALICK LLC
### ATTORNEYS

March 6, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA CM/ECF FILING**
The Honorable Joseph J. Farnan
United States District Court
 for the District of Delaware
844 North King Street, Lockbox 8
Wilmington, DE 19801

  Re: *Cardone v. Carroll, et al.*
    *C.A. No.06-151 JJF*

Dear Judge Farnan:

  I represent the defendants Correctional Medical Services, Inc. and John Rundle in the above-referenced matter, having recently substituted for Amy A. Quinlan, Esquire. When I reviewed the docket for this case, I believed that it had been re-assigned to Magistrate Judge Thynge, and yesterday wrote to her regarding an application by a co-defendant. I was informed this morning that this case is back with you. Accordingly, I write to re-direct my joinder in the afore-mentioned application.

  On February 6, 2008, Stacey Xarhoulakos, Esquire wrote to the Court on behalf of defendant Warden Carroll to request dismissal of this case based on Plaintiff's unexplained failure timely to comply with Court-ordered deadlines. (D.I. 71). CMS and Mr. Rundle respectfully join that request.

  If any matter addressed herein raises any question or concern, I remain available at the call of the Court.

           Respectfully submitted,

           James E. Drnec
           (ID # 3789)

JD/jz
cc: Stacey Xarhoulakos, Esquire